AMY J. LONGO (Cal. Bar No. 198304)
Email:  longoa@sec.gov
LYNN M. DEAN (Cal. Bar No. 205562)
Email: deanl@sec.gov
CHRISTOPHER A. NOWLIN (Cal. Bar No. 268030)
Email:  nowlinc@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>    vs.<br><br>DIRECT LENDING INVESTMENTS, LLC<br><br>       Defendant. | Case No.  2:19-cv-2188<br><br>**RECOMMENDATION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION THAT BRADLEY S. SHARP BE APPOINTED PERMANENT RECEIVER** |

Plaintiff Securities and Exchange Commission ("SEC") requests the appointment of a permanent receiver over the estate of defendant Direct Lending Investments, LLC, Direct Lending Income Fund, L.P., Direct Lending Income Feeder Fund, Ltd., DLI Capital, Inc., DLI Lending Agent, LLC, and DLI Assets Bravo, LLC and their successors, subsidiaries and affiliated entities (the "Receivership Entity"). The SEC requests that the receiver have the full powers of an equity receiver, including, but not limited to, full power over all funds, assets, collateral, premises, choses in action, books, records, papers, and other real or personal property, including notes, deeds of trust, and other interests in real property, belonging to, being managed by, or in the possession or control of the Receivership Entity.

The SEC recommends that Bradley S. Sharp of Development Specialists, Inc. be appointed as the permanent receiver in this action.  The SEC has been informed that DLI supports and agrees with this recommendation.  Attached hereto as Exhibit 1 is a copy of a letter stating Mr. Sharp's qualifications, and including a proposal to provide services as a receiver, and which includes additional information on Development Specialists, Inc. ("DSI") and its services.  Mr. Sharp sent the information attached hereto as Exhibit 1 to the SEC at the request of counsel for the SEC in this action, who solicited this information in conformity with internal SEC procedures for selecting candidates to recommend for appointment by Federal District Courts as receivers in SEC actions.  The SEC obtained proposals from two other qualified receiver candidates as well and evaluated all three proposals before selecting Mr. Sharp as its recommended candidate for receiver.  If the Court desires, the SEC will provide information regarding these or other candidates.

As described in his proposal materials, Mr. Sharp is the President and CEO of DSI, which has been in the restructuring field since the late 1970s.  He has decades of experience serving as the chief restructuring officer ("CRO") of many large entities, including financial firms.  One financial services business for which he served as the CRO was 1 Global Capital LLC, which provided merchant cash advances to small

businesses, and in which there was also a related SEC action. He also currently serves as the CRO in another matter where there is an SEC action, where he was appointed to replace the previous CRO, Woodbridge Group of Companies, which involves more than 8,000 investors and claims of $1 billion. In addition, he has served as a Chapter 11 trustee in numerous matters across California and in other locales. Mr. Sharp has over 20 years' experience in the field, and previously served as a senior loan officer in banking, so has knowledge and experience pertaining to credit facilities. He is located in Los Angeles, where DLI is located, and his firm, DSI, also has additional professionals with pertinent experience located in Los Angeles.

Given this background, the SEC is recommending that Mr. Sharp be appointed as the permanent receiver over the Receivership Entity, for several reasons. Mr. Sharp is the President and CEO of DSI. His and his firm's experiences are particularly suited to serve as the receiver over DLI, both in terms of his industry experience and his background with large, complex restructuring matters. His background in banking and experience on prior litigated matters suggests that he would be in a position to facilitate an efficient, fair and cost-effective marshaling and preserving of the assets of DLI and the affiliated entities and funds, subject to Court approval. DSI has extensive experience and capacity to perform various ancillary services in-house. In the SEC's experience, it is more economical to have a receiver that has such capabilities in-house, in contrast to a receiver that would need to hire other professionals to perform necessary receivership duties. As set forth in Exhibit 1, Mr. Sharp will discount his regularly hourly rate by 20% to $550 per hour, and the rates of other DSI team members by 15%. He proposes to have several colleagues work on the team, all of whom have lower billing rates. All of these rates are within a reasonable range, particularly in view of Mr. Sharp's substantial comparable experience.

1     For these reasons, and because of the qualifications set forth in the proposal

2  attached as Exhibit 1 hereto, the SEC respectfully recommends that the Court appoint

3  Mr. Sharp as permanent receiver in this matter.

4   Dated:  March 22, 2019                    Respectfully submitted,

5

6                                             */s/ Amy Jane Longo*
                                             _____
7                                             Amy Jane Longo
                                             Christopher Nowlin
8                                             Attorneys for Plaintiff
                                             Securities and Exchange Commission
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1



**Development Specialists, Inc.**
Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

March 20, 2019

Amy Jane Longo
Regional Trial Counsel
SEC Division of Enforcement
Los Angeles Regional Office
444 South Flower Street 9th Floor
Los Angeles, CA 90071

Ms. Longo,

Per our discussion, please consider this my proposal to serve as receiver in the Direct Lending matter.

As I mentioned previously, given the public interest nature of this engagement, I will reduce my rates as receiver from $685 per hour to $550 per hour, a 20% discount.  DSI will also agree to a 15% discount on its rates.

For the people included in my proposal, this would result in the following adjusted rates:

|  |  | Standard Rate | 15% Discount |
|---|---|---|---|
| Thomas Jeremiassen | Sr. Managing Director | $575.00 | $489.00 |
| Eric Held | Managing Director | $495.00 | $421.00 |
| Nick Troszak | Managing Director | $485.00 | $412.00 |
| Shelly Cuff | Director | $360.00 | $306.00 |
| Daniel Ungheanu | Senior Associate | $300.00 | $255.00 |

If selected, I would utilize Kathy Phelps at the Diamond McCarthy firm as counsel.  I have spoken with Ms. Phelps and she will provide a proposal as soon as possible.

Sincerely,

*Bradley D. Sharp*
RA

Bradley D. Sharp

**LOS ANGELES**
333 South Grand Avenue, Suite 4100 • Los Angeles, CA 90071 • Telephone: 213.617.2717 • Fax: 213.617.2718 • DSIConsulting.com

SAN FRANCISCO • CHICAGO • NEW YORK • MIAMI/FT. LAUDERDALE • LONDON • WILMINGTON • COLUMBUS

**BRADLEY D. SHARP**

President & CEO
DEVELOPMENT SPECIALISTS, INC.
333 South Grand Avenue, Suite 4070
Los Angeles, California 90071

**Range of Experience**

Mr. Sharp has substantial experience in acting as a fiduciary as well as providing crisis management and consulting services to companies in various industries including real estate, food manufacturing, consumer finance, high tech and agriculture. He has consulted with, operated and sold publicly and privately-held troubled companies in and out of bankruptcy. Mr. Sharp has also provided expert witness services with respect to fiduciary duty, banking, finance and securitizations.

**Professional and Business History**

Development Specialists, Inc.

Since joining DSI, Mr. Sharp has been involved as management and as fiduciary.  For example:

- Chief Restructuring Officer of 1 Global Capital, LLC, a company that provided merchant cash advances to business using more than $300 million raised from individual investors.

- Chief Restructuring Officer of Woodbridge Group of Companies, LLC, a real estate development company through its 305 related debtors with more than 8,000 investors and claims of $1 billion.

- Chief Restructuring Officer of Variant Holding Company, LLC, parent company controlling 26 different multi-family properties with more than 8,000 units in 5 states.

- Chapter 11 Trustee for Namco Capital Group, Inc., a West Los Angeles-based real estate investment company through which $3 billion flowed between 2003 and 2008 with investments in over 100 real estate projects

- Chapter 11 trustee for SK Foods, LP, a Monterey California based processor of tomato products. After the bankruptcy filing, seven senior managers and the owner of the company plead guilty to charges including bribery, price-fixing and fraud.

- Chief Restructuring Officer for John Laing Homes, an Orange County builder and developer of high end homes with 100 project developments across California as well as developments in Colorado, Arizona and Texas.

- Liquidating Trustee for Vineyard National Bancorp, liquidating assets and administering the post-confirmation estate.

- Chapter 11 Trustee for Estate Financial Mortgage Fund, LLC, assisting in loan collection and real estate development decisions for Estate Financial, Inc.


Development Specialists, Inc.

Bradley D. Sharp

Mr. Sharp has also been involved as a consulting and testifying expert. For example:

- Testifying expert in a Florida State Court action with respect to the fiduciary duty of officers and directors.

- Testifying expert in a Federal District Court action with respect to solvency of a bank holding company.

- Testifying expert in U.S. Bankruptcy Court with respect to the liquidation value of assets.

- Testimony as a U.S. banking expert in the High Court of Justice, Queens Bench Division, London England, in a dispute involving two European commercial banks.

- Consulting expert to a warehouse lender with respect to the People's Choice chapter 11 filing.

- Provided an expert opinion with respect to the value of a "sub prime" finance company in the Chicago area.

- Consulting expert to a finance company with respect to inter-bank issues that resulted from a loss on an asset based loan.

- Consulting expert regarding litigation on behalf of the holding company of a California based savings and loan.

<u>Security Pacific National Bank / Bank of America, NT&SA</u>

Prior to joining DSI, Mr. Sharp was a Vice President and Senior Commercial Loan Collection Officer with Bank of America, NT&SA with a focus on workouts of unsecured and asset based loans. He had been with the bank, through its acquisition of Security Pacific National Bank, since 1985.

**Education**

Bachelor of Science, Accounting, Mesa State College, Grand Junction, Colorado (1985)

**Professional Affiliations**

Board of Directors, American Bankruptcy Institute


**DSI** Development Specialists, Inc.

Bradley D. Sharp

**Selected Presentations**

AIRA 2018 National Conference
Nashville, TN June 15, 2018
Panelist:        The Art of the Turnaround – Advising the Lender

American Bankruptcy Institute Southwest Bankruptcy Conference
Corn September 7-9, 2017
Panelist:        Avoiding Malpractice and Other Common Pitfalls in a Commercial Restructuring
                 Case

2017 William J. O'Neill Great Lakes Regional Bankruptcy Institute
Clevland, OH May 4, 2017
Panelist:        Advisory Roles in Today's Restructuring Universe

American Bankruptcy Institute Annual Spring Meeting,
Washington, DC April 18, 2015
Panelist:        Anatomy of a Chapter 11 Confirmation Hearing

American Bankruptcy Institute Southwest Bankruptcy Conference
Las Vegas, NV September 5, 2014
Panelist:        Plan Confirmation Workshop

American Bankruptcy Institute Southwest Bankruptcy Conference
Las Vegas, NV September 15, 2012
Panelist:        Ethics: Client Issues

American Bankruptcy Institute Annual Spring Meeting,
Washington, DC April 21, 2012
Panelist:        Navigating Ethical Responsibility in a Complex World

Commercial Law League of America/Nation Conference of Bankruptcy Judges
Scottsdale, Arizona September 25, 2008
Panelist:        From a Ripple to a Tsunami: The Impact of the Subprime Meltdown

**Publications**

"Retirement Security: A New Perspective," The Journal of Private Equity 2005 (co-author)

"Co-ops Nearing Insolvency Must be Less Cooperative, Governance Challenges Grow for
Financially Troubled Co-ops," The Journal of Corporate Renewal 2005 (co-author)

 **Development Specialists, Inc.**

*Experts you trust. Insight you need.*



# Development Specialists, Inc.

March 2019

Chicago | New York | Los Angeles | San Francisco | Miami/Ft. Lauderdale | Wilmington | Columbus | London

## Table of Contents



- About Us
- Core Competencies
- Relevant Case Experience
- Proposed Advisory Team
- Fee Information

## About Us
## **The DSI Difference**



As one of the first restructuring firms in the US, DSI has expanded to a leading provider of management consulting and financial advisory services, including forensic accounting, fraud investigation, financial restructuring, third party fiduciary, expert and litigation services.

- **Experience:** Since 1978, DSI has amassed a diverse group of professionals around the country with deep financial, management, fiduciary and accounting experience and expertise located in 7 offices throughout the country

- **Senior Involvement:** Our 18 senior professionals, who have been with DSI for an average of over 20 years each, lead and remain integrally involved throughout the engagement.

- **Middle-Market Focus:** We understand the needs and requirements of the middle-market.  Our clients include businesses, equity holders, boards of directors, secured lenders, bondholders, unsecured creditors and creditor committees.

- **Independence:** We remain steadfastly focused on our clients' objectives and are not compromised by any relationships with other participants in a case.

**March 2019**                                                                                                     **3**

## About Us
## Awards and Recognition



DSI has been consistently recognized as one of the nation's top turnaround management firms.

| Recognition | Organization | Year |
|---|---|---|
| Financial Deal of the Year | M&A Advisor | 2017 |
| Outstanding Turnaround Management Firm of the Year | Turnaround & Workouts | 2003 – 2010 2012 – 2016 |
| Distressed M&A Deal of the Year | M&A Advisor | 2014 |

### Middle Market Engagements



# About Us
# **Core Competencies**



**Turnaround Consulting**

- Consensual Restructuring
- Chief Restructuring Officer Services
- Crisis and Interim Management
- Trustee, Receiver, Assignee and Post-Confirmation Services
- Debtor, Creditor and Committee Advisory Services

**Forensic Accounting and Fraud Investigation Services**

- Cash Tracing
- Internal Fraud Review
- Expert Witness
- Valuation Disputes
- Bankruptcy Examiner

**Corporate Finance**

- Oversight Board Services and Advisory
- Financial Restructuring and Debt Finance
- Acquisitions and Divestitures
- Due Diligence

# Relevant Case Experience





Chief Restructuring Officer and
Financial Advisor to Debtor

- Management of a $300 million portfolio of merchant cash advances

- Forensic investigation of company financial activities

- Coordination of governmental authorities and other case stakeholders to maximize recoveries

1 Global Capital, LLC operates in the financial services industry, providing direct merchant cash advances ("MCAs") to businesses across the United States.   Through independent sales organizations, underwriters and other funding agents, 1 Global Capital offered a variety of fast and flexible financing options, specializing in MCAs and other unsecured, short-term commercial financing.  1 Global Capital has served businesses in a variety of industries, including automotive, construction, e-commerce, events, franchise, hospitality, healthcare, manufacturing, retail, restaurant/bar, spa/salon, and transportation.

After the SEC alleged possible securities law violations and the U.S. Attorney in the Southern District of Florida opened investigations, the company experienced a liquidity crisis and determined to modify its corporate governance structure by appointing a new independent manager and a CRO.   Two members of DSI were appointed as the CRO and Deputy CRO to manage the business, plan and implement a strategy to maximize assets values, implement overhead reductions, all while in contact with and providing information to the SEC, U.S. Attorney and select state authorities who are conducting ongoing investigations.

# Relevant Case Experience





*Chief Restructuring Officer*

- Conducted forensic accounting to confirm all historical financial activity

- Reconciled over 8,000 claims

- Assisted with the recovery and sale of over 250 properties

- Managed bankruptcy reporting for over 300 debtors

Woodbridge was a massive Ponzi scheme raising more than $1.2 billion from approximately 10,000 unsuspecting investors nationwide.  Through over 300 debtor affiliates, Woodbridge operated a real estate acquisition and development business with over 350 employees in 6 states and owned over 250 residential properties ranging in value from $50K to over $100M with an estimated total value of $750M.

DSI was retained as Chief Restructuring Officer in February 2018 and, with the assistance of DSI professionals, is managing all bankruptcy reporting for over 300 debtors, conducting forensic accounting to confirm all historical financial activity, reconciling over 8,000 claims, assisting with the recovery and sale of over 250 properties.

# Relevant Case Experience





*Financial Advisor*
*Receiver*

- Engaged by lender in a variety of cases, usually dairy farms operating as CAFOs

- Responsible for the care, marketing and sale of real and personal property

DSI served as financial advisor and was appointed Federal Receiver in a variety of cases involving this leading lender in the agricultural sector.  These engagements typically involve dairy farms that operate as concentrated animal farming operations (CAFO) and, as such, are subject to federal and state regulatory schemes.  Among the tasks performed on behalf of the lender are site visits and inspections, securing and winterizing the properties, maintaining proper permitting, advising on repairs and improvements to the operating systems of the farms, selling personal subject to the lender's lien, assessing the health and welfare of cattle, entering lease agreements where beneficial and marketing the property and managing the sale process.  In each of these cases, DSI has worked closely with the borrowers, the lender, potential buyers and regulatory agencies.

# Proposed Advisory Team | Bradley D. Sharp



*Bradley Sharp is the President & CEO with more than 20 years' experience providing crisis management, financial advisory and third party fiduciary services.*

Mr. Sharp has advised and operated companies in numerous industries including consumer finance, real estate development, high tech, manufacturing, food and agriculture.  He has served as Chief Restructuring Officer as well as Trustee under Chapter 7, Chapter 11 and post-confirmation.  He has operated and sold publicly and privately-held troubled companies in and out of bankruptcy.  Mr. Sharp is also an expert witness with respect to fiduciary duties, banking, finance and securitizations.

Notable assignments include:

- SK Foods, LP – Chapter 11 Trustee
- Namco Capital Group – Chapter 11 Trustee
- Estate Financial Mortgage Fund – Chapter 11 Trustee
- Variant Holding Company, LLC – Chief Restructuring Officer
- Vineyard National Bancorp. – Post Confirmation Trustee
- HomeFed Corp. – Consulting Expert
- C.M. Meiers Company, Inc. – Chapter 11 Trustee
- Survival Insurance, Inc. – Chapter 11 Trustee
- Viansa Winery & Market Place – Interim CEO
- John Laing Homes – Chief Restructuring Officer
- Reynaldo's Mexican Food Manufacturer – Chapter 11 Trustee
- Tri Valley Growers, Inc. – Financial Advisor
- AgriBiotech – Financial Advisor
- Commercial Financial Services, Inc. – Post Confirmation Trustee

Prior to joining DSI, Mr. Sharp was a Vice President and Senior Commercial Loan Collection Officer with Bank of America, NT&SA. He had been with the bank, through its acquisition of Security Pacific National Bank, since 1985.

Mr. Sharp has a Bachelors of Science in accounting, with an emphasis in business computer information systems, from Mesa College in Grand Junction, Colorado.

# Proposed Advisory Team | Thomas P. Jeremiassen



*Tom Jeremiassen is a Senior Managing Director at DSI with more than 20 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.*

Mr. Jeremiassen has served as a fiduciary in bankruptcy and other matters, including roles as chapter 11 trustee, chapter 7 trustee, liquidating trustee, disbursing agent and receiver.  He has served as an accountant and financial advisor for chapter 11 trustees, chapter 7 trustees, debtors, creditor committees, examiners, liquidating trustees and receivers in dozens of insolvency matters.  He has also been involved in numerous engagements in which he provided litigation support, consulting and investigative accounting services related to fraud, embezzlement, mismanagement, breach of contract, and other disputes.

Notable assignments include:
- Adelphia Communications – advisor to creditors committee
- EPD Investment Co. – advisor to chapter 7 trustee
- Estate Financial, Inc. – chapter 11 trustee
- Fuhu, Inc. – advisor to creditors committee
- Girls Gone Wild – post confirmation creditor trustee
- LeNature's, Inc. – advisor to chapter 11 trustee
- Mike Tyson – turnaround/crisis manager
- National Financial Lending – advisor to receiver
- Rampage Retailing, Inc. – disbursing agent
- Reed Slatkin – advisor to chapter 11 trustee

Prior to joining DSI, Mr. Jeremiassen was a Managing Director at Berkeley Research Group, LLC.  Previously, he was a Director at LECG, LLC; and a Partner with Neilson Elggren LLP, following his prior employment at Arthur Andersen LLP and Neilson, Elggren, Durkin & Co.

Mr. Jeremiassen received a Bachelor of Science in accounting from Pepperdine University.  He is a Certified Public Accountant, Certified in Financial Forensics, and a Certified Insolvency and Restructuring Advisor.

# Proposed Advisory Team | Eric J. Held



*Eric Held has over fifteen years of investment banking, private equity and turnaround consulting experience and has been with DSI's Los Angeles office since 2009. During his tenure with DSI, Mr. Held has been involved in a number of significant bankruptcy proceedings, general assignments for the benefit of creditors, and engagements as financial advisor to Chapter 11 trustees, investors and creditors across multiple industries.*

Notable assignments include:

- Assignment for the Benefit of Creditors – Capital Drywall, LP, Liquidation
- Chapter 11 Bankruptcy – C.M. Meiers
- Chapter 11 Bankruptcy – Survival Insurance
- Financial Advisor – Gryphon Investors
- Financial Advisor – Namco Capital Group, Inc.
- Financial Advisor – Variant Holding Company

Prior to joining DSI, Mr. Held consulted on numerous capital raising, corporate advisory and turnaround engagements including Advantage Rent-A-Car, Dana Corporation and Dura Automotive Systems.  Prior to that, Mr. Held was an Associate at GESD Capital Partners, a $250 million private equity firm focused on investing in middle-market consumer, manufacturing and business services companies. Mr. Held was also an Associate in the investment banking division of Citigroup Global Markets, where he advised private equity firms and consumer clients, closing on over $10 billion in M&A transactions and capital market offerings.

Mr. Held has a Master of Business Administration degree from the University of Chicago Booth School of Business and a Bachelor of Science degree in Business Administration from California Polytechnic State University, San Luis Obispo. He is a Certified Insolvency and Restructuring Advisor, Certified Fraud Examiner and member of the American Bankruptcy Institute, Association of Certified Fraud Examiners, Association of Insolvency and Restructuring Advisors, California Bankruptcy Forum and the Turnaround Management Association.

# Proposed Advisory Team | Nicholas R. Troszak



*Mr. Troszak is a Certified Public Accountant, Certified in Financial Forensics (CPA/CFF), and Certified Insolvency and Restructuring Advisor (CIRA) with over 10 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.*

Mr. Troszak has served in numerous bankruptcy and insolvency matters, including court appointments as accountant to the trustee, accountant to the liquidating estate manager, accountant to the debtor, and financial advisor to the official committee of unsecured creditors. His experience includes the investigation of alleged insider dealings, investigation and pursuit of preferences, fraudulent transfers and other causes of action, tracing of funds, financial data reconstruction, liquidation analyses, plan preparation, solvency analyses, claims resolution, and liquidation of assets. He has advised trustees in operating Chapter 11 companies, developing cash-flow projections, budgeting, and managing other day-to-day accounting activities.

Mr. Troszak has significant training and experience investigating fraud and mismanagement, including financial statement fraud, Ponzi schemes, embezzlement schemes, bank fraud, and bankruptcy fraud. He has testified before a federal grand jury regarding the debtor conducting and operating an alleged Ponzi scheme. He has also testified in Federal Bankruptcy Court as to the accuracy of the debtor's financial records and accounting procedures.

Prior to joining DSI, Mr. Troszak was employed by Berkeley Research Group, LLC as Managing Consultant, Senior Managing Consultant and Associate Director. He is a graduate of Michigan State University, where he earned his Bachelor's Degree in Accounting.

Notable Assignments:

- Accountants to the Chapter 11 and 7 Trustee – Death Row Records, Inc.
- Accountants to the Chapter 11 Trustee – GGW Brands, LLC et al. (Girls Gone Wild)
- Accountants to the Chapter 11 Trustee – Slatkin
- Accountants to the Debtor, Chapter 11 – Michael G. Tyson
- Accountants and Financial Advisors to the Chapter 11 Trustee – Cedar Funding, Inc.
- Accountants and Financial Advisors to the Chapter 11 Trustees – Ezri Namvar and in re Namco Capital Group, Inc.
- Accountants and Financial Advisors to the Chapter 11 Trustee – Galleria USA, Inc. ("GUSA")
- Accountants to Court-Appointed Expert – Roman Catholic Bishop of San Diego
- Advisor to Creditors Committee – Fuhu, Inc.
- Financial Advisors to Chapter 11 Trustee – Solyndra LLC
- Financial Advisors to Chapter 11 Trustee – State Fish Company

## Proposed Advisory Team | Shelly L. Cuff



*Shelly Cuff joined DSI's Chicago office in January 2013.  Ms. Cuff's areas of expertise include forensic accounting and financial modeling and analysis.*

Ms. Cuff began her career in Protiviti Inc.'s Litigation, Restructuring and Investigative Services practice.  While at Protiviti, Ms. Cuff worked on various debtor engagements as well as provided financial analyses and forensic accounting services related to litigation support services.

Notable assignments include:

- Financial Advisor – Binder & Binder
- Financial Advisor – Laboratory Partners, Inc.
- Financial Advisor – River City Renaissance, LC
- Financial Advisor – SK Foods LP
- Financial Advisor to the Unsecured Creditors' Committee – Yellow Cab Affiliation, Inc.
- Financial Advisor to the Unsecured Creditors' Committee – Yellow Cab Cooperative

Ms. Cuff received a Bachelor of Business Administration from The College of William & Mary with majors in Finance and Art History.  She is a Certified Public Accountant and is a member of the AICPA, Association of Insolvency and Restructuring Advisors, the International Women's Insolvency and Restructuring Confederation and the Virginia Society of Certified Public Accountants.

# Fee Information

- DSI bills the services it renders on an hourly basis, according to DSI's customary hourly rates.  The rates, subject to periodic adjustments, charged by DSI professionals anticipated to be assigned to the Debtors' cases are as follows:

  - Bradley D. Sharp            $685
  - Thomas P. Jeremiassen    $575
  - Eric J. Held                   $495
  - Nicholas R. Troszak        $485
  - Shelly L. Cuff                $360

- Besides those listed, others at DSI may be chosen for specific tasks in their areas of experience.  The hourly rate ranges for other DSI consultants are:

  - Senior Managing Directors           $525 to $825
  - Directors/Managing Directors        $360 to $510
  - Associates                               $145 to $375

- Biographies for all of DSI's consultants may be viewed on our website at www.dsiconsulting.com

- Rates for all consultants are adjusted each year, effective January 1st

# Contact Information

**CHICAGO**
10 South LaSalle Street
Suite 3300
Chicago, IL  60603-1026
312.263.4141 | Tel
312.263.1180 | Fax

**NEW YORK**
110 East 42nd Street
Suite 1818
New York, NY  10017
212.425.4141 | Tel
212.425.9141 | Fax

**LOS ANGELES**
Wells Fargo Center
333 South Grand Avenue,
Suite 4100
Los Angeles, CA  90071-1571
213.617.2717 | Tel
213.617.2718 | Fax

**SAN FRANCISCO**
150 Post Street
Suite 400
San Francisco, CA 94108-4716
415.981.2717 | Tel
415.981.2718 | Fax

**MIAMI/FT. LAUDERDALE**
500 West Cypress Creek Road
Suite 400
Fort Lauderdale, FL 33309
305.374.2717 | Tel
305.374.2718 | Fax

**WILMINGTON**
1000 N. West Street
Suite 1200
Wilmington, DE 19801
302.661.2717 | Tel

**COLUMBUS**
6375 Riverside Drive
Suite 110
Dublin, OH  43017-5045
614.734.2717 | Tel
614.734.2718 | Fax

**LONDON**
25 Farringdon Street
London EC4A 4AB, UK
44.020.3201.8229 | Tel



Experts you trust. Insight you need.