1  KATHY BAZOIAN PHELPS (155564)
   *kphelps@diamondmccarthy.com*
2  DIAMOND MCCARTHY LLP
3  1999 Avenue of the Stars, Suite 1100
4  Los Angeles, California 90067-4402
   Telephone:  (310) 651-2997
5
6  CHRISTOPHER D. SULLIVAN (148083)
   *csullivan@diamondmccarthy.com*
7  LESLEY ANNE HAWES (117101)
   *lhawes@diamondmccarthy.com*
8  DIAMOND MCCARTHY LLP
9  150 California Street, Suite 2200
   San Francisco, CA 94111
10 Phone: (415) 692-5200
11
12 *Proposed Counsel for Bradley D. Sharp,*
   *Permanent Receiver*
13
                 **UNITED STATES DISTRICT COURT**
14
                 **CENTRAL DISTRICT OF CALIFORNIA**
15
                 **WESTERN DIVISION – LOS ANGELES**
16

| 17 SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:19−cv−02188−DSF−MRW |
|---|---|
| 18 | **SCHEDULE OF KNOWN** |
| 19         Plaintiff, | **CREDITORS OF THE** |
|  | **RECEIVERSHIP ENTITY FILED BY** |
| 20         v. | **PERMANENT RECEIVER BRADLEY** |
| 21 | **D. SHARP  [LOCAL CIV. RULE 66-5]** |
| 22 DIRECT LENDING INVESTMENTS LLC, | |
| 23 | |
| 24         Defendant. | |

25
26     Bradley D. Sharp, the Court-appointed permanent receiver (the "Receiver")
27 for the estate of defendant Direct Lending Investments LLC ("DLI"), and Direct
28 Lending Income Fund, L.P., Direct Lending Income Feeder Fund, Ltd., DLI Capital,

                                    1
                                                    LIST OF KNOWN CREDITORS

1 Inc., DLI Lending Agent, LLC, and DLI Assets Bravo, LLC and their successors,

2 subsidiaries and affiliated entities (collectively, the "Receivership Entity") pursuant

3 to the Preliminary Injunction Order and Order Appointing Permanent Receiver

4 issued April 1, 2019 ("Receiver Order"), Doc. No. 10, hereby submits a list of

5 known, non-investor vendor and taxing authority creditors of the Receivership Entity

6 under Local Civil Rule 66-5.  The Creditor List attached hereto as Exhibit 1 is based

7 on the Receiver's preliminary review of the available books and records of the

8 Receivership Entity and does not include any investor creditors.

9       The non-investor vendor and taxing authority creditors included on the

10 Creditor List are identified for informational purposes only.  The identification of the

11 person listed as a "creditor" and the "amount" listed on the Creditor List does not

12 mean that the party listed in fact has a valid claim or that it has an allowed claim in

13 the amount set forth on the Creditor List, all of which is subject to further

14 investigation and verification by the Receiver.  In addition, there are an unknown

15 number of potential investor creditors whose identities and amounts of any claims

16 are also subject to the Receiver's ongoing investigation and such creditors are

17 therefore not included in the Creditor List.

18

19 DATED: April 12, 2019          DIAMOND McCARTHY LLP

20                                By:  /s/ *Kathy Bazoian Phelps*
                                       Kathy Bazoian Phelps
21                                     Proposed Counsel for Bradley D. Sharp,
                                       Permanent Receiver
22

23

24

25

26

27

28

LIST OF KNOWN CREDITORS

**PROOF OF SERVICE**

I hereby declare under penalty of perjury pursuant to the laws of the State of California that I am a citizen of the United States, over the age of 18 years, and not a party to the within action. My business address is 150 California Street, Suite 2200, San Francisco, CA 94111. On **April 12, 2019**, I served the following document(s):

- **LIST OF KNOWN CREDITORS**

  X    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): On **April 12, 2019** the document listed above will be served by the court via NEF and hyperlink to the document.

X    SERVED VIA ELECTRONIC TRANSMISSION/EMAIL:  On **April 12, 2019**, I served the following persons and/or entities at the by transmitting via electronic mail the document(s) listed above to the addresses set forth below:

 Nicolas Morgan at nicolasmorgan@paulhastings.com.

  X    SERVED BY UNITED STATES MAIL: On **April 12, 2019**, I served the following persons and/or entities at the last known addresses by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

Nicolas Morgan
Paul Hastings LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one

1  day after date of deposit for mailing in affidavit.

2       I declare under penalty of perjury under the laws of United States of America

3  that the above is true and correct.

4  Executed on April 12, 2019 at San Francisco, California.

5

6                                  */s/ Michaela M. O'Rourke*
                                   Michaela M. O'Rourke
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIST OF KNOWN CREDITORS

# EXHIBIT 1

**Direct Lending Investments**
**Schedule of Creditors**

| Creditor | Address | Amount | Description | |
|---|---|---|---|---|
| **Direct Lending Investments, LLC** | | | | |
| Buckley Sandler LLP | 1250 24th Street, NW<br>Suite 700<br>Washington DC 20037<br>United States | unknown | Legal services | |
| Cadence Counsel | 940 E. 2nd Street<br>Unit #2<br>Los Angeles CA 90012<br>USA | $ 7,168.75 | Legal services | [1] |
| Citadel Information Group | 2060 Hercules Drive<br>Los Angeles CA 90046<br>United States | unknown | Information Security Management | [1] |
| Citibank (company card) | 742 Foothill Blvd, La Canada<br>Flintridge, CA 91011 | $ 2,000.00 | Operations | [1] |
| Constangy, Brooks, Smith & Prophete LLP | 230 Peachtree Street, Suite 2400<br>Atlanta GA 30303<br>United States | $ 5,057.60 | Legal services | [1] |
| CS Disco | 4400 Post Oak Pkwy, Ste 2700<br>Houston, TX 77027 | $ 10,803.91 | Professional Fees | [1] |
| De Lage Landen Financial Services, Inc. | PO Box 41602<br>Philadelphia PA 19101-1602<br>United States | $ 400.00 | Operations | |
| Delaware Franchise Tax Board | 401 Federal Street<br>Dover, DE 19901 | $ 300.00 | Taxes - Annual Filing Fee | [8] |
| Discovery Investments | 19th Floor, Pacific Tower<br>41 Sejongdaero 9 gil<br>Jung-gu<br>Seoul xxxxx | $ 8,600.00 | Broker Dealers | [1] |
| Finaxstrure Associates LLC | PMB 192, PO Box 5000<br>Rancho Santa Fe CA 92067<br>United States | unknown | BOD Fees | |
| Fund Genesis | Suite 302<br>3/F Sino Plaza<br>255-257 Gloucester Road<br>Causeway Bay | unknown | Broker Dealers | |
| Galilee Statistical Investments Ltd | 14-a Ahi Eilat<br>Zichron Yaakov Israel<br>Israel | $ 1,865.00 | Broker Dealers | [1] |

**Direct Lending Investments**
**Schedule of Creditors**

| Creditor | Address | Amount | Description | |
|---|---|---|---|---|
| Gibson, Dunn & Crutcher LLP | 333 South Grand Ave<br>Los Angeles CA 90071<br>United States | $ 47,111.85 | Legal services | [1] |
| Growth Capital Services | 582 Market Street<br>Ste. 300<br>San Francisco CA 94104<br>United States | $ 17,700.00 | Broker Dealers | [1] |
| Investment Law Group | 545 Dutch Valley Road NE<br>Ste A<br>Atlanta GA 30324<br>United States | unknown | Legal services | |
| Jerome Alona | 13551 Amber Rd.<br>Chino CA 91710<br>United States | $ 300.00 | Professional Fees | |
| Kristin Davis | | unknown | Employee Severance | |
| Law Office of Robert Enayati | 10850 Wilshire Blvd. Suite 770<br>Los Angeles CA 90024<br>United States | unknown | Legal services | |
| Lucas, Horsfall, Murphy & Pindroh, LLP | 100 East Corson St. #200<br>Pasadena CA 91103<br>United States | $ 2,000.00 | Professional Fees | [1] |
| Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. | One Financial Center<br>Boston MA 02111<br>United States | unknown | Legal services | |
| Paul Hastings LLP | Lockbox 4803<br>P.O. Box 894803<br>Los Angeles CA 90189-4803<br>United States | unknown | Legal services | |
| PKC Kuebler, APC | 43385 Business Park Drive, #120<br>Temecula CA 92590-5517<br>United States | unknown | Professional Fees | |
| Prestige Fund Management Ltd. | P.O. Box 61<br>Grand Cayman KY1-1104<br>Cayman Islands | $ 350.00 | Broker Dealers | [1] |
| RainMaker Securities LLC | 382 NE 191st Street<br>#86647<br>Miami FL 33179-3899<br>United States | $ 3,550.00 | Broker Dealers | [1] |

**Direct Lending Investments**
**Schedule of Creditors**

| Creditor | Address | Amount | Description | |
|---|---|---|---|---|
| Reliance Worldwide Investments, LLC | 900 Tri State Pkwy<br>Ste. 900<br>Gurnee IL 60031<br>United States | $   4,200.00 | Broker Dealers | [1] |
| Renee LaBran | 1387 Journeys End Dr<br>La Canada CA 91011<br>United States | unknown | BOD Fees | |
| RIA Compliance Firm LLC | 6 Cadillac Drive<br>Suite 300<br>Brentwood TN 37027<br>United States | unknown | Compliance | |
| Robert Half International Inc. | OfficeTeam<br>PO Box 743295<br>Los Angeles CA 90074-3295<br>United States | $   1,274.40 | Professional<br>Fees | |
| Schwab Compliance Technologies, Inc | 150 S. Wacker Drive, Suite 200<br>Chicago IL 60606<br>United States | $   3,750.00 | Compliance | |
| Smarsh | 851 SW 6th, Suite 800<br>Portland OR 97204<br>United States | $   2,200.00 | Compliance | [1] |
| Thompson Coburn LLP | One US Bank Plaza<br>St. Louis MO 63101<br>United States | $  19,170.00 | Legal services | |
| Thomson Reuters | Payment Center<br>P.O. Box 6292<br>Carol Stream IL 60197-6292<br>United States | $   2,000.00 | Operations | |

**DLI Capital, Inc.**

| Creditor | Address | Amount | Description | |
|---|---|---|---|---|
| Direct Lending Income Fund, L.P. | 550 N. Brand Blvd., Suite 2000<br>Glendale, CA 91203 | unknown | Intercompany | |
| Direct Lending Income Feeder Fund, Ltd. | 550 N. Brand Blvd., Suite 2000<br>Glendale, CA 91203 | unknown | Intercompany | |
| Akin Gump Strauss Hauer & Feld LLP | One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 | $  14,344.50 | Legal services | [2] |

**Direct Lending Investments**
**Schedule of Creditors**

| Creditor | Address | Amount | Description | |
|---|---|---|---|---|
| California Secretary of State | 1500 11th Street<br>Sacramento, CA 95814 | $ 800.00 | Taxes - Annual<br>Filing Fee | [8] |
| Delaware Secretary of State | Division of Corportaions<br>Post Office Box 5509<br>Binghamton NY 13902-5509<br>United States | $ 300.00 | Taxes - Annual<br>Filing Fee | [8] |
| Deloitte & Touche LLP | 555 West 5th Street<br>Suite 2700<br>Los Angeles, CA 90013 | $ 1,875.00 | Professional<br>Fees | [4] |
| Gibson, Dunn & Crutcher LLP | 333 South Grand Ave<br>Los Angeles CA 90071<br>United States | $ 21,574.80 | Legal services | |
| Direct Lending Investments, LLC | 550 N. Brand Blvd., Suite 2000<br>Glendale, CA 91203 | $ 3,390.75 | Intercompany | [7] |
| Gibson, Dunn & Crutcher LLP | 333 South Grand Ave<br>Los Angeles CA 90071<br>United States | $ 212,612.67 | Legal services | [2] |
| Hueston Hennigan | 523 West 6th St<br>Suite 400<br>Los Angeles CA 90014<br>United States | $ 12,511.81 | Legal services | [2] |
| Jones Day | 555 South Flower Street<br>Los Angeles, CA 90071 | $ 24,286.59 | Legal services | [2] |
| Kasowitz Benson Torres LLP | 1633 Broadway<br>New York New York 10019-6799<br>United States | $ 348,089.03 | Legal services | [3] |
| Kasowitz Benson Torres LLP | 1633 Broadway<br>New York New York 10019-6799<br>United States | $ 764,227.77 | Legal services | [2] |
| McDermott Will & Emery LLP | 444 West Lake Street<br>Suite 4000<br>Chicago IL 60606-0029<br>United States | unknown | Legal services | [2] |
| Millennium Trust Company, Custodian | 2001 Spring Road<br>Suite 700<br>Oak Brook, IL 60523 | $ 5,000.00 | Operations | [1] |

**Direct Lending Investments**
**Schedule of Creditors**

| Creditor | Address | Amount | Description | |
|---|---|---|---|---|
| Munger, Tolles & Olson LLP | PO Box 847424<br>Los Angeles CA 90084-7424<br>United States | $ 31,334.00 | Legal services | [2] |
| Navigant | 515 South Flower Street<br>Suite 3500<br>Los Angeles, CA 90071 | $ 76,773.37 | Legal services | [3] |
| Opus Fund Services | PO Box HM 2022<br>Hamilton 2022<br>Bermuda | $ 53,224.38 | Operations | [1] |
| Paul Hastings LLP | Lockbox 4803<br>P.O. Box 894803<br>Los Angeles CA 90189-4803<br>United States | $ 263,566.64 | Legal services | [2] |
| Scheper Kim & Harris LLP | The CalEdison Building<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071-2025 | $ 10,220.00 | Legal services | [2] |
| Thomson Reuters | Payment Center<br>P.O. Box 6292<br>Carol Stream IL 60197-6292<br>United States | $ 4,032.82 | Operations | |
| Willkie Farr & Gallagher | 787 Seventh Avenue<br>New York NY 10019-6099<br>United States | $ 17,397.50 | Legal services | |

**Direct Lending Income Fund, L.P.**

| Creditor | Address | Amount | Description | |
|---|---|---|---|---|
| Delaware Secretary of State | Division of Corportaions<br>Post Office Box 5509<br>Binghamton NY 13902-5509<br>United States | $ 300.00 | Taxes - Annual<br>Filing Fee | [8] |
| Deloitte & Touche LLP | 555 West 5th Street<br>Suite 2700<br>Los Angeles, CA 90013 | unknown | Professional<br>Fees | [4] |
| Millennium Trust Company, Custodian | 2001 Spring Road<br>Suite 700<br>Oak Brook, IL 60523 | $ 2,500.00 | Operations | [1] |
| Opus Fund Services | PO Box HM 2022<br>Hamilton 2022<br>Bermuda | $ 7,352.08 | Operations | [1] |

**Direct Lending Income Feeder Fund, Ltd.**

**Direct Lending Investments**
**Schedule of Creditors**

| Creditor | Address | Amount | Description | |
|---|---|---|---|---|
| Deloitte & Touche LLP | 555 West 5th Street<br>Suite 2700<br>Los Angeles, CA 90013 | unknown | Professional Fees | [4] |
| Harney Westwood & Riegels | Craigmuir Chambers, PO Box 71<br>Road Town, Tortola, VG1110<br>British Virgin Islands | $ 18,644.33 | Legal services | |
| Millennium Trust Company, Custodian | 2001 Spring Road<br>Suite 700<br>Oak Brook, IL 60523 | $ 3,750.00 | Operations | [1] |
| Opus Fund Services | PO Box HM 2022<br>Hamilton 2022<br>Bermuda | $ 1,131.98 | Operations | [1] |

**DLI Assets Bravo, LLC**

| Creditor | Address | Amount | Description | |
|---|---|---|---|---|
| Direct Lending Investments, LLC | 550 N. Brand Blvd., Suite 2000<br>Glendale, CA 91203 | $ 5,226.25 | Intercompany | [7] |
| California Franchise Tax Board | PO Box 942840<br>Sacramento, CA 94240 | $ 11,790.00 | Taxes - Gross Receipts Tax | [8] |
| Columbia Gas of Pennsylvania | P.O. Box 742537<br>Cincinnati, OH 45274-2537 | $ 143.28 | Transaction Fee | |
| Delaware Secretary of State | Division of Corportaions<br>Post Office Box 5509<br>Binghamton NY 13902-5509<br>United States | $ 300.00 | Taxes - Annual Filing Fee | [8] |
| Deloitte & Touche LLP | 555 West 5th Street<br>Suite 2700<br>Los Angeles, CA 90013 | unknown | Professional Fees | [4] |
| DL Global, Ltd. | c/o JP Integra Trust Company<br>(Cayman Limited)<br>Governor's Square<br>PO Box 10176<br>23 Lime Tree Bay Ave. | unknown | Participation Pass-Through Payments | |
| Duff & Phelps | 12595 Collection Center Drive<br>Chicago IL 60693<br>United States | $ 31,008.00 | Professional Fees | |

**Direct Lending Investments**
**Schedule of Creditors**

| Creditor | Address | Amount | Description | |
|---|---|---|---|---|
| Duquesne Light Company | Payment Processing Center PO Box 67 Pittsburgh PA 15267 United States | $ 382.67 | Transaction Fee | |
| Gibson, Dunn & Crutcher LLP | 333 South Grand Ave Los Angeles CA 90071 United States | $ 93,028.29 | Legal services | [5] |
| Indigo Direct Lending, Inc | 5838 East Naples Plaza Long Beach, CA 90803 | $ 1,291.53 | Transaction Fee | [6] |
| Investment Law Group | 545 Dutch Valley Road NE Ste A Atlanta GA 30324 United States | $ 700.00 | Legal services | [1] |
| Lincoln International | 633 West Fifth Street 66th Floor Los Angeles, CA 90071 | $ 57,000.00 | Professional Fees | |
| Millennium Trust Company, Custodian | 2001 Spring Road Suite 700 Oak Brook, IL 60523 | $ 74,164.78 | Operations | [1] |
| Moritt Hock & Hamroff LLP | 400 Garden City Plaza Garden Cty, NY 11530 | $ 6,625.12 | Legal services | [1] |
| Opus Fund Services | PO Box HM 2022 Hamilton 2022 Bermuda | $ 2,000.00 | Operations | [1] |
| Parker, Simon & Kokolis, LLC | 110 North Washington Street Suite 500 Rockville MD 20850 United States | unknown | Legal services | |
| Pennsylvania American Water | PO Box 371412 Pittsburgh PA 15250-7412 United States | $ 25.22 | Transaction Fee | |
| Quanta Finance LLC | 4195 E Thousand Oaks Blvd. Suite 201 Westlake Village, CA 91362 | unknown | Participation Pass-Through Payments | |
| Reserve Capital Group | 100 Overlook Ctr, 2nd Floor Princeton, NJ 08540 | $ 3,828.00 | Legal services | [1] |

**Direct Lending Investments**
**Schedule of Creditors**

| Creditor | Address | Amount | Description | |
|---|---|---|---|---|
| Saul Ewing Arnstein & Lehr LLP | 161 North Clark Street<br>Suite 4200<br>Chicago, IL 60601 | $ 15,395.83 | Legal services | [1] |
| Thompson Coburn LLP | One US Bank Plaza<br>St. Louis MO 63101<br>United States | $ 37,017.61 | Legal services | [5] |
| Thompson Coburn LLP | One US Bank Plaza<br>St. Louis MO 63101<br>United States | $ 17,102.00 | Legal services | [1] |

[1] Amounts are based on available data as of April 3, 2019 and may exclude unbilled work in process.

[2] Invoices related to amounts have been or will be submitted to the D&O Insurer for review and potential payment.  Amounts are based on available data as of April 3, 2019 and may exclude unbilled work in process.

[3] Invoices related to amounts owed have been or will be submitted to the Bond Insurer for review and potential payment.  Amounts are based on available data as of April 3, 2019 and may exclude unbilled work in process.

[4] Includes unknown amounts for audit and tax services.

[5] To be paid by Counterparty per agreement with Counterparty.

[6] Excludes all amounts related to Walsh.  Amount is estimated and may exclude unbilled work in process.

[7] Invoice was paid by Direct Lending Investments, LLC on behalf of fund entity.

[8] Annual filing fee for 2018 due in June 2019.

[9] The Schedule of Creditors is limited to non-investor vendor/trade creditors and taxing authorities.

[10] Inclusion on the list does not mean the person listed is in fact a creditor or has an allowable claim against the estate but that they are listed for informational purposes based on the available records of the receivership entities, subject to further investigation and verification by the Receiver.

[11] There are an unknown number of investor creditors whose names and claim amounts are subject to investigation and review by the Receiver and are therefore not included in the list filed under LR 66-5.