UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 19-02188-DSF (MRWx) | Date | April 15, 2019 |
| Title | Securities and Exchange Commission v. Direct Lending Investments LLC. | | |

| Present: The Honorable | DALE S. FISCHER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Renee Fisher | Cindy Nirenberg |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher Anthony Nowlin | Kathy Bazoian Phelps |
| Amy J Longo | Christopher D. Sullivan |
| | Bradley D. Sharp – Receiver |
| | |
| | David Azar – Interested Party |
| | Henry Kelston – Interested Party |

**Proceedings:**      STATUS CONFERENCE (Held and Completed)

The matter is called and counsel state their appearances.   The Court and counsel discuss the status of the case as set forth on the record.    The parties will file quarterly reports.

The Court hears from the interested parties.