```
 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3                          WESTERN DIVISION
 4         THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING
 5

 6   SECURITIES AND EXCHANGE              )
     COMMISSION,                          )
 7                                        )
                       Plaintiff,         )
 8                                        )
                                          )
 9            vs.                         )   No. CV 19-2188 DSF-MRW
                                          )
10   DIRECT LENDING INVESTMENTS LLC,      )
                                          )
11                     Defendant.         )
     _____)
12

13

14             REPORTER'S TRANSCRIPT OF PROCEEDINGS
15

16                     Los Angeles, California
17                 Monday, June 3, 2019, 1:56 P.M.
18

19             Motions of Permanent Receiver Sharp
20

21                          PAT CUNEO CSR 1600, CRR-CM
                            Official Reporter
22                          First Street Courthouse
                            350 W. First Street
23                          Room 4311
                            Los Angeles, California 90012-4565
24                          213-894-1782
                            patcuneo1600@gmail.com
25                          www.patcuneo.com
```

Case 2:19-cv-02188-DSF-MRW   Document 67   Filed 06/10/19   Page 2 of 10   Page ID #:826

2

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:    UNITED STATES SECURITIES AND EXCHANGE
                              COMMISSION
 3                         BY:  AMY JANE LONGO, ESQ.
                               ATTORNEY AT LAW
 4                         444 South Flower Street
                           Suite 900
 5                         Los Angeles, California  90071
                           323-965-3835
 6                         longoa@sec.gov

 7   FOR THE DEFENDANT:    DIAMOND McCARTHY LLP
                           BY:  KATHY BAZOIAN PHELPS, PARTNER
 8                             ATTORNEY AT LAW
                           1999 Avenue of the Stars
 9                         Suite 1100
                           Los Angeles, California  90067
10                         310-651-2297
                           kphelps@diamondmccarthy.com
11

12   FOR INTERESTED PARTY:

13                         SNELL & WILMER LLP
                           BY:  DANIEL G. SEABOLT, ATTORNEY AT LAW
14                         350 South Grand Avenue
                           Suite 3100
15                         Los Angeles, California  90071-3420
                           213-929-2500
16                         dseabolt@swlaw.com

17

18

19

20

21

22

23

24

25
```

1   **LOS ANGELES, CALIFORNIA; MONDAY, JUNE 3, 2019; 1:56 P.M.**
2                             -oOo-
3              THE CLERK:  Case CV 19-2188 DSF, Securities and
4   Exchange Commission vs. Direct Lending Investments LLC.
5              Please state your appearances.
6              MS. LONGO:  Good afternoon, Your Honor.  Amy Longo
7   on behalf of plaintiffs Securities and Exchange Commission.
8              MS. PHELPS:  Good afternoon, Your Honor.
9   Kathy Phelps of Diamond McCarthy on behalf of the Receiver,
10  and the Receiver apologizes.  He had a conflict that took
11  him out of town so that he couldn't appear.
12             MR. SEABOLT:  Good afternoon.  Daniel Seabolt for
13  Interested Party DL Global.
14             THE COURT:  All right.
15             So I have a motion for instructions re scope of
16  Receiver's duties and I have motion for employment of
17  Bankruptcy Management Solutions dba Stretto as claims agent.
18             So why don't I hear from the Interested Party
19  first.
20             MR. SEABOLT:  Your Honor, we're really mostly here
21  as reservation of rights.  We are pretty much okay with our
22  understanding of the motions.  We just kind of wanted to
23  appear, make sure, pretty much take notes, and that's about
24  it.
25             THE COURT:  Okay.  Well, go ahead and take notes.

1           *(Laughter.)*
2           THE COURT:  With regard to the instructions
3  concerning the scope of the Receiver's duties, other than
4  what I think is one typo in the proposed order, I don't have
5  any problem with that.
6           I think under Item 2G that should read "to accept
7  payoffs on loan obligations."
8           MS. PHELPS:  Yes, that's correct.  Thank you, Your
9  Honor.
10          THE COURT:  So other than that, that's fine.  I
11 have more questions on the other motion.
12          First of all, there's an arbitration clause.
13 You're not going to arbitration; I'm going to decide
14 disputes so I don't think that's going to fly.
15          MS. PHELPS:  Okay.
16          THE COURT:  Also, there's language in here that
17 seems specific to bankruptcy and I am not a bankruptcy
18 expert.  I only have bankruptcy cases when one side or the
19 other wants to come to the district court because we don't
20 know as much about bankruptcy as the bankruptcy appellate
21 panel.
22          So I just want to make sure that you've looked at
23 that to make sure that there's no issues or complications
24 that might be caused by the --
25          MS. PHELPS:  Is there specific language, Your

1   Honor, in the agreement you're looking at?
2           THE COURT:  No.  As I said, I just noticed that
3   and wanted you to take a close look at it to be sure.
4           MS. PHELPS:  Your Honor, the way I read the
5   language, it says:  If there's a case that ends up in
6   bankruptcy -- and, obviously, this is isn't.  I think this
7   is the claims agent standard form.
8           So I just think that that language wouldn't likely
9   be applicable if that's what you're looking at, the
10  retention in bankruptcy case.
11          THE COURT:  Well, yes.  As I said, I understand
12  it's a standard form but sometimes that's the problem.
13  People use standard forms and they don't quite fit.
14          The other thing that concerned me was the
15  indemnification provision.  I've never seen one like this
16  before that I know of; and the company indemnifies -- if I'm
17  reading this correctly.  It doesn't say it quite this way.
18          The company indemnifies for Stretto's negligence,
19  not just gross negligence?  That's on page -- well,
20  Exhibit 1, page 5.
21          MS. PHELPS:  Resulting from or arising out of
22  Stretto's performance.
23          THE COURT:  Paragraph 9C.
24          So it basically is an indemnification provision;
25  and then it says:  The indemnification excludes losses

1  resulting from gross negligence or willfulness conduct.
2         But that means anything less than gross
3  negligence.  In other words, negligence would be
4  indemnified.  Why would that be?  Is that common?
5         MS. PHELPS:  Well, Your Honor, it has been an
6  interesting process because there are several motions that
7  are coming on, on July 1st as well.
8         And we've been struggling with the indemnification
9  provisions because various professionals are acquiring them;
10 and I personally have actually pushed back hard on them
11 because I don't ever like to see a fiduciary enter into
12 indemnification provisions; and it's becoming an issue
13 across the board and so it's interesting to me that you did
14 key in on that.
15        That is the language of their form.  We did push
16 back on it.  This is what they agreed to.  Obviously, if the
17 Court doesn't want to approve that, then we can go back and
18 that is what it is.
19        THE COURT:  That troubles me.  I mean, you hire
20 people because they're supposed to know what they're doing
21 and the first thing they ask for is:  By the way, if we're
22 only negligent, we're not liable.
23        That doesn't make any sense to me.
24        MS. PHELPS:  Your Honor, if --
25        THE COURT:  That's why they should get their

1   malpractice carrier.
2          MS. PHELPS:  I understand and I can't say that I
3   disagree and perhaps one solution that we could do is you
4   could improve this engagement with two modifications; one
5   being striking the arbitration clause and the other being
6   adding that language in for negligence.
7          And if the organization decides that they're
8   unwilling to being employed on those terms, then we'll have
9   to look elsewhere.  If that's acceptable, then we'll go
10  forward.
11         THE COURT:  That's fine with me.  Those are the
12  two concerns that I have.
13         MS. PHELPS:  Okay.  We understand.
14         THE COURT:  It seems like you would want to find a
15  company that's not so concerned about being indemnified for
16  their own negligence.  I'm really worried I don't know what
17  I'm doing here and so therefore I need indemnification.
18         MS. PHELPS:  It's a thing these days.  It's
19  something I've been very focused on and, you know, we have
20  to deal with what we have but we'll be very mindful of that
21  going forward.
22         THE COURT:  All right.
23         Well, if you can accomplish that, you can just
24  present the revised agreement.
25         MS. PHELPS:  Okay.  Thank you very much.

1     THE COURT:  All right.  Thank you.
2        *(At 2:03 p.m. proceedings were concluded.)*
3
4                          -oOo-
5
6                        **CERTIFICATE**
7
8     **I, PAT CUNEO, CSR 1600, hereby certify that**
9  **pursuant to Section 753, Title 28, United States Code, the**
10 **foregoing is a true and correct transcript of the**
11 **stenographically reported proceedings held in the**
12 **above-entitled matter and that the transcript page format is**
13 **in conformance with the regulations of the Judicial**
14 **Conference of the United States.**
15
16  Date:  June 5, 2019
17
18
19
20
21                            /s/ PAT CUNEO             _
22                            **PAT CUNEO, OFFICIAL REPORTER**
                               **CSR NO. 1600**
23
24
25

**MR. SEABOLT: [2]**  3/12 3/20
**MS. LONGO: [1]**  3/6
**MS. PHELPS: [12]**
**THE CLERK: [1]**  3/3
**THE COURT: [14]**

**-**

**-oOo [2]**  3/2 8/4

**/**

**/s [1]**  8/21

**1**

**1100 [1]**  2/9
**1600 [3]**  1/21 8/8 8/22
**1782 [1]**  1/24
**19-2188 [1]**  1/9
**1999 [1]**  2/8
**1:56 [2]**  1/17 3/1
**1st [1]**  6/7

**2**

**2019 [3]**  1/17 3/1 8/16
**213-894-1782 [1]**  1/24
**213-929-2500 [1]**  2/15
**2188 [2]**  1/9 3/3
**2297 [1]**  2/10
**2500 [1]**  2/15
**28 [1]**  8/9
**2:03 [1]**  8/2
**2G [1]**  4/6

**3**

**310-651-2297 [1]**  2/10
**3100 [1]**  2/14
**323-965-3835 [1]**  2/5
**3420 [1]**  2/15
**350 [2]**  1/22 2/14
**3835 [1]**  2/5

**4**

**4311 [1]**  1/23
**444 [1]**  2/4
**4565 [1]**  1/23

**7**

**753 [1]**  8/9

**9**

**900 [1]**  2/4
**90012-4565 [1]**  1/23
**90067 [1]**  2/9
**90071 [1]**  2/5
**90071-3420 [1]**  2/15
**9C [1]**  5/23

**A**

**about [3]**  3/23 4/20 7/15
**above [1]**  8/12
**above-entitled [1]**  8/12
**accept [1]**  4/6
**acceptable [1]**  7/9
**accomplish [1]**  7/23
**acquiring [1]**  6/9
**across [1]**  6/13
**actually [1]**  6/10
**adding [1]**  7/6
**afternoon [3]**  3/6 3/8 3/12
**agent [2]**  3/17 5/7
**agreed [1]**  6/16
**agreement [2]**  5/1 7/24
**ahead [1]**  3/25
**all [4]**  3/14 4/12 7/22 8/1
**Also [1]**  4/16
**am [1]**  4/17
**AMY [2]**  2/3 3/6
**Amy Longo [1]**  3/6
**Angeles [6]**  1/16 1/23 2/5 2/9 2/15 3/1
**any [2]**  4/5 6/23
**anything [1]**  6/2
**apologizes [1]**  3/10
**appear [2]**  3/11 3/23
**appearances [2]**  2/1 3/5
**appellate [1]**  4/20
**applicable [1]**  5/9
**approve [1]**  6/17
**arbitration [3]**  4/12 4/13 7/5
**are [5]**  3/21 6/6 6/7 6/9 7/11
**arising [1]**  5/21
**as [7]**  3/17 3/21 4/20 4/20 5/2 5/11 6/7
**ask [1]**  6/21
**at [8]**  2/3 2/8 2/13 4/22 5/1 5/3 5/9 8/2
**ATTORNEY [3]**  2/3 2/8 2/13
**Avenue [2]**  2/8 2/14

**B**

**back [3]**  6/10 6/16 6/17
**bankruptcy [8]**  3/17 4/17 4/17 4/18 4/20 4/20 5/6 5/10
**basically [1]**  5/24
**BAZOIAN [1]**  2/7
**be [6]**  4/24 5/3 5/9 6/3 6/4 7/20
**because [5]**  4/19 6/6 6/9 6/11 6/20
**becoming [1]**  6/12
**been [3]**  6/5 6/8 7/19
**before [1]**  5/16
**behalf [2]**  3/7 3/9
**being [4]**  7/5 7/5 7/8 7/15
**board [1]**  6/13
**but [3]**  5/12 6/2 7/20

**C**

**CALIFORNIA [7]**  1/2 1/16 1/23 2/5 2/9 2/15 3/1
**can [3]**  6/17 7/23 7/23
**can't [1]**  7/2
**carrier [1]**  7/1
**case [3]**  3/3 5/5 5/10
**cases [1]**  4/18
**caused [1]**  4/24
**CENTRAL [1]**  1/2
**CERTIFICATE [1]**  8/6
**certify [1]**  8/8
**claims [2]**  3/17 5/7
**clause [2]**  4/12 7/5
**close [1]**  5/3
**CM [1]**  1/21
**Code [1]**  8/9
**come [1]**  4/19
**coming [1]**  6/7
**COMMISSION [4]**  1/6 2/2 3/4 3/7
**common [1]**  6/4
**company [3]**  5/16 5/18 7/15
**complications [1]**  4/23
**concerned [2]**  5/14 7/15
**concerning [1]**  4/3
**concerns [1]**  7/12
**concluded [1]**  8/2
**conduct [1]**  6/1
**Conference [1]**  8/14
**conflict [1]**  3/10
**conformance [1]**  8/13
**correct [2]**  4/8 8/10
**correctly [1]**  5/17
**could [2]**  7/3 7/4
**couldn't [1]**  3/11
**COUNSEL [1]**  2/1
**court [3]**  1/1 4/19 6/17
**Courthouse [1]**  1/22
**CRR [1]**  1/21
**CRR-CM [1]**  1/21
**CSR [3]**  1/21 8/8 8/22
**CUNEO [4]**  1/21 8/8 8/21 8/22
**CV [2]**  1/9 3/3
**CV 19-2188 [1]**  3/3

**D**

**DALE [1]**  1/4
**DANIEL [2]**  2/13 3/12
**Daniel Seabolt [1]**  3/12
**Date [1]**  8/16
**days [1]**  7/18
**dba [1]**  3/17
**deal [1]**  7/20
**decide [1]**  4/13
**decides [1]**  7/7
**Defendant [2]**  1/11 2/7
**DIAMOND [2]**  2/7 3/9
**diamondmccarthy.com [1]**  2/10
**did [2]**  6/13 6/15
**DIRECT [2]**  1/10 3/4
**disagree [1]**  7/3
**disputes [1]**  4/14
**district [3]**  1/1 1/2 4/19
**DIVISION [1]**  1/3
**DL [1]**  3/13
**do [1]**  7/3
**doesn't [3]**  5/17 6/17 6/23
**doing [2]**  6/20 7/17
**don't [7]**  3/18 4/4 4/14 4/19 5/13 6/11 7/16
**dseabolt [1]**  2/16
**DSF [2]**  1/9 3/3
**DSF-MRW [1]**  1/9
**duties [2]**  3/16 4/3

**E**

**elsewhere [1]**  7/9
**employed [1]**  7/8
**employment [1]**  3/16
**ends [1]**  5/5
**engagement [1]**  7/4
**enter [1]**  6/11
**entitled [1]**  8/12
**ESQ [1]**  2/3
**ever [1]**  6/11
**EXCHANGE [4]**  1/6 2/2 3/4 3/7
**excludes [1]**  5/25
**Exhibit [1]**  5/20
**Exhibit 1 [1]**  5/20
**expert [1]**  4/18

**F**

**fiduciary [1]**  6/11
**find [1]**  7/14
**fine [2]**  4/10 7/11
**first [5]**  1/22 1/22 3/19 4/12 6/21
**FISCHER [1]**  1/4
**fit [1]**  5/13
**Flower [1]**  2/4
**fly [1]**  4/14
**focused [1]**  7/19
**foregoing [1]**  8/10
**form [3]**  5/7 5/12 6/15
**format [1]**  8/12
**forms [1]**  5/13
**forward [2]**  7/10 7/21

**G**

**get [1]**  6/25
**Global [1]**  3/13
**gmail.com [1]**  1/24
**go [3]**  3/25 6/17 7/9
**going [4]**  4/13 4/13 4/14 7/21
**Good [3]**  3/6 3/8 3/12
**Grand [1]**  2/14
**gross [3]**  5/19 6/1 6/2

**H**

**had [1]**  3/10
**hard [1]**  6/10
**has [1]**  6/5
**have [10]**
**he [2]**  3/10 3/11
**hear [1]**  3/18
**held [1]**  8/11
**here [3]**  3/20 4/16 7/17
**hereby [1]**  8/8
**him [1]**  3/11
**hire [1]**  6/19
**Honor [8]**  3/6 3/8 3/20 4/9 5/1 5/4 6/5 6/24
**HONORABLE [1]**  1/4

**I**

**I'm [4]**  4/13 5/16 7/16 7/17
**I've [2]**  5/15 7/19
**if [9]**
**improve [1]**  7/4
**indemnification [6]**  5/15 5/24 5/25 6/8 6/12 7/17
**indemnified [2]**  6/4 7/15
**indemnifies [2]**  5/16 5/18
**instructions [2]**  3/15 4/2
**INTERESTED [3]**  2/12 3/13 3/18
**interesting [2]**  6/6 6/13
**INVESTMENTS [2]**  1/10 3/4
**is [14]**
**isn't [1]**  5/6
**issue [1]**  6/12
**issues [1]**  4/23
**it [11]**
**it's [5]**  5/12 6/12 6/13 7/18 7/18
**Item [1]**  4/6
**Item 2G [1]**  4/6

**J**

**JANE [1]**  2/3
**JUDGE [1]**  1/4
**Judicial [1]**  8/13
**July [1]**  6/7
**July 1st [1]**  6/7
**June [3]**  1/17 3/1 8/16
**just [6]**  3/22 4/22 5/2 5/8 5/19 7/23

**K**

**KATHY [2]**  2/7 3/9
**key [1]**  6/14
**kind [1]**  3/22
**know [5]**  4/20 5/16 6/20 7/16 7/19
**kphelps [1]**  2/10

**L**

**language [6]**  4/16 4/25 5/5 5/8 6/15 7/6
**Laughter [1]**  4/1
**LAW [3]**  2/3 2/8 2/13
**LENDING [2]**  1/10 3/4
**less [1]**  6/2
**liable [1]**  6/22
**like [3]**  5/15 6/11 7/14
**likely [1]**  5/8
**LLC [2]**  1/10 3/4
**LLP [2]**  2/7 2/13

**L**

**loan [1]** 4/7
**LONGO [2]** 2/3 3/6
**longoa [1]** 2/6
**look [2]** 5/3 7/9
**looked [1]** 4/22
**looking [2]** 5/1 5/9
**Los [6]** 1/16 1/23 2/5 2/9 2/15 2/22
**losses [1]** 5/25

**M**

**make [4]** 3/23 4/22 4/23 6/23
**malpractice [1]** 7/1
**Management [1]** 3/17
**matter [1]** 8/12
**McCARTHY [2]** 2/7 3/9
**me [5]** 5/14 6/13 6/19 6/23 7/11
**mean [1]** 6/19
**means [1]** 6/2
**might [1]** 4/24
**mindful [1]** 7/20
**modifications [1]** 7/4
**Monday [2]** 1/17 3/1
**more [1]** 4/11
**mostly [1]** 3/20
**motion [3]** 3/15 3/16 4/11
**motions [3]** 1/19 3/22 6/6
**MRW [1]** 1/9
**much [4]** 3/21 3/23 4/20 7/25

**N**

**need [1]** 7/17
**negligence [7]** 5/18 5/19 6/1 6/3 6/3 7/6 7/16
**negligent [1]** 6/22
**never [1]** 5/15
**no [4]** 1/9 4/23 5/2 8/22
**not [5]** 4/13 4/17 5/19 6/22 7/15
**notes [2]** 3/23 3/25
**noticed [1]** 5/2

**O**

**obligations [1]** 4/7
**obviously [2]** 5/6 6/16
**Official [2]** 1/21 8/22
**okay [5]** 3/21 3/25 4/15 7/13 7/25
**on [12]**
**one [5]** 4/4 4/18 5/15 7/3 7/4
**only [2]** 4/18 6/22
**oOo [2]** 3/2 8/4
**or [4]** 4/18 4/23 5/21 6/1
**order [1]** 4/4
**organization [1]** 7/7
**other [7]** 4/3 4/10 4/11 4/19 5/14 6/3 7/5

**our [1]** 3/21
**out [2]** 3/11 5/21
**own [1]** 7/16

**P**

**p.m [3]** 1/17 3/1 8/2
**page [3]** 5/19 5/20 8/12
**panel [1]** 4/21
**Paragraph [1]** 5/23
**PARTNER [1]** 2/7
**PARTY [3]** 2/12 3/13 3/18
**PAT [4]** 1/21 8/8 8/21 8/22
**patcuneo1600 [1]** 1/24
**payoffs [1]** 4/7
**people [2]** 5/13 6/20
**performance [1]** 5/22
**perhaps [1]** 7/3
**Permanent [1]** 1/19
**personally [1]** 6/10
**PHELPS [2]** 2/7 3/9
**Plaintiff [2]** 1/7 2/2
**plaintiffs [1]** 3/7
**Please [1]** 3/5
**present [1]** 7/24
**PRESIDING [1]** 1/4
**pretty [2]** 3/21 3/23
**problem [2]** 4/5 5/12
**proceedings [3]** 1/14 8/2 8/11
**process [1]** 6/6
**professionals [1]** 6/9
**proposed [1]** 4/4
**provision [2]** 5/15 5/24
**provisions [2]** 6/9 6/12
**pursuant [1]** 8/9
**push [1]** 6/15
**pushed [1]** 6/10

**Q**

**questions [1]** 4/11
**quite [2]** 5/13 5/17

**R**

**re [1]** 3/15
**read [2]** 4/6 5/4
**reading [1]** 5/17
**really [2]** 3/20 7/16
**Receiver [3]** 1/19 3/9 3/10
**Receiver's [2]** 3/16 4/3
**regard [1]** 4/2
**regulations [1]** 8/13
**reported [1]** 8/11
**Reporter [2]** 1/21 8/22
**REPORTER'S [1]** 1/14
**reservation [1]** 3/21
**resulting [2]** 5/21 6/1
**retention [1]** 5/10
**revised [1]** 7/24
**right [3]** 3/14 7/22 8/1
**rights [1]** 3/21
**Room [1]** 1/23

**S**

**said [2]** 5/2 5/11
**say [2]** 5/17 7/2
**says [2]** 5/5 5/25
**scope [2]** 3/15 4/3
**SEABOLT [2]** 2/13 3/12
**sec.gov [1]** 2/6
**Section [1]** 8/9
**SECURITIES [4]** 1/6 2/2 3/3 3/7
**see [1]** 6/11
**seems [2]** 4/17 7/14
**seen [1]** 5/15
**sense [1]** 6/23
**several [1]** 6/6
**Sharp [1]** 1/19
**should [2]** 4/6 6/25
**side [1]** 4/18
**SNELL [1]** 2/13
**so [11]**
**solution [1]** 7/3
**Solutions [1]** 3/17
**something [1]** 7/19
**sometimes [1]** 5/12
**South [2]** 2/4 2/14
**specific [2]** 4/17 4/25
**standard [3]** 5/7 5/12 5/13
**Stars [1]** 2/8
**state [1]** 3/5
**STATES [4]** 1/1 2/2 8/9 8/14
**stenographically [1]** 8/11
**Street [3]** 1/22 1/22 2/4
**Stretto [1]** 3/17
**Stretto's [2]** 5/18 5/22
**striking [1]** 7/5
**struggling [1]** 6/8
**Suite [3]** 2/4 2/9 2/14
**supposed [1]** 6/20
**sure [4]** 3/23 4/22 4/23 5/3
**swlaw.com [1]** 2/16

**T**

**take [3]** 3/23 3/25 5/3
**terms [1]** 7/8
**than [3]** 4/3 4/10 6/2
**Thank [3]** 4/8 7/25 8/1
**that [36]**
**that's [11]**
**their [3]** 6/15 6/25 7/16
**them [2]** 6/9 6/10
**then [4]** 5/25 6/17 7/8 7/9
**there [2]** 4/25 6/6
**there's [4]** 4/12 4/16 4/23 5/5
**therefore [1]** 7/17
**these [1]** 7/18
**they [4]** 5/13 6/16 6/21 6/25
**they're [3]** 6/20 6/20 7/7

**thing [3]** 5/14 6/21 7/18
**think [5]** 4/4 4/6 4/14 5/6 5/8
**this [7]** 5/6 5/6 5/15 5/17 5/17 6/16 7/4
**those [2]** 7/8 7/11
**Title [1]** 8/9
**took [1]** 3/10
**town [1]** 3/11
**transcript [3]** 1/14 8/10 8/12
**troubles [1]** 6/19
**true [1]** 8/10
**two [2]** 7/4 7/12
**typo [1]** 4/4

**U**

**under [1]** 4/6
**understand [3]** 5/11 7/2 7/13
**understanding [1]** 3/22
**UNITED [4]** 1/1 2/2 8/9 8/14
**unwilling [1]** 7/8
**up [1]** 5/5
**use [1]** 5/13

**V**

**various [1]** 6/9
**very [3]** 7/19 7/20 7/25

**W**

**want [3]** 4/22 6/17 7/14
**wanted [2]** 3/22 5/3
**wants [1]** 4/19
**was [1]** 5/14
**way [3]** 5/4 5/17 6/21
**we [9]**
**we'll [3]** 7/8 7/9 7/20
**we're [3]** 3/20 6/21 6/22
**we've [1]** 6/8
**well [6]** 3/25 5/11 5/19 6/5 6/7 7/23
**were [1]** 8/2
**WESTERN [1]** 1/3
**what [7]** 4/4 5/9 6/16 6/18 6/20 7/16 7/20
**when [1]** 4/18
**why [3]** 3/18 6/4 6/25
**willfulness [1]** 6/1
**WILMER [1]** 2/13
**words [1]** 6/3
**worried [1]** 7/16
**would [3]** 6/3 6/4 7/14
**wouldn't [1]** 5/8
**www.patcuneo.com [1]** 1/25

**Y**

**yes [2]** 4/8 5/11
**you [11]**
**you're [3]** 4/13 5/1 5/9
**you've [1]** 4/22

7/7
**your [9]**