UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>Defendant. | Case No. 2:19−cv−02188−DSF−MRW<br>Hon. Dale S. Fischer<br><br>**ORDER GRANTING MOTION OF RECEIVER FOR: (A) APPROVAL AND PAYMENT OF FEES AND EXPENSES [APRIL 1, 2019 THROUGH JUNE 30, 2019] OF:**<br>(1) RECEIVER BRADLEY D. SHARP;<br>(2) DIAMOND McCARTHY LLP;<br>(3) DEVELOPMENT SPECIALISTS, INC.;<br>(4) COLLAS CRILL; AND<br>(5) BERKELEY RESEARCH GROUP; and<br>**(B) FOR APPROVAL OF FORM AND/OR LIMITATION OF NOTICE UNDER LOCAL CIVIL RULE 66-7**<br><br>Date:   October 28, 2019<br>Time:   1:30PM<br>Dept.:  Courtroom 7D<br>Place:  United States District Court Western Division |

1

350 West 1st Street,
Los Angeles, CA 90012

The *Motion of Receiver For: (A) Approval and Payment of Fees and Expenses [April 1, 2019 through June 30, 2019] of Bradley D. Sharp; Diamond McCarthy LLP; Collas Crill; and Berkeley Research Group; and (B) For Approval of Form and/or Limitation of Notice Under Local Civil Rule 66-7* ("Motion") came on for hearing at the above-referenced date, time, and place before the Honorable Dale S. Fischer, United States District Judge presiding. Appearances were as noted on the record. The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, and oppositions or responses to the Motion, if any, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion and the relief sought therein is granted;

2. The Receiver's fees in the amount of $103,352.80 are approved, and the Receiver is authorized to pay 80% of the approved fees, with the balance of unpaid fees payable through a final fee motion;

3. Diamond McCarthy LLP's ("Diamond McCarthy") fees in the amount of $380,622.60 and costs in the amount of $14,468.34 are approved, and the Receiver is authorized to pay 80% of Diamond McCarthy's approved fees and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

4. Development Specialists, Inc.'s ("DSI") fees in the amount of $413,658.87 and costs in the amount of $15,638.97 are approved, and the Receiver is authorized to pay 80% of DSI's approved fees and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

5. Collas Crill's fees in the amount of $52,235.50 are approved, and the

Receiver is authorized to pay 80% of Collas Crill's approved fees, with the balance of unpaid fees payable through a final fee motion;

      6.     Berkeley Research Group's ("BRG") fees in the amount of $37,228.10 are approved, and the Receiver is authorized to pay BRG 80% of its approved fees, with the balance of unpaid fees payable through a final fee motion; and

      7.     The form of notice on the Motion provided to interested parties, creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management Solutions dba Stretto to provide by email a copy of the notice of hearing on the Motion to all known investors through its email service regularly used to provide notices and documents to investors pursuant to the applicable governing documents for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd., is hereby approved and deemed sufficient notice and opportunity for hearing on the Motion under the circumstances.

      IT IS SO ORDERED.

DATED: October 30, 2019

_____
DALE S. FISCHER
United States District Judge