UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>Defendant. | Case No. CV 19−02188−DSF (MRWx)<br>Hon. Dale S. Fischer<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL MOTION OF RECEIVER FOR ORDER APPROVING CONFIDENTIAL SETTLEMENT WITH INVESTMENT M PARTIES AND RELATED RELIEF [DOCKET NO. 189]** |

The Court, having reviewed and considered the Application for Leave to File Under Seal the Motion by Receiver for Order Approving Confidential Settlement with Investment M Parties and Related Relief filed by Bradley D. Sharp [Dkt No. 189], the Court-appointed permanent receiver (the "Receiver") for the estate of defendant Direct Lending Investments LLC ("DLI"), and Direct Lending Income Fund, L.P., Direct Lending Income Feeder Fund, Ltd., DLI Capital, Inc., DLI Lending Agent, LLC, and DLI Assets Bravo, LLC and their successors, subsidiaries and affiliated entities

1

(collectively, the "Receivership Entities"), as well as the other pleadings and papers on file in this case, and finding compelling reasons exist that warrant sealing 1) Motion of Receiver for Order: (1) Approving Confidential Settlement with Investment M Parties, Releases and Discounted Satisfaction of Debt; (2) Authorizing Payment of Fees to Raymond James & Associates, Inc.; and (3) Approving Form and Limitation of Notice Under Local Civil Rule 66-7 and Proposed Sealing Application; (b) the Memorandum of Points and Authorities in Support of Motion of Receiver for Order: (1) Approving Confidential Settlement with Investment M Parties, Releases and Discounted Satisfaction of Debt; (2) Authorizing Payment of Fees to Raymond James & Associates, Inc.; and (3) Approving Form and Limitation of Notice Under Local Civil Rule 66-7 and Proposed Sealing Application; (c) the Declaration of Bradley D. Sharp in Support of Motion of Receiver for Order: (1) Approving Confidential Settlement with Investment M Parties, Releases and Discounted Satisfaction of Debt; (2) Authorizing Payment of Fees to Raymond James & Associates, Inc.; and (3) Approving Form and Limitation of Notice Under Local Civil Rule 66-7 and Proposed Sealing Application; (d) the [Proposed] Order Granting Motion of Receiver for Order: (1) Approving Confidential Settlement with Investment M Parties, Releases and Discounted Satisfaction of Debt; (2) Authorizing Payment of Fees to Raymond James & Associates, Inc.; and (3) Approving Form and Limitation of Notice Under Local Civil Rule 66-7 and Proposed Sealing Application (collectively the "Investment M Settlement Motion") and the Supplemental Declaration of Bradley D. Sharp in support of the Investment M Settlement Motion anticipated to be filed on December 20, 2019, based on the confidential, sensitive, business, and competitive information contained therein,

THE COURT ORDERS that the following pleadings and papers shall be filed under seal and remain under seal until further order of the Court:

1. Motion of Receiver for Order: Motion of Receiver for Order: (1) Approving Confidential Settlement with Investment M Parties, Releases and

Discounted Satisfaction of Debt; (2) Authorizing Payment of Fees to Raymond James & Associates, Inc.; and (3) Approving Form and Limitation of Notice Under Local Civil Rule 66-7 and Proposed Sealing Application;

    2.    Memorandum of Points and Authorities in Support of Motion of Receiver for Order: Motion of Receiver for Order: (1) Approving Confidential Settlement with Investment M Parties, Releases and Discounted Satisfaction of Debt; (2) Authorizing Payment of Fees to Raymond James & Associates, Inc.; and (3) Approving Form and Limitation of Notice Under Local Civil Rule 66-7 and Proposed Sealing Application;

    3.    Declaration of Bradley D. Sharp in Support of Motion of Receiver for Order: Motion of Receiver for Order: (1) Approving Confidential Settlement with Investment M Parties, Releases and Discounted Satisfaction of Debt; (2) Authorizing Payment of Fees to Raymond James & Associates, Inc.; and (3) Approving Form and Limitation of Notice Under Local Civil Rule 66-7 and Proposed Sealing Application;

    4.    [Proposed] Order Granting Motion of Receiver for Order: (1) Approving Confidential Settlement with Investment M Parties, Releases and Discounted Satisfaction of Debt; (2) Authorizing Payment of Fees to Raymond James & Associates, Inc.; and (3) Approving Form and Limitation of Notice Under Local Civil Rule 66-7 and Proposed Sealing Application;

    5.    Supplemental Declaration of Bradley D. Sharp in Support of Motion of Receiver for Order: (1) Approving Confidential Settlement with Investment M Parties, Releases and Discounted Satisfaction of Debt; (2) Authorizing Payment of Fees to Raymond James & Associates, Inc.; and (3) Approving Form and Limitation of Notice Under Local Civil Rule 66-7 and Proposed Sealing Application.

IT IS SO ORDERED.

DATED: December 23, 2019

*/s/ Dale S. Fischer*

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE