# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>Defendant. | Case No. CV 19-02188 DSF (MRWx)<br><br>**ORDER GRANTING MOTION OF RECEIVER FOR: (A) APPROVAL AND PAYMENT OF FEES AND EXPENSES [JULY 1, 2019 THROUGH SEPTEMBER 30, 2019] OF:**<br>    (1) RECEIVER BRADLEY D. SHARP;<br>    (2) DIAMOND McCARTHY LLP;<br>    (3) DEVELOPMENT SPECIALISTS, INC.;<br>    (4) GOLDBERG KOHN LLP; AND<br>    (5) BERKELEY RESEARCH GROUP; and<br>**(B) APPROVAL OF FORM AND/OR LIMITATION OF NOTICE UNDER LOCAL CIVIL RULE 66-7 [DKT NO. 203]** |

The Court having reviewed and considered the Motion of Receiver for: (A) Approval and Payment of Fees and Expenses [July 1, 2019 through September 30, 2019] of Bradley D. Sharp; Diamond McCarthy LLP; Goldberg Kohn LLP; and Berkeley Research Group; and (B) Approval of Form and/or Limitation of Notice Under Local Civil Rule 66-7 (Docket No. 203) and all pleadings and papers filed in support of the Motion and good cause appearing,

IT IS ORDERED that:

1. The Motion and the relief sought is granted;

2. The Receiver's fees in the amount of $66,582.00 are approved, and the Receiver is authorized to pay 80% of the approved fees, with the balance of unpaid fees payable through a final fee motion;

3. Diamond McCarthy LLP's fees in the amount of $463,561.11 and costs in the amount of $22,595.91 are approved, and the Receiver is authorized to pay 80% of Diamond McCarthy LLP's approved fees and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

4. Development Specialists, Inc.'s (DSI) fees in the amount of $464,217.30 and costs in the amount of $10,547.68 are approved, and the Receiver is authorized to pay 80% of DSI's approved fees and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

5. Goldberg Kohn LLP's fees in the amount of $163,253.12 and costs in the amount of $5,718.00 are approved, and the Receiver is authorized to pay 80% of Goldberg Kohn LLP's approved fees and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

6. Berkeley Research Group's (BRG) fees in the amount of $104,758.80 and costs in the amount of $78.89, and the Receiver is authorized to pay BRG 80% of its approved fees and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion; and

7. The form of notice on the Motion provided to interested parties,

creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management Solutions dba Stretto to provide by email a copy of the notice of hearing on the Motion to all known investors through its email service regularly used to provide notices and documents to investors pursuant to the applicable governing documents for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd., is approved and deemed sufficient notice and opportunity for hearing on the Motion under the circumstances.

IT IS SO ORDERED.

Date: January 21, 2020

_____
Dale S. Fischer
United States District Judge