# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>Defendant. | Case No. 2:19−cv−02188 DSF (MRWx)<br><br>**ORDER GRANTING MOTION OF RECEIVER FOR: (A) APPROVAL AND PAYMENT OF FEES AND EXPENSES JANUARY 1, 2020 THROUGH MARCH 31, 2020 OF:**<br>  (1) RECEIVER BRADLEY D. SHARP;<br>  (2) DIAMOND McCARTHY LLP;<br>  (3) DEVELOPMENT SPECIALISTS, INC.;<br>  (4) GOLDBERG KOHN LLP; AND<br>  (5) BERKELEY RESEARCH GROUP; and<br>**(B) APPROVAL OF FORM AND/OR LIMITATION OF NOTICE UNDER LOCAL CIVIL RULE 66-7 (DKT NO. 279)** |

The Court having considered the Motion of Receiver for: (A) Approval and

Payment of Fees and Expenses [January 1, 2020 through March 31, 2020] of Bradley D. Sharp; Diamond McCarthy LLP; Goldberg Kohn LLP; and Berkeley Research Group; and (B) Approval of Form and/or Limitation of Notice Under Local Civil Rule 66-7, no opposition having been filed, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion and the relief sought is granted;

2. The Receiver's fees in the amount of $47,520 are approved, and the Receiver is authorized to pay 80% of the approved fees ($38,016), with the balance of unpaid fees payable through a final fee motion;

3. Diamond McCarthy LLP's fees in the amount of $626,783.01 and costs in the amount of $12,019.50 are approved, and the Receiver is authorized to pay 80% of Diamond McCarthy's approved fees ($501,426.41), and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

4. Development Specialists, Inc.'s (DSI) fees in the amount of $497,867.95 and costs in the amount of $13,492.27 are approved, and the Receiver is authorized to pay 80% of DSI's approved fees ($398,294.36), and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

5. Goldberg Kohn LLP's fees in the amount of $361,606.36 and costs in the amount of $391.92 are approved, and the Receiver is authorized to pay 80% of Goldberg Kohn LLP's approved fees ($289,285.09), and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

6. Berkeley Research Group's (BRG) fees in the amount of $8,127.00 and costs in the amount of $82.24, and the Receiver is authorized to pay BRG 80% of its approved fees ($6,501.60), and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion; and

7. The form of notice on the Motion provided to interested parties, creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving

by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management Solutions dba Stretto to provide by email a copy of the notice of hearing on the Motion to all known investors through its email service regularly used to provide notices and documents to investors pursuant to the applicable governing documents for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd., is approved and deemed sufficient notice and opportunity for hearing on the Motion under the circumstances.

        IT IS SO ORDERED.

DATED: July 29, 2020

                                               _____
                                               DALE S. FISCHER
                                               United States District Judge