1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>        Defendant. | Case No. 2:19−cv−02188−DSF−MRW<br>Hon. Dale S. Fischer<br><br>**[PROPOSED] ORDER GRANTING MOTION OF RECEIVER FOR:**<br><br>**(1) APPROVAL OF CLAIMS STIPULATION WITH DLIFF JOINT LIQUIDATOR; AND**<br><br>**(2) AUTHORITY TO MAKE INTERIM DISTRIBUTION TO DLIFF**<br><br>**[DOC. NO.____]**<br><br>Date:   December 21, 2020<br>Time:  1:30 p.m.<br>Dept.:  Courtroom 7D<br>Place:  United States District Court<br>        Western Division<br>        350 West 1st Street,<br>        Los Angeles, CA 90012 |

The Motion of Receiver for: (1) Approval of Claims Stipulation with DLIFF Joint Liquidator; and (2) Authority to Make Interim Distribution to DLIF ("Motion")(Docket No. ____) came on for hearing at the above-referenced date, time, and place before the Honorable Dale S. Fischer, United States District Judge presiding.  Appearances were as noted on the record.  The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, and oppositions or responses to the Motion, if any, and good cause appearing therefor,

IT IS ORDERED that:

1.      The Motion and the relief sought therein is granted;

2.      The Receiver, as court-appointed receiver, is authorized to enter into the Claims Stipulation with Christopher D. Johnson, as Joint Official Liquidator of Direct Lending Feeder Fund, Ltd ("DLIFF") in substantially the same form attached to the Declaration of Bradley D. Sharp as Exhibit "1" to the Motion.

3.      The Receiver is authorized to make an interim distribution of $10 million to be paid to the Joint Official Liquidators of DLIFF from the collateral of DLIFF and Direct Lending Income Fund, L.P., irrespective of whether the Receiver's proposed Distribution Plan is approved.

4.      Christopher D. Johnson, as Joint Official Liquidator of DLIFF, shall have the right to appear before this Court for the purposes of enforcing the terms of the Claims Stipulation and seeking appropriate relief in accordance with the terms of the Claims Stipulation, but such right, if exercised, shall not constitute general submission to the jurisdiction of this Court.

5.      The form of notice on the Motion provided to interested parties, creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management

1  Solutions dba Stretto to provide by email a copy of the notice of hearing on the

2  Motion to all known investors through its email service regularly used to provide

3  notices and documents to investors pursuant to the applicable governing documents

4  for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd.,

5  is hereby approved and deemed sufficient notice and opportunity for hearing on the

6  Motion under the circumstances.

7          IT IS SO ORDERED.

8

9  DATED:

10                                          _____

11                                          DALE S. FISCHER
                                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28