KATHY BAZOIAN PHELPS (155564)
*kphelps@diamondmccarthy.com*
DIAMOND MCCARTHY LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-4402
Telephone: (310) 651-2997

CHRISTOPHER D. SULLIVAN (148083)
*csullivan@diamondmccarthy.com*
STACEY L. PRATT (124892)
*stacey.pratt@diamondmccarthy.com*
DIAMOND MCCARTHY LLP
150 California Street, Suite 2200
San Francisco, CA 94111
Phone: (415) 692-5200

*Counsel for Bradley D. Sharp,*
*Permanent Receiver*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIRECT LENDING INVESTMENTS LLC, <br><br> Defendant. | Case No. 2:19−cv−02188−DSF−MRW <br> Hon. Dale S. Fischer <br><br> **PROOF OF SERVICE** |

# PROOF OF SERVICE

I hereby declare under penalty of perjury pursuant to the laws of the state of California that I am a citizen of the United States, over the age of eighteen years and not a party to the within-entitled action.  My business address is 150 California Street, Suite 2200, San Francisco, CA 94111.  On **November 20, 2020**, I served a copy of the within document(s):

- **NOTICE OF MOTION AND MOTION OF RECEIVER FOR: (1) APPROVAL OF CLAIMS STIPULATION WITH DLIFF JOINT LIQUIDATOR; AND (2) AUTHORITY TO MAKE INTERIM DISTRIBUTION TO DLIFF;**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF RECEIVER FOR: (1) APPROVAL OF CLAIMS STIPULATION WITH DLIFF JOINT LIQUIDATOR; AND (2) AUTHORITY TO MAKE INTERIM DISTRIBUTION TO DLIFF;**

- **DECLARATION OF BRADLEY D. SHARP IN SUPPORT OF MOTION OF RECEIVER FOR: (1) APPROVAL OF CLAIMS STIPULATION WITH DLIFF JOINT LIQUIDATOR; AND (2) AUTHORITY TO MAKE INTERIM DISTRIBUTION TO DLIFF; and**

- **[PROPOSED] ORDER GRANTING MOTION OF RECEIVER FOR: (1) APPROVAL OF CLAIMS STIPULATION WITH DLIFF JOINT LIQUIDATOR; AND (2) AUTHORITY TO MAKE INTERIM DISTRIBUTION TO DLIFF**

X    **SERVED VIA ELECTRONIC TRANSMISSION/EMAIL**: On **November 20, 2020**, I served the following persons and/or entities at the by transmitting via electronic mail the document(s) listed above to the addresses set forth below:

Nicolas Morgan, nicolasmorgan@paulhastings.com

Matthew Dors, Esq., matthew.dors@collascrill.com

Rocco Cecere, Esq., rocco.cecere@collascrill.com

Rupert Stanning, Esq., rupert.stanning@collascrill.com

Christopher D. Johnson, cdj@cjacayman.com

Jill Zadny, jz@cjacayman.com

Karen Scott, ks@cjacayman.com

Jacob A. Johnson, Alston & Bird LLP, jacob.johnson@alston.com

Will Sugden, Alston & Bird LLP, will.sugden@alston

Mark Rosenbaum, mrosenbaum@wrslawyers.com

Howard J. Weg, hweg@hjwadvisor.com

X **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** On **November 20, 2020**, Pursuant to L.R. 5-3.2.1, the document listed above will be served by the court via NEF and hyperlink to the document which effects electronic service on counsel who are registered with the CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct. Executed on **November 20, 2020**, at Concord, California.

*/s/ Erika R. Shannon*
Erika R. Shannon