UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>Defendant. | Case No. 2:19−cv−02188−DSF−MRW<br>Hon. Dale S. Fischer<br><br>**[PROPOSED] ORDER GRANTING MOTION OF RECEIVER FOR APPROVAL OF:**<br><br>**(1) DISTRIBUTION PLAN;**<br>**(2) RISING TIDE DISTRIBUTION METHODOLOGY WITH RESPECT TO DLIF INVESTOR CLAIMS;**<br>**(3) PROPOSED INTERIM DISTRIBUTION; AND**<br>**(4) NOTICE OF DISTRIBUTION PLAN**<br>**[DOCKET NO. ____]**<br><br>Date: December 21, 2020<br>Time: 1:30 PM<br>Place: Courtroom 7D<br>    United States District Court<br>    Western Division<br>    350 West 1st Street,<br>    Los Angeles, CA 90012 |

The Motion for Approval of (1) Distribution Plan; (2) Rising Tide Distribution Methodology With Respect to DLIF Investor Claims; (3) Proposed Interim Distribution; and (4) Notice of Distribution Plan (the "Motion") [Doc. No. ___] came on for hearing at the above-referenced date, time, and place before the Honorable Dale S. Fischer, United States District Judge, presiding. Appearances were as noted on the record. The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, and oppositions or responses to the Motion, if any, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion and the relief sought therein is granted;

2. The Distribution Plan proposed by the Receiver and attached as Exhibit "2" to the Declaration of Bradley D. Sharp in support of the Motion (the "Distribution Plan") is approved.

3. The Rising Tide methodology of distribution to the DLIF Investors in Class 4B pursuant to the terms of the Distribution Plan is approved.

4. The Receiver is authorized to make an interim distribution of $150 million pursuant to the terms set forth in the Distribution Plan.

5. The form of notice on the Motion provided to interested parties, creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management Solutions dba Stretto to provide by email a copy of the notice of hearing on the Motion to all known investors through its email service regularly used to provide notices and documents to investors pursuant to the applicable governing documents for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd., is hereby approved and deemed sufficient notice and opportunity for hearing on the

Motion under the circumstances.

6.    This Order shall be binding in all respects on each holder of a Claim, and each of their respective successors, heirs, legal representatives, and assigns whether or not the holder has filed a Proof of Claim or objected to the Distribution Plan.

   IT IS SO ORDERED.

DATED:

                                                  _____
DALE S. FISCHER
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28