1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIRECT LENDING INVESTMENTS LLC, <br><br> Defendant. | Case No. CV 19−02188 DSF (MRWx) <br><br> **ORDER GRANTING MOTION OF RECEIVER FOR ORDER FOR: (1) APPROVAL OF THE BUDGET THROUGH JANUARY 31, 2021; (2) EXTENSION OF AUTHORITY FOR RECEIVER'S EMPLOYMENT AND PAYMENT OF ORDINARY COURSE PROFESSIONALS AND ELITE DISCOVERY, INC.; AND (3) APPROVAL OF FORM AND/OR LIMITATION OF NOTICE UNDER LOCAL CIVIL RULE 66-7 [Docket No. 316]** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25

The Court having reviewed and considered the Motion of Receiver for Order
for: (1) Approval of Budget Through January 31, 2021; (2) Extension of Authority
for Receiver's Employment and Payment of Ordinary Course Professionals and
Elite Discovery, Inc.; (3) Approval of Form and/or Limitation of Notice Under

26
27
28

1

Local Civil Rule 66-7 and all supporting pleadings and papers, no opposition having been filed, and good cause appearing,

IT IS ORDERED that:

1.     The Motion is granted;

2.     The Receiver is authorized to operate the receivership estate and pay receivership expenses in the course of operations for the period of October 24, 2020 through January 31, 2021, pursuant to the budget attached to the Declaration of Bradley D. Sharp in support of the Motion as Exhibit 2, subject to a variance or overage of up to 10% of the overall expenses projected for the budget period.

3.     The Receiver is authorized to employ and pay ordinary course professionals, including accountants and attorneys previously employed in the ordinary course of the Receivership Entity's business as listed on Exhibit  4 (the OCP Schedule) to the Sharp Declaration, and other alternative professionals engaged by the Receiver selected by the Receiver in his discretion and business judgment to perform the same or similar functions necessary or appropriate to maintain and preserve the business, and enforce and collect loans and collateral securing loans included in the portfolio of assets of the Receivership Entity (Ordinary Course Professionals), in amounts less than $10,000 per month per professional firm for the period from July 25, 2020 through January 31, 2021, without fee applications and without further notice, hearing, approval or order of the Court, except for (a) Opus and Millennium, whose employment and payment is subject to the Court's prior Order entered July 3, 2019 (Doc. No. 88), (b) the Parker Firm and BARR whose employment and payment is subject to the Court's prior Order entered October 2, 2019 (Doc. No. 142), and (c) Elite Discovery, Inc., whose employment and payment is subject to the Court's prior Orderentered January 8, 2020 (Doc. No. 208) (collectively, the Excepted Professionals"). The amount of such payments to the Ordinary Course Professionals other than the Excepted Professionals shall not exceed $9,999 and may be subject to a variance or overage

2

1    of up to 10% of the estimated payment amounts listed on Exhibit 4 to the Sharp

2    Declaration;

3         5.      The form of notice fn the Motion provided to interested parties,

4    creditors, and investors, who are potential creditors of the estate, by the Receiver (a)

5    serving the Motion and related moving papers on all parties to the action; (b)

6    serving by mail a notice of hearing on the Motion to all known creditors pursuant to

7    Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website

8    for the case at https://case.stretto.com/dli; and (d) causing Bankruptcy Management

9    Solutions dba Stretto to provide by email a copy of the notice of hearing on the

10   Motion to all known investors through its email service regularly used to provide

11   notices and documents to investors pursuant to the applicable governing documents

12   for Direct Lending Income Fund, L.P. (Domestic Feeder Fund) and Direct Lending

13   Income Feeder Fund, Ltd. (Off Shore Feeder Fund), is approved and deemed

14   sufficient notice and opportunity for hearing on the Motion under the

15   circumstances.

16       IT IS SO ORDERED.

17    DATED:  December 8, 2020

18                                   _____

19                                   Honorable Dale S. Fischer
                                     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28