1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>       Defendant. | Case No. 2:19−cv−02188−DSF−MRW<br><br>**ORDER GRANTING MOTION OF RECEIVER FOR APPROVAL OF:**<br><br>  **(1) DISTRIBUTION PLAN;**<br>  **(2) RISING TIDE DISTRIBUTION METHODOLOGY WITH RESPECT TO DLIF INVESTOR CLAIMS;**<br>  **(3) PROPOSED INTERIM DISTRIBUTION; AND**<br>  **(4) NOTICE OF DISTRIBUTION PLAN**<br>**[DOCKET NO. 321]** |

The Court having reviewed and considered the Motion of the Receiver for Approval of (1) Distribution Plan; (2) Rising Tide Distribution Methodology With Respect to DLIF Investor Claims; (3) Proposed Interim Distribution; and (4) Notice of Distribution Plan and all supporting pleadings and papers, no opposition or response having been filed, and good cause appearing,

IT IS ORDERED that:

1. The Motion and the relief sought is granted;

2. The Distribution Plan proposed by the Receiver and attached as Exhibit "2" to the Declaration of Bradley D. Sharp in support of the Motion (the "Distribution Plan") is approved.

3. The Rising Tide methodology of distribution to the DLIF Investors in Class 4B pursuant to the terms of the Distribution Plan is approved.

4. The Receiver is authorized to make an interim distribution of $150 million pursuant to the terms set forth in the Distribution Plan.

5. The form of notice of the Motion provided to interested parties, creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management Solutions dba Stretto to provide by email a copy of the notice of hearing on the Motion to all known investors

through its email service regularly used to provide notices and documents to investors pursuant to the applicable governing documents for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd., is approved and deemed sufficient notice and opportunity for hearing on the Motion under the circumstances.

6.      This Order shall be binding in all respects on each holder of a Claim, and each of their respective successors, heirs, legal representatives, and assigns whether or not the holder has filed a Proof of Claim or objected to the Distribution Plan.


IT IS SO ORDERED.

DATED:  December 14, 2020

_____

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE