1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:19−cv−02188−DSF−MRW |
| Plaintiff, | **ORDER GRANTING MOTION OF RECEIVER FOR:** |
| v. | **(1) APPROVAL OF CLAIMS STIPULATION WITH DLIFF JOINT LIQUIDATOR; AND** |
| DIRECT LENDING INVESTMENTS LLC, | **(2) AUTHORITY TO MAKE INTERIM DISTRIBUTION TO DLIFF** |
| Defendant. | **[DOCKET NO. 318]** |

The Court having reviewed and considered the Receiver's Motion for: (1) Approval of Claims Stipulation with DLIFF Joint Liquidator; and (2) Authority to Make Interim Distribution to DLIF and all supporting pleadings and papers, no oppositions or responses to the Motion having been filed, and good cause appearing,

IT IS ORDERED that:

1.      The Motion and the relief sought are granted;

2.      The Receiver, as court-appointed receiver, is authorized to enter into the Claims Stipulation with Christopher D. Johnson, as Joint Official Liquidator of Direct Lending Feeder Fund, Ltd (DLIFF) in substantially the same form attached to the Declaration of Bradley D. Sharp as Exhibit "1" to the Motion.

3.      The Receiver is authorized to make an interim distribution of $10 million to be paid to the Joint Official Liquidators of DLIFF from the collateral of DLIFF and Direct Lending Income Fund, L.P., irrespective of whether the Receiver's proposed Distribution Plan is approved.

4.      Christopher D. Johnson, as Joint Official Liquidator of DLIFF, shall have the right to appear before this Court for the purposes of enforcing the terms of the Claims Stipulation and seeking appropriate relief in accordance with the terms of the Claims Stipulation, but such right, if exercised, shall not constitute general submission to the jurisdiction of this Court.

5.      The form of notice on the Motion provided to interested parties, creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management Solutions dba Stretto to provide by email a copy of the notice of hearing on the Motion to all known investors through its email service regularly used to provide notices and documents to investors pursuant to the applicable governing documents

1  for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd.,

2  is hereby approved and deemed sufficient notice and opportunity for hearing on the

3  Motion under the circumstances.

4       IT IS SO ORDERED.

5  DATED:  December 14, 2020

6

7                                Honorable Dale S. Fischer
                                 UNITED STATES DISTRICT JUDGE