1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>　　　　　　　Defendant. | Case No. 2:19-CV-02188-DSF-MRW<br><br>[Assigned to Hon. Dale S. Fischer]<br><br>**ORDER GRANTING STIPULATION BY RECEIVER AND NON-PARTIES THREE LINE CAPITAL, LLC, *ET AL*. EXTENDING CLAIM OBJECTION DEADLINE AND ASSOCIATED DEADLINES (CLAIM NO. 1059) (Docket No. 482)** |

# ORDER

The Court has reviewed and considered the Stipulation by Receiver and Non-Parties Three Line Capital, LLC, Indigo-DLI Holdings I, LLC, Indigo Capital Services, LLC and Indigo Global Capital, LLC extending Claim Objection Deadline and Associated Deadlines (Claim No. 1059) (Dkt# 482).

IT IS ORDERED THAT:

1. The deadline for the Receiver to file any Claim Objection to Claim No. 1059 is hereby extended by ninety (90) days, up to and including June 10, 2021; and

2. All associated deadlines set forth in the Distribution Plan which are calculated based on the date of filing of the Claim Objection, including (a) the deadline for the response to the Claim Objection and the deadline for the Receiver to serve his reply (Doc. No. 321 (Distribution Plan, Section V.1)), be extended by ninety (90) days with respect to Claim No. 1059.

IT IS SO ORDERED.

DATED: March 17, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE