AMY J. LONGO (Cal. Bar No. 198304)
Email: longoa@sec.gov
CHRISTOPHER A. NOWLIN (Cal. Bar No. 268030)
Email: nowlinc@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DIRECT LENDING INVESTMENTS, LLC,<br><br>　　　　Defendant. | Case No. 2:19-cv-02188-DSF-MRW<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NON-OPPOSITION TO RECEIVER'S MOTION (DKT. 356)**<br><br>Date:　April 12, 2021<br>Time:　1:30PM<br>Dept.:　Courtroom 7D<br>Place:　United States District Court<br>　　　　Western Division<br>　　　　350 West 1st Street<br>　　　　Los Angeles, CA 90012 |

1 | Plaintiff Securities and Exchange Commission ("SEC") states, pursuant to
2 | Local Rule 7-9(b), that it does not oppose the Receiver's Motion (1) Authority to
3 | Pursue Avoidance Actions; (2) Approval of Proposed Procedures; and (3) Approval
4 | of Form and/or Limitation of Notice Under Local Rule 66-7 (Dkt. 356).

5 | The SEC has reviewed the Receiver's Motion and the supporting
6 | documentation and does not oppose the Receiver's request for authority to pursue
7 | avoidance actions against Net Winner investors. The Receiver's proposed procedures
8 | and settlement parameters appear reasonable under the circumstances, as they specify
9 | clear standards for pursuing and settling any avoidance claims, while also providing
10 | the Receiver with sufficient discretion to exercise his judgment in each case as to
11 | what will maximize value for the Receivership estate.

Dated: March 22, 2021                      Respectfully submitted,

                                           */s/ Amy Jane Longo*
                                           Amy Jane Longo
                                           Christopher Nowlin
                                           Attorneys for Plaintiff
                                           Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On March 22, 2021, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NON-OPPOSITION TO RECEIVER'S MOTION (DKT. 356)** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 22, 2021            */s/ Amy Jane Longo*
                                 Amy Jane Longo

*SEC v. DIRECT LENDING INVESTMENTS, LLC*
United States District Court—Central District of California
Case No. 2:19-CV-02188-DSF-MRW

**SERVICE LIST**

Bradley Sharp
Development Specialists, Inc.
Permanent Receiver for Defendant Direct Lending Investments, LLC
333 S. Grand Ave
Suite 4100
Los Angeles, CA 90071
bsharp@DSIConsulting.com
(213) 617-2717

Kathy Bazoian Phelps
Diamond McCarthy LLP
Attorney for Permanent Receiver Bradley Sharp
1999 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
kphelps@diamondmccarthy.com
(424) 278-2330