UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>　　　　　Defendant. | CV 19−02188 DSF (MRWx)<br><br>**ORDER GRANTING MOTION OF RECEIVER FOR:**<br>　(1) **AUTHORITY TO PURSUE AVOIDANCE ACTIONS;**<br>　(2) **APPROVAL OF PROPOSED PROCEDURES; AND**<br>　(3) **FORM AND/OR LIMITATION OF NOTICE UNDER LOCAL RULE 66-7  [356]** |

　　　Bradley D. Sharp, the Court-appointed receiver in this proceeding (the "Receiver"), filed a Motion for : (1) Authority to Pursue Avoidance Actions; (2) Approval of Proposed Procedures; and (3) Form and/or Limitation of Notice Under Local Rule 66-7 (the "Motion").  The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, and oppositions or responses to the Motion, if any, and good cause appearing therefor,

1

Case 2:19-cv-02188-DSF-MRW Document 526 Filed 04/06/21 Page 2 of 3 Page ID #:11360

IT IS ORDERED that:

1. The Motion and the relief sought therein is granted;

2. The Receiver is authorized to pursue the Net Winner Claims as described in the Motion;

3. The Settlement Procedures set forth in the Motion are approved;

4. The form of Settlement Agreement proposed by the Receiver and attached as Exhibit "1" to the Declaration of Bradley D. Sharp in support of the Motion is approved, <u>except that the Receiver and his counsel should edit the form Settlement Agreement at Recital A from "this Court" to "the Court" (or a term that is substantively equivalent) and should make the various references to "the Court" and "the District Court" consistent and define these terms as referring to this Court</u>.

5. To the extent that the Receiver requires Court approval of a settlement agreement pursuant to the Settlement Procedures, the Receiver is authorized to file a motion under seal seeking Court approval of such a settlement.

6. The form of notice of the Motion provided to interested parties, creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management Solutions dba Stretto to provide by email a copy of the notice of hearing on the Motion to all known investors through its email service regularly used to provide notices and documents to investors pursuant to the applicable governing documents

2

for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd., is hereby approved and deemed sufficient notice and opportunity for hearing on the Motion under the circumstances.

IT IS SO ORDERED.

DATED: April 6, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE