UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>  Defendant. | Case No.  CV 19−02188 DSF (MRWx)<br><br>**ORDER GRANTING MOTION OF RECEIVER FOR: (A) APPROVAL AND PAYMENT OF FEES AND EXPENSES FROM OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020 OF:**<br>   **(1) RECEIVER BRADLEY D. SHARP;**<br>   **(2) DIAMOND McCARTHY LLP;**<br>   **(3) DEVELOPMENT SPECIALISTS, INC.;**<br>   **(4) GOLDBERG KOHN LTD;**<br>   **(5) BERKELEY RESEARCH GROUP; and**<br>   **(6) BANKRUPTCY MANAGEMENT SOLUTIONS DBA STRETTO and**<br>**(B) FOR APPROVAL OF RATE INCREASES; and**<br>**(C) FOR APPROVAL OF FORM AND/OR LIMITATION OF NOTICE UNDER LOCAL CIVIL RULE 66-7**<br>**[DKT NO. 523]** |

The Court, having considered the Motion of Receiver for: (A) Approval and Payment of Fees and Expenses from October 1, 2020 through December 30, 2020 of Bradley D. Sharp; Development Specialists, Inc.; Diamond McCarthy LLP; Goldberg Kohn Ltd; Berkeley Research Group; and Bankruptcy Management Solutions dba Stretto; (B) Approval of Rate Increases; and (B) Approval of Form and/or Limitation of Notice Under Local Civil Rule 66-7, (Docket No. 523), and all pleadings and papers filed in support of the Motion, no opposition or response having been filed, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted to the extent indicated in this Order;

2. The Receiver's fees in the amount of $75,744.00 are approved, and the Receiver is authorized to pay 80% of the approved fees ($60,595.20), with the balance of unpaid fees payable through a final fee motion;

3. Diamond McCarthy LLP's fees in the amount of $822,192.38, costs in the amount of $77,809.67 ($59,210.00 of which are on account of expert consultant fees), are approved, and the Receiver is authorized to pay 80% of Diamond McCarthy's approved fees ($657,753.90), and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

4. Development Specialists, Inc.'s (DSI) fees in the amount of $758,537.02, and costs in the amount of $4,356.19, are approved, and the Receiver is authorized to pay 80% of DSI's approved fees ($606,829.62), and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

5. Goldberg Kohn Ltd.'s fees in the amount of $144,261.69 and costs in the total amount of $197.88 are approved, and the Receiver is authorized to pay 80% of Goldberg Kohn Ltd.'s approved fees ($115,409.35), and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

6. Berkeley Research Group's (BRG) fees in the amount of $36,553.70, and costs in the amount of $283.26 are approved, and the Receiver is authorized to pay BRG 80% of its approved fees ($29,242.96), and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

7. Bankruptcy Solutions dba Stretto's fees in the amount of $22,263.96 and costs in the amount of $506.33 are approved; and

8. The rate adjustments for the Receiver and his professionals for the calendar years 2020 and 2021 are approved and authorized (Diamond McCarthy, BRG, DSI, Stretto, and Goldberg Kohn Ltd.).

9. The Receiver shall provide reasonable notice of any requested increase in future rates charged by the Receiver and his professionals (Diamond McCarthy, BRG, DSI, Stretto, and Goldberg Kohn Ltd.) by filing with this Court a Notice of Rate Increase, posting a Notice of Rate Increase on the Receiver's website and serving the same on the SEC.

10. The form of notice on the Motion provided to interested parties, creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management Solutions dba Stretto to provide by email a copy of the notice of hearing on the Motion to all known investors through its email service regularly used to provide notices and documents to investors pursuant to the applicable governing documents

for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd., is hereby approved and deemed sufficient notice and opportunity for hearing on the Motion under the circumstances.

IT IS SO ORDERED.

DATED: April 21, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE