UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>Defendant. | Case No.  CV 19−02188 DSF (MRWx)<br><br>**ORDER GRANTING MOTION OF RECEIVER FOR: (A) APPROVAL AND PAYMENT OF FEES AND EXPENSES FOR APRIL 1, 2021 THROUGH JUNE 30, 2021 OF:**<br>    **(1) RECEIVER BRADLEY D. SHARP;**<br>    **(2) RAINES FELDMAN LLP;**<br>    **(3) DIAMOND MCCARTHY LLP;**<br>    **(4) DEVELOPMENT SPECIALISTS, INC.;**<br>    **(5) GOLDBERG KOHN LTD.;**<br>    **(6) BERKELEY RESEARCH GROUP;**<br>    **(7) BANKRUPTCY MANAGEMENT SOLUTIONS DBA STRETTO**<br>    **(8) JEFFER MANGELS BUTLER & MITCHELL; AND**<br>**(B) FOR APPROVAL OF FORM AND/OR LIMITATION OF NOTICE UNDER LOCAL CIVIL RULE 66-7** |

   The Court having reviewed and considered the unopposed Motion of Receiver for: (A) Approval and Payment of Fees and Expenses from April 1, 2021 through June 30, 2021 of Bradley D. Sharp; Development Specialists, Inc.; Raines Feldman LLP; Diamond McCarthy LLP; Goldberg Kohn Ltd.; Berkeley Research Group;

1

Bankruptcy Management Solutions dba Stretto; Jeffer Mangels Butler & Mitchell; and (B) Approval of Form and/or Limitation of Notice Under Local Civil Rule 66-7 and all supporting pleadings and papers, and good cause appearing,

IT IS ORDERED that:

1. The Motion and the relief sought is granted;

2. The Receiver's fees in the amount of $79,380.00 are approved, and the Receiver is authorized to pay 80% of the approved fees ($63,504.00), with the balance of unpaid fees payable through a final fee motion;

3. Raines Feldman, the Receiver's general counsel's fees in the amount of $98,188.11, and $30.27 in costs, are approved and the Receiver is authorized to pay 80% of the approved fees ($78,550.49) and 100% of its approved costs, with the balance of the unpaid fees payable through the final fee motion;

4. Diamond McCarthy LLP's ("Diamond McCarthy") fees in the amount of $356,939.54, and costs in the amount of $43,499.26 ($37,343.75 of which are on account of expert consultant fees) are approved, and the Receiver is authorized to pay 80% of Diamond McCarthy's approved fees ($285,551.63), and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

5. Development Specialists, Inc.'s ("DSI") fees in the amount of $684,506.26, and costs in the amount of $4,080.79, are approved, and the Receiver is authorized to pay 80% of DSI's approved fees ($547,605.01), and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

5. Goldberg Kohn Ltd.'s fees in the amount of $140,365.15 and costs in the total amount of $2,035.62 are approved, and the Receiver is authorized to pay 100% of Goldberg Kohn Ltd.'s approved fees and costs;

6. Berkeley Research Group's ("BRG") fees in the amount of $18,921.00, and costs in the amount of $208.33 are approved, and the Receiver is authorized to pay BRG 80% of its approved fees ($15,136.80), and 100% of its approved costs, with the balance of unpaid fees payable through a final fee motion;

7. Bankruptcy Management Solutions dba Stretto, the Receiver's claims agent, for approval fees for services performed in the total amount of $36,519.60 and costs in the amount of $2,036.53, and an order authorizing payment of 100% of its approved fees and 100% of its approved costs;

8. Jeffer Mangels Butler & Mitchell LLP's fees in the amount of $27,021.00 and costs in the total amount of $138.60 are approved, and the Receiver is authorized to pay 100% of Jeffer Mangels Butler & Mitchell LLP's approved fees and costs;

9. The form of notice on the Motion provided to interested parties, creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management Solutions dba Stretto to provide by email a copy of the notice of hearing on the Motion to all known investors through its email service regularly used to provide notices and documents to investors pursuant to the applicable governing documents for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd., is hereby approved and deemed sufficient notice and opportunity for hearing on the Motion under the circumstances.

IT IS SO ORDERED.

DATED: August 23, 2021

*Dale S. Fischer*
DALE S. FISCHER
United States District Judge