UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>Defendant. | Case No. CV 19-2188 DSF (MRWx)<br><br>**ORDER GRANTING MOTION OF RECEIVER FOR APPROVAL OF (1) SECOND INTERIM DISTRIBUTION AND (2) ORDER APPROVING FORM AND/OR MANNER OF NOTICE UNDER LOCAL CIVIL RULE 66-7 (Dkt. 729)** |

2940380.2

The Court having reviewed and considered the Motion for Approval of: (1) Second Interim Distribution and (2) Order Approving Form and/or Manner of Notice Under Local Rule 66-7 and all supporting pleadings and papers, no opposition having been filed, the Court having deemed this matter suitable for resolution without oral argument, and good cause appearing,

IT IS ORDERED that:

1. The Motion and the relief sought is granted;

2. The Receiver is authorized to make a distribution of $61,500,000 pursuant to the terms set forth in the Distribution Plan to be distributed to DLIF and DLIFF on a pro rata basis as follows: $19,065,000 will be distributed to DLIFF Class 3 and $42,435,000 will be distributed to DLIF Class 4.

3. The Receiver is authorized to make an additional distribution of $8,665,000 to Class 4B DLIF Investors only.

4. The Receiver is authorized to make a second interim distribution substantially in accordance with the distribution schedule attached as Exhibit 1 to the Declaration of Bradley D. Sharp and to hold reserves and apply offsets as set forth in the Motion.

5. The form of notice on the Motion provided to interested parties, creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management Solutions dba Stretto to provide by email a copy of the notice of hearing on the Motion to all known investors through its email service regularly used to provide notices and documents to investors pursuant to the applicable governing documents for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd., is approved and deemed sufficient notice and opportunity for hearing on the Motion

under the circumstances.

6. This Order shall be binding in all respects on each holder of a Claim, and each of their respective successors, heirs, legal representatives, and assigns whether or not the holder has filed a Proof of Claim or objected to the Distribution Plan.

IT IS SO ORDERED.

DATED: December 1, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

3

2940380.2