UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>　　　　　　Defendant. | Case No. CV 19-2188 DSF (MRWx)<br><br>**ORDER RE ADDITIONAL INFORMATION RE THE MOTION OF RECEIVER FOR APPROVAL FILED AT DOCKET 731** |

　　　　The Court deems this matter suitable for resolution without oral argument. The hearing set for December 6, 2021 is removed from the Court's calendar. Before the Court can rule on the motion, it requires further details/explanation of the reasonableness/necessity of the following:

　　　　The lodging and airfare expenses at dkt. 731-2 page ID # 15080

　　　　The $132.00 parking charge at dkt. 731-2 page ID # 15126

　　　　The daily entries for "Administrative review of court docket" in the Stretto invoices.

　　　　In addition, the invoices presented by Goldberg Kohn are so heavily redacted

as to be of no use for the purposes of the Court's review.  If the redactions are necessary, an unredacted version should be submitted under seal.  The Court's Local Rules for under seal filings must be followed.

IT IS SO ORDERED.

DATED:  December 1, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE