**RAINES FELDMAN LLP**
KATHY BAZOIAN PHELPS (SBN 155564)
kphelps@raineslaw.com
DAVID CASTLEMAN (SBN 326812)
dcastleman@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

*Counsel for Bradley D. Sharp,
Permanent Receiver*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>Defendant. | Case No. 2:19−cv−02188−DSF−MRW<br><br>**DECLARATION OF BRADLEY D. SHARP IN RESPONSE TO ORDER RE ADDITIONAL INFORMATION REGARDING MOTION OF RECEIVER FOR APPROVAL AND PAYMENT OF FEES AND EXPENSES FOR JULY 1, 2021 THROUGH SEPTEMBER 30, 2021 [Dkt. No. 731]**<br><br>**[APPLICATION FOR LEAVE TO FILE UNDER SEAL UNREDACTED COPIES OF GOLDBERG KOHN LTD.'S BILLING RECORDS FILED CONCURRENTLY]**<br><br>Date: December 6, 2021<br>Time: 1:30 p.m.<br>Dept:  Courtroom 7D<br>Place: United States District Court<br>       Western Division<br>        350 West 1st Street<br>        Los Angeles, CA 90012 |

I, Bradley D. Sharp, declare and state:

1. I am the Permanent Receiver appointed by this Court for the estate of Direct Lending Investments LLC, Direct Lending Income Fund, L.P., Direct Lending Income Feeder Fund, Ltd., DLI Capital, Inc., DLI Lending Agent, LLC, and DLI Assets Bravo, LLC, and their successors, subsidiaries, and affiliated entities ("Receivership Entity") pursuant to the Preliminary Injunction Order and Order Appointing Permanent Receiver ("Receiver Order") entered on April 1, 2019.

2. This declaration is my supplemental declaration submitted in further support of the *Motion of Receiver For (A) Approval And Payment of Fees and Expenses For July 1, 2021 Through September 30, 2021: (1) Receiver Bradley D. Sharp; (2) Raines Feldman LLP; (3) Diamond McCarthy LLP; (4) Development Specialists, Inc.; (5) Goldberg Kohn Ltd.; (6) Berkeley Research Group; (7) Bankruptcy Management Solutions dba Stretto; (8) Jeffer Mangels Butler & Mitchell; and (B) For Approval of Form and/or Limitation of Notice Under Local Civil Rule 66-7* [Dkt. No. 731] (the "Motion").

3. I have personal knowledge of the facts set forth below, and if, called to testify, could competently testify thereto.

4. This Response is given to the Court's order dated December 1, 2021, *Order re Additional Information re the Motion of Receiver for Approval Filed at Docket 731* (the "Order") [Dkt. No. 743]. The Court has requested additional information regarding the following:

- The lodging and airfare expenses at Dkt. 731-2 page ID # 15080
- The $132.00 parking charge at Dkt. 731-2 page ID # 15126
- The daily entries for "Administrative review of court docket" in the Stretto invoices.
- The invoices presented by Goldberg Kohn are so heavily redacted as to be of no use for the purposes of the Court's review. If the redactions are necessary, an unredacted version should be submitted under seal. The Court's Local Rules for under seal filings must be followed

### A. The lodging and airfare expenses at Dkt. 731-2 page ID # 15080

5. On September 1, 2021, I attended the Eisner Mediation in New York and incurred hotel lodging expenses in the amount of $614.52. I was required to personally attend the mediation and, as such, was required to fly to New York and spend two nights lodging. The receipt for the two-night stay at the Marriott at the rate of $307.26 per night is attached as Exhibit "1."

6. My original flight that was booked for the mediation cost $511.00 and was a ticket in economy class and the receipt for the roundtrip economy plane ticket to New York is attached hereto as Exhibit "2." The flight had a connection on the way to New York through Dallas, and the connecting flight was unfortunately cancelled, which required me to purchase a replacement ticket from Dallas to New York. The receipt for the one-way economy plane ticket to New York for $957.22 is attached hereto as Exhibit "3." The Motion included just the replacement ticket for the one leg and the travel agent fee and did not include the original roundtrip ticket cost of $511.00. If the Court prefers, the amount of $511.00 can be charged to the estate instead, or I am also comfortable writing off the entire cost of the flight if that is the Court's preference. All meals were written off.

### B. The $132.00 parking charge at Dkt. 731-2 page ID # 15126

7. The parking charges on July 22, 2021 were to pay for parking validations for guests invited to my office to attend a lengthy settlement conference on the multi-million dollar dispute relating to the DLIP and Liberty Fund loan portfolio. I validated the parking for the parties and their counsel who attended the conference in a good faith effort to try to resolve the dispute. An in-person meeting was requested due to the significance of the dispute and the need to walk through a variety of complex issues.

Case No. 2:19−cv−02188−DSF−MRW    RESPONSE TO ORDER FOR ADDITIONAL INFORMATION RE THE FEE MOTION OF RECEIVER

2963875.1

### C. The daily entries for "Administrative review of court docket" in the Stretto invoices

8. I am advised that the administrative review of the court docket charged by Stretto serves a number of purposes including:

- Stretto reviews each pleading to identify documents that cause changes to the claims register (e.g., Notices of Transfer, Claim Objections, Stipulations, etc.), changes to the creditor matrix (e.g., creditor changes of address), or changes to the core/2002 service list
- Stretto standardizes the pleading titles for easier public usage
- Stretto monitors newly filed documents to determine if any additional noticing is required
- Confirmation of completeness of the court docket as presented on Stretto's public facing case website
  - This includes inspecting the PDF to ensure that pleadings were downloaded and assembled correctly

9. Stretto customarily provides these types of services in connection with its claims noticing services and believes that are required to ensure that the dockets is accurately maintained and accessible to the thousands of claimants in this case. The total amount of time spent during the expense period that involves administrative review is less than 11 hours, which I believe is reasonable and appropriate given the complex nature of the case, the large number of filings in the case, and the large number of investors who rely on the Receiver's website for information.

### D. Goldberg Kohn's Redacted Invoices

10. I believe that the heavy redaction of Goldberg Kohn's invoices is appropriate. Concurrently herewith, I have filed an *Application for Leave to File Under Seal Unredacted Copies of Goldberg Kohn, Ltd.'s Billing Records in Support of*

*Receiver's Motion for Approval and Payment of Fees and Expenses for July 1, 2021 through September 30, 2021 [Dkt. No. 731] Pursuant to Local Civil Rule 79-5.22*. In summary, the redactions related to privileged communications between me and my counsel, and I have reason to believe third parties involved with various of the DLI investment counterparties have been monitoring the docket and professional fee invoice descriptions to glean information regarding the handling of certain loan portfolios. Filing under seal will help maintain confidentiality in how I am administering these assets and will help to preserve the value of the estate assets and assist in the ultimate recovery for the investors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2021, at San Juan Capistrano, California.

                                           _____
                                           Bradley D. Sharp
                                           Permanent Receiver

# EXHIBIT 1



**NEW YORK MARRIOTT MARQUIS**                                    **GUEST FOLIO**

| 4004 | SHARP/BRAD/MR | | 08/27/21 | 07:18 | 24696 | |
|---|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# | |
| LNK | 28321 OCEANA DEL MAR | | 08/25/21 | 02:06 | | |
| TYPE | SAN JUAN CAP  CA  92675 | | ARRIVE | TIME | | |
| 49 | | PASSPORT: | | | | |
| ROOM CLERK | ADDRESS | AXXXXXXXXXXXXX6215 PAYMENT | | | MBV#: | XXXXX0835 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 08/25 | ROOM TR | 4004, 1 | 279.00 | | |
| 08/25 | RM TAX | 4004, 1 | 24.76 | A | |
| 08/25 | OCC JAV | 4004, 1 | 3.50 | C | |
| 08/26 | REVELRYE | 10134004 | 94.57 | | |
| 08/26 | RMSERVIC | 16554004 | 55.53 | | |
| 08/26 | ROOM TR | 4004, 1 | 279.00 | | |
| 08/26 | RM TAX | 4004, 1 | 24.76 | A | |
| 08/26 | OCC JAV | 4004, 1 | 3.50 | C | |
| 08/27 | CCARD-AX | | | 764.62 | |

PAYMENT RECEIVED BY  AMERICAN EXPRESS XXXXXXXXXXXX6215
************* AUTHORIZATION *************
APPROVED
Total: $747.30 Card Type: AMEX Card Entry: CHIP Acct #: ***********6215 Approval Code: 893430
*********** EMV AUTHORIZATION ***********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 0658010360A002 TSI: F800 ARC: 00 AC: DF8BA71D4C4FE9EA
CVM: 5E0300

.00

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|---|
| I | PHONE SALES TAX | .00 | .00 |
| J | NYC 2.35% UTILITY TX | .00 | .00 |
| L | NYS GROSS REC. TAX | .00 | .00 |
| | NET CHARGES | TAX | CREDITS | FOLIO |
| | 764.62 | .00 | 764.62 | .00 |

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



NEW YORK MARRIOTT MARQUIS
1535 BROADWAY
NEW YORK NY  10036
212-398-1900

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# EXHIBIT 2



| | | | | | Page | 1 of 1 |
|---|---|---|---|---|---|---|
| | | | | | **Invoice** | 257519 |
| | | | | | **PNR** | RSOBJB |
| | | | | | **Customer ID** | 6800CPD |
| D L I | | | | | **Agent** | WILLIAM BRADT |
| C/O DEVELOPMENT SPECIALISTS | | | | | **Date of issue** | 20 August 2021 |
| 10 S LASALLE ST STE 3300 | | | | | **Printed** | 20 August 2021 1:12 PM |
| CHICAGO IL 60603 | | | | | | |

**Passengers**
1. SHARP BRADLEY D

| Auxiliary | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Vendor** | | **City** | | **DATE** | **Remark** | |
| Other | AA2114 | | ORANGE COUNTY-JOHN WAYNE | | 08/25/2021 | | |
| **Passenger** | **Vendor** | **Ticket #** | | **Fare** | **Tax** | **Penalty/Ppd svc fee** | **Total** |
| SHARP BRADLEY D | AA2114 | | | 461.00 | 0.00 | 0.00 | 461.00 |
| SHARP BRADLEY D | AA2114 | | | 50.00 | 0.00 | 0.00 | 50.00 |
| | | | | 511.00 | 0.00 | 0.00 | 511.00 |
| | | | | | | | -511.00 AX*****6215 |
| | | | | | | | 0.00 |
| | | | **Total auxiliary** | | | | 0.00 USD |
| | | | **Invoice Total** | | | | 511.00 USD |
| | | | **Amount Due** | | | | 0.00 USD |

*******************************************************************DISCLAIMER********************************************************************
THE AIRLINES, HOTELS, CRUISES, AND OTHER SUPPLIERS WHOSE TRAVEL OR OTHER SERVICES ARE OFFERED ARE INDEPENDENT THIRD PARTIES AND NOT SUBSIDIARIES,AFFILIATES,AGENTS OR EMPLOYEES OF GLOBAL TRAVEL COLLECTION. GLOBAL TRAVEL COLLECTION IS NOT LIABLE FOR THE ACTS, ERRORS, OMISSIONS,REPRESENTATIONS, WARRANTIES, BREACHES, OR NEGLIGENCE OF THESE SUPPLIERS, OR FOR ANY PERSONAL INJURIES, DEATH,PROPERTY DAMAGE, OR OTHER DAMAGES OR EXPENSES RESULTING THEREFROM. GLOBAL TRAVEL COLLECTION HAS NO LIABILITY FOR AND IS UNABLE TO MAKE ANY REFUND IN THE EVENT OF ANY DELAY,CANCELLATION, OVERBOOKING, STRIKE, TRAVEL RESTRICTIONS,FORCE MAJEURE OR OTHER CAUSES BEYOND ITS DIRECT CONTROL.
*******************************************************************DISCLAIMER********************************************************************

**PROTRAVEL CHICAGO**

600 W Fulton Street, Chicago, IL - 60661

# EXHIBIT 3

AMERICAN EXPRESS

**Business Gold Rewards**
DEV SPEC INC
WILLIAM A BRANDT JR
Closing Date 09/15/21

p. 13/26

Account Ending 4-74004

**Detail Continued**

♦ - denotes Pay Over Time activity

Amount

**BRADLEY D SHARP**
Card Ending 4-76215

Amount

| | | | | | |
|---|---|---|---|---|---|
| 08/25/21 | PROTRAVEL INTERNATIONAL<br>UNITED AIRLINES<br>From: To:<br>DALLAS/FORT WORTH  N.Y. NEWARK INTL A<br>Ticket Number: 01676599953873<br>Passenger Name: SHARP/BRADLEY D<br>Document Type: PASSENGER TICKET | CHICAGO | IL | $DLI$<br>$257658$ | $957.22 |

Continued on reverse