UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>Defendant. | Case No. 2:19−cv−02188−DSF−MRW<br>Hon. Dale S. Fischer<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL UNREDACTED COPIES OF GOLDBERG KOHN LTD.'S BILLING RECORDS IN SUPPORT OF RECEIVER'S MOTION FOR APPROVAL AND PAYMENT OF FEES AND EXPENSES FOR JULY 1, 2021 THROUGH SEPTEMBER 30, 2021 [DKT. NO. 731] PURSUANT TO LOCAL CIVIL RULE 79-5.2.2**<br><br>**[No Hearing Set on Application]** |

1

2963606.1

The Court having reviewed and considered the Application for Leave to File Under Seal Unredacted Copies of Goldberg Kohn, Ltd.'s Billing Records in Support of Receiver's Motion for Approval and Payment of Fees and Expenses for July 1, 2021 through September 30, 2021 [Dkt. No. 731] Pursuant to Local Civil Rule 79-5.2.2 (the "Application") filed by Bradley D. Sharp, the Court-appointed permanent receiver (the "Receiver") for the estate of defendant Direct Lending Investments LLC ("DLI"), and Direct Lending Income Fund, L.P., Direct Lending Income Feeder Fund, Ltd., DLI Capital, Inc., DLI Lending Agent, LLC, and DLI Assets Bravo, LLC and their successors, subsidiaries and affiliated entities (collectively, the "Receivership Entities"), as well as the other pleadings and papers on file in this case, and finding compelling reasons exist that warrant sealing portions of the Goldberg Kohn billing statements,

THE COURT HEREBY ORDERS that:

1. The Application is GRANTED;

2. The unredacted copies of Goldberg Kohn, Ltd.'s Billing Records shall be filed under seal and remain under seal until further order of this Court.

IT IS SO ORDERED.

DATED: December 8, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

2963606.1