# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>Defendant. | Case No. CV 19-2188 DSF (MRWx)<br><br>**ORDER GRANTING MOTION OF RECEIVER FOR: (A) APPROVAL AND PAYMENT OF FEES AND EXPENSES FOR JULY 1, 2021 THROUGH SEPTEMBER 30, 2021 OF:**<br>    (1) RECEIVER BRADLEY D. SHARP;<br>    (2) RAINES FELDMAN LLP;<br>    (3) DIAMOND MCCARTHY LLP;<br>    (4) DEVELOPMENT SPECIALISTS, INC.;<br>    (5) GOLDBERG KOHN LTD.;<br>    (6) BERKELEY RESEARCH GROUP;<br>    (7) BANKRUPTCY MANAGEMENT SOLUTIONS DBA STRETTO<br>    (8) JEFFER MANGELS BUTLER & MITCHELL; AND<br>**(B) FOR APPROVAL OF FORM AND/OR LIMITATION OF NOTICE UNDER LOCAL CIVIL RULE 66-7**<br>(Dkt. 731) |

1

2950827.1

The Court having reviewed the Motion of Receiver for: (A) Approval and Payment of Fees and Expenses from July 1, 2021 through September 30, 2021 of Bradley D. Sharp; Development Specialists, Inc.; Raines Feldman LLP; Diamond McCarthy LLP; Goldberg Kohn Ltd.; Berkeley Research Group; Bankruptcy Management Solutions dba Stretto; Jeffer Mangels Butler & Mitchell; and (B) Approval of Form and/or Limitation of Notice Under Local Civil Rule 66-7 and all supporting pleadings and papers, no oppositions having been filed, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion and the relief sought is granted;

2. Fees incurred by the Receiver and his professionals and billed to DLIF investor matters (the DLIF Fees) will be paid separately from Class 4A from DLIF's claim distribution as set forth in this Order;

3. The Receiver's fees in the amount of $55,860.00 and $1,897.92 in costs, are approved, and the Receiver is authorized to pay 80% of the approved fees ($44,688.00) and 100% of the Receiver's approved costs, with the balance of unpaid fees to be paid subject to further order of the Court. From that amount, the Receiver shall pay 80% ($7,920.00) of the Receiver's DLIF Fees ($9,900.00) from Class 4A funds;

4. Raines Feldman's fees as the Receiver's general counsel in the amount of $155,015.30, and $433.25 in costs are approved and the Receiver is authorized to pay 80% of the approved fees ($124,012.24) and 100% of its approved costs, with the balance of the unpaid fees to be paid subject to further order of the Court. From that amount, the Receiver shall pay 80% ($91.81) of Raines Feldman's DLIF Fees ($114.76) from Class 4A funds;

5. Diamond McCarthy LLP's fees as the Receiver's special litigation counsel in the amount of $208,584.26, and costs in the amount of $31,378.05 ($24,675.00 of which are on account of mediation fees) are approved, and the

Receiver is authorized to pay 80% of Diamond McCarthy's approved fees ($166,867.41), and 100% of its approved costs, with the balance of unpaid fees to be paid subject to further order of the Court. From that amount, the Receiver shall pay 80% ($4,835.08) of Diamond McCarthy's DLIF Fees ($6,043.85) from Class 4A funds;

6. Development Specialists, Inc.'s fees as the Receiver's accountants and deputies in the amount of $509,600.93, and costs in the amount of $4,499.15, are approved, and the Receiver is authorized to pay 80% of DSI's approved fees ($407,680.74), and 100% of its approved costs, with the balance of unpaid fees to be paid subject to further order of the Court. From that amount, the Receiver shall pay 80% ($34,966.96) of DSI's DLIF Fees ($43,708.70) and 100% of DSI's costs in the amount of $860.00, from Class 4A funds;

7. Goldberg Kohn Ltd.'s fees as the Receiver's corporate counsel in the amount of $62,661.70 and costs in the amount of $522.00 are approved, and the Receiver is authorized to pay 100% of Goldberg Kohn Ltd.'s approved fees and 100% of its approved costs;

8. Berkeley Research Group's fees as the Receiver's tax accountant in the amount of $15,980.20, and costs in the amount of $52.93 are approved, and the Receiver is authorized to pay BRG 80% of its approved fees ($12,784.16), and 100% of its approved costs, with the balance of unpaid fees to be paid subject to further order of the Court;

9. Bankruptcy Management Solutions dba Stretto's fees as the Receiver's claims agent in the amount of $17,059.90 and costs in the amount of $856.01 are approved, and the Receiver is authorized to pay Stretto, 100% of its approved fees and 100% of its approved costs;

10. Jeffer Mangels Butler & Mitchell LLP's fees as the Receiver's special probate litigation counsel in the amount of $5,772.50 and costs in the amount of $57.60 are approved, and the Receiver is authorized to pay 100% of Jeffer Mangels

2950827.1

Butler & Mitchell LLP's approved fees and 100% of its approved costs; and

11. The form of notice on the Motion provided to interested parties, creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management Solutions dba Stretto to provide by email a copy of the notice of hearing on the Motion to all known investors through its email service regularly used to provide notices and documents to investors pursuant to the applicable governing documents for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd., is hereby approved and deemed sufficient notice and opportunity for hearing on the Motion under the circumstances.

IT IS SO ORDERED.

DATED: December 13, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

2950827.1