1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

8
9
10

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:19−cv−02188−DSF−MRW |
| Plaintiff, | **ORDER GRANTING MOTION OF RECEIVER FOR: (A) APPROVAL AND PAYMENT OF FEES AND EXPENSES FOR OCTOBER 1, 2021 THROUGH DECEMBER 31, 2021 OF:** |
| v. | **(1) RECEIVER BRADLEY D. SHARP;** |
| DIRECT LENDING INVESTMENTS LLC, | **(2) RAINES FELDMAN LLP;** |
| | **(3) DIAMOND MCCARTHY LLP;** |
| Defendant. | **(4) DEVELOPMENT SPECIALISTS, INC.;** |
| | **(5) GOLDBERG KOHN LTD.;** |
| | **(6) BERKELEY RESEARCH GROUP;** |
| | **(7) BANKRUPTCY MANAGEMENT SOLUTIONS DBA STRETTO** |
| | **(8) JEFFER MANGELS BUTLER & MITCHELL; AND** |
| | **(B) FOR APPROVAL OF FORM AND/OR LIMITATION OF NOTICE UNDER LOCAL CIVIL RULE 66-7** |

1

The Court, having reviewed and considered the Motion of Receiver for: (A) Approval and Payment of Fees and Expenses from October 1, 2021 through December 31, 2021 of Bradley D. Sharp; Development Specialists, Inc.; Raines Feldman LLP; Diamond McCarthy LLP; Goldberg Kohn Ltd.; Berkeley Research Group; Bankruptcy Management Solutions dba Stretto; Jeffer Mangels Butler & Mitchell; and (B) Approval of Form and/or Limitation of Notice Under Local Civil Rule 66-7 (Docket No. 758) and all pleadings and papers filed in support of the Motion, and good cause appearing therefor,

IT IS ORDERED that:

1.      The Motion is granted;

2.      Fees incurred by the Receiver and his professionals and billed to DLIF investor matters (the "DLIF Fees") will be paid separately from Class 4A from DLIF's claim distribution as set forth herein;

3.      The Receiver's fees in the amount of $36,840.00, are approved, and the Receiver is authorized to pay 80% of the approved fees ($29,472.00), with the balance of unpaid fees to be paid subject to further order of the Court. From that amount, the Receiver shall pay 80% ($4,800.00) of the Receiver's DLIF Fees ($6,000.00) from Class 4A funds;

4.      Raines Feldman, the Receiver's general counsel's fees in the amount of $183,779.39, and $620.00 in costs, are approved and the Receiver is authorized to pay 80% of the approved fees ($147,023.51) and 100% of its approved costs, with the balance of the unpaid fees to be paid subject to further order of the Court. From that amount, the Receiver shall pay 80% ($487.92) of Raines Feldman's DLIF Fees ($609.90) from Class 4A funds;

5.      Diamond McCarthy LLP's ("Diamond McCarthy"), the Receiver's special litigation counsel's fees in the amount of $175,396.17, and costs in the amount of $2,207.84 are approved, and the Receiver is authorized to pay 80% of Diamond McCarthy's approved fees ($140,316.94), and 100% of its approved costs,

2982812.1

1   with the balance of unpaid fees to be paid subject to further order of the Court.

2       6.      Development Specialists, Inc.'s ("DSI") fees, the Receiver's

3   accountants and deputies' fees in the amount of $297,352.11, and costs in the amount

4   of $2,354.13, are approved, and the Receiver is authorized to pay 80% of DSI's

5   approved fees ($237,881.69), and 100% of its approved costs, with the balance of

6   unpaid fees to be paid subject to further order of the Court. From that amount, the

7   Receiver shall pay 80% ($34,970.36) of DSI's DLIF Fees ($43,708.70) and 100% of

8   DSI's costs in the amount of $273.58, from Class 4A funds;

9       7.      Goldberg Kohn Ltd., the Receiver's corporate counsel's fees in the

10  amount of $19,101.18 and costs in the amount of $357.00 are approved, and the

11  Receiver is authorized to pay 100% of Goldberg Kohn Ltd.'s approved fees and

12  100% of its approved costs;

13      8.      Berkeley Research Group's ("BRG"), the Receiver's tax accountant's

14  fees in the amount of $9,642.90, and costs in the amount of $37.16 are approved, and

15  the Receiver is authorized to pay BRG 80% of its approved fees ($7,714.32), and

16  100% of its approved costs, with the balance of unpaid fees to be paid subject to

17  further order of the Court;

18      9.      Bankruptcy Management Solutions dba Stretto ("Stretto"), the

19  Receiver's claims agent's fees in the amount of $20,443.00 and costs in the amount

20  of $924.82 are approved, and the Receiver is authorized to pay Stretto, 100% of its

21  approved fees and 100% of its approved costs;

22      10.     Jeffer Mangels Butler & Mitchell LLP, the Receiver's special probate

23  litigation counsel's fees in the amount of $1,041.50 are approved, and the Receiver

24  is authorized to pay 100% of Jeffer Mangels Butler & Mitchell LLP's approved

25  fees and 100% of its approved costs; and

26      11.     The form of notice on the Motion provided to interested parties,

27  creditors, and investors, who are potential creditors of the estate, by the Receiver (a)

28  serving the Motion and related moving papers on all parties to the action; (b) serving

2982812.1

1  by mail a notice of hearing on the Motion to all known creditors pursuant to Local

2  Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the

3  case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management

4  Solutions dba Stretto to provide by email a copy of the notice of hearing on the

5  Motion to all known investors through its email service regularly used to provide

6  notices and documents to investors pursuant to the applicable governing documents

7  for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd.,

8  is hereby approved and deemed sufficient notice and opportunity for hearing on the

9  Motion under the circumstances.

10          IT IS SO ORDERED.

11   DATED:  March 8, 2022

12                                                    _____

13                                                    Honorable Dale S. Fischer
                                                     UNITED STATES DISTRICT JUDGE

4

2982812.1