**RAINES FELDMAN LLP**
KATHY BAZOIAN PHELPS (SBN 155564)
*kphelps@raineslaw.com*
DAVID CASTLEMAN (SBN 326812)
*dcastleman@raineslaw.com*
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

*Counsel for Bradley D. Sharp,
Permanent Receiver*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>Defendant. | Case No. 2:19−cv−02188−DSF−MRW<br><br>**NOTICE OF MOTION AND MOTION OF RECEIVER FOR (A) APPROVAL AND PAYMENT OF FEES AND EXPENSES FOR JANUARY 1, 2022 THROUGH MARCH 31, 2022 OF:**<br>(1) RECEIVER BRADLEY D. SHARP;<br>(2) RAINES FELDMAN LLP;<br>(3) DIAMOND MCCARTHY LLP;<br>(4) DEVELOPMENT SPECIALISTS, INC.;<br>(5) GOLDBERG KOHN LTD.;<br>(6) BERKELEY RESEARCH GROUP;<br>(7) BANKRUPTCY MANAGEMENT SOLUTIONS DBA STRETTO<br>(8) JEFFER MANGELS BUTLER & MITCHELL; AND<br>**(B) FOR APPROVAL OF RATE INCREASE; AND**<br>**(C) FOR APPROVAL OF FORM AND/OR LIMITATION OF NOTICE UNDER LOCAL CIVIL RULE 66-7** |

1

Case No. 2:19−cv−02188−DSF−MRW    MOTION FOR APPROVAL OF PAYMENT OF FEES AND EXPENSES FOR OCTOBER 1, 2021 TO DECEMBER 31, 2021

*MEMORANDUM OF POINTS AND AUTHORITIES AND SUPPORTING DECLARATIONS FILED HEREWITH*

Date: June 27, 2022
Time: 1:30 p.m.
Dept.: Courtroom 7D
Place: United States District Court
Western Division
350 West 1st Street,
Los Angeles, CA 90012

2

Case No. 2:19−cv−02188−DSF−MRW   MOTION FOR APPROVAL OF PAYMENT OF FEES AND EXPENSES FOR OCTOBER 1, 2021 TO DECEMBER 31, 2021

PLEASE TAKE NOTICE THAT on June 27, at 1:30 p.m. in Courtroom 7D of the above-entitled Court, located at 350 West 1st Street, Los Angeles, CA 92701-4516, Bradley D. Sharp, the Court-appointed permanent receiver (the "Receiver"), will and hereby does make this Motion of Receiver for Order: (A) Approving and authorizing payment of fees and costs incurred by the Receiver and his professionals for the period from January 1, 2022 through March 31, 2022; (B) Approving Rate Increases; and (C) Approving Form and/or Limitation of Notice Under Local Civil Rule 66-7 (the "Motion"), as follows:

1. For the Receiver, for approval of his fees in the amount of $35,040.00, and an order authorizing payment of 80% of his approved fees, with the balance of unpaid fees payable through the final fee motion, unless otherwise ordered by the Court;

2. For Raines Feldman, the Receiver's general counsel, for approval of its fees in the amount of $189,599.20, and $832.19 in costs, and an order authorizing payment of 80% of its approved fees and 100% of its approved costs, with the balance of the unpaid fees payable through the final fee motion, unless otherwise ordered by the Court;

3. For Diamond McCarthy, the Receiver's special litigation counsel, for approval of its fees in the amount of $241,095.10, and $5,290.67 in costs and an order authorizing payment of 80% of its approved fees and 100% of its approved costs, with the balance of the unpaid fees payable through the final fee motion, unless otherwise ordered by the Court;

4. For Development Specialists, Inc., the Receiver's accountants and deputies, for approval of its fees in the amount of $359,914.65, and costs in the amount of $1,344.69, and an order authorizing payment of 80% of its approved fees and 100% of its approved costs, with the balance of unpaid fees payable through the final fee motion, unless otherwise ordered by the Court;

3

Case No. 2:19−cv−02188−DSF−MRW   MOTION FOR APPROVAL OF PAYMENT OF FEES AND EXPENSES FOR OCTOBER 1, 2021 TO DECEMBER 31, 2021

1    5.   For Goldberg Kohn Ltd., the Receiver's corporate counsel, for approval of its fees in the amount of $11,851.54, and an order authorizing payment of 100% of its approved fees;

6.   For Berkeley Research Group, the Receiver's tax accountants, for approval of its fees in the amount of $5,615.70, and costs in the amount of $8.48, and an order authorizing payment of 80% of its approved fees and 100% of its approved costs, with the balance of unpaid fees payable through the final fee motion, unless otherwise ordered by the Court;

7.   For Bankruptcy Management Solutions dba Stretto, the Receiver's claims agent, for approval of its fees in the amount of $22,375.10 and costs in the amount of $2,541.03, and an order authorizing payment of 100% of its approved fees and 100% of its approved costs;

8.   For Jeffer Mangels Butler & Mitchell, the Receiver's special probate litigation counsel, for approval of its fees in the amount of $859.00, and an order authorizing payment of 100% of its approved fees and 100% of its approved costs.

9.   For approval of the rate increases for certain professionals to allow for market adjustments as set forth in the Motion.

10.  The Receiver also moves the Court for an order approving the form of notice on the Motion provided to interested parties, creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management Solutions dba Stretto to provide by email a copy of the notice of hearing on the Motion to all known investors through its email service regularly used to provide notices and documents to investors pursuant to the applicable governing documents for DLIF and DLIFF, as

4

sufficient notice and opportunity for hearing on the Motion under the circumstances.

The Motion is made following the Receiver's communications with counsel for the Securities and Exchange Commission under Local Rule 7-3, and the Receiver is informed that the SEC generally does not oppose the relief sought.  A judgment of liability has been entered against the sole defendant DLI, which is under the supervision and control of the Receiver, making a conference with that entity unnecessary.  Defendant DLI, the only other party to the action, has consented to entry of a bifurcated judgment as to liability but not damages, and given the Receiver's appointment over the defendant, defendant DLI has no practical interest in the relief sought distinct from the Receiver. The Receiver has also communicated with Chris Johnson, one of the Joint Official Liquidators over the Off Shore Feeder Fund, and the Joint Official Liquidators do not oppose the relief sought.  There are numerous interested parties served with the Motion, making a pre-filing conference with the other interested parties impracticable.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the Declarations of Bradley D. Sharp, Kathy Bazoian Phelps, Christopher D. Sullivan, Vernon L. Calder, Dimitri G. Karcazes, and Thomas Geher filed concurrently, the separately-filed Notice of Hearing, the pleadings, records, and file of the Court in this action of which the Receiver requests the Court take judicial notice pursuant to Rule 201 of the Federal Rules of Civil Procedure, and upon such further oral argument, testimony and evidence as may be received at the hearing on this matter.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 7-9, any party who opposes the Motion must, not later than 21 days before the date of the hearing on the motion, serve upon all other parties and file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all the reasons

5

Case No. 2:19−cv−02188−DSF−MRW   MOTION FOR APPROVAL OF PAYMENT OF FEES AND EXPENSES FOR OCTOBER 1, 2021 TO DECEMBER 31, 2021

in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that that party will not oppose the motion. Evidence presented in all opposing papers shall comply with the requirements of L.R. 7-6, 7-7 and 7-8.

DATED:  May 19, 2022        RAINES FELDMAN LLP

By:  /s/ Kathy Bazoian Phelps
     Kathy Bazoian Phelps
     Counsel for Bradley D. Sharp
     Permanent Receiver

6

Case No. 2:19−cv−02188−DSF−MRW   MOTION FOR APPROVAL OF PAYMENT OF FEES AND EXPENSES FOR OCTOBER 1, 2021 TO DECEMBER 31, 2021