1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br> v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>   Defendant. | Case No. 2:19−cv−02188−DSF−MRW<br><br>**ORDER RE STIPULATION BY RECEIVER AND NON-PARTY FOREFRONT PARTNERS, LLC REGARDING EXTENSION OF DEADLINES ASSOCIATED WITH CLAIM OBJECTION (CLAIM NO. 1110) [786]** |

1

The Court has reviewed and considered the Stipulation by Receiver and Forefront Partners LLC Regarding Open Extension of Deadlines Associated with Claim Objection (Claim No. 1110).

IT IS ORDERED THAT:

1. All deadlines set forth in the Distribution Plan which are calculated based on the date of filing of the Claim Objection, including the deadline for the Receiver to serve his reply (Doc. No. 321 (Distribution Plan, Section V.1)), shall be vacated.

2. The stay of the objection to claim proceeding may be lifted upon 60 days' written notice by either party to the other party.

IT IS SO ORDERED.

Dated: May 26, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge

1