# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>        v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>                Defendant. | CV 19−2188 DSF (MRWx)<br><br>**ORDER GRANTING MOTION OF RECEIVER FOR: (A) APPROVAL AND PAYMENT OF FEES AND EXPENSES FOR JANUARY 1, 2022 THROUGH MARCH 31, 2022 OF: (1) RECEIVER BRADLEY D. SHARP; (2) RAINES FELDMAN LLP; (3) DIAMOND MCCARTHY LLP; (4) DEVELOPMENT SPECIALISTS, INC.; (5) GOLDBERG KOHN LTD.; (6) BERKELEY RESEARCH GROUP; (7) BANKRUPTCY MANAGEMENT SOLUTIONS DBA STRETTO (8) JEFFER MANGELS BUTLER & MITCHELL; AND (B) FOR APPROVAL OF RATE INCREASES; AND (C) FOR APPROVAL OF FORM AND/OR LIMITATION OF NOTICE UNDER LOCAL CIVIL RULE 66-7 (Dkt. 781)** |

3021905.1

The Court having reviewed and considered the unopposed Motion of Receiver for: (A) Approval and Payment of Fees and Expenses from January 1, 2022 through March 31, 2022 of Bradley D. Sharp; Development Specialists, Inc.; Raines Feldman LLP; Diamond McCarthy LLP; Goldberg Kohn Ltd.; Berkeley Research Group; Bankruptcy Management Solutions dba Stretto; Jeffer Mangels Butler & Mitchell; and (B) Approval of Rate Increases; and (C) Approval of Form and/or Limitation of Notice Under Local Civil Rule 66-7 and all supporting pleadings and papers, and good cause appearing,

IT IS ORDERED that:

1. The Motion and the relief sought is granted;

2. Fees incurred by the Receiver and his professionals and billed to DLIF investor matters (the DLIF Fees) will be paid separately from Class 4A from DLIF's claim distribution as set forth in this Order;

3. The Receiver's fees in the amount of $35,040.00, are approved, and the Receiver is authorized to pay 80% of the approved fees ($28,032.00), with the balance of unpaid fees to be paid subject to further order of the Court. From that amount, the Receiver shall pay 80% ($2,352.00) of the Receiver's DLIF Fees ($2,940.00) from Class 4A funds;

4. Fees of Raines Feldman, the Receiver's general counsel, in the amount of $189,599.20, and $832.19 in costs, are approved and the Receiver is authorized to pay 80% of the approved fees ($151,679.36) and 100% of its approved costs, with the balance of the unpaid fees to be paid subject to further order of the Court. From that amount, the Receiver shall pay 80% ($477.67) of Raines Feldman's DLIF Fees ($597.09) from Class 4A funds;

5. Fees of Diamond McCarthy LLP, the Receiver's special litigation counsel, in the amount of $241,095.10, and costs in the amount of $5,290.67 are approved, and the Receiver is authorized to pay 80% of Diamond McCarthy's approved fees ($192,876.08), and 100% of its approved costs, with the balance of

unpaid fees to be paid subject to further order of the Court.

6. Fees of Development Specialists, Inc. (DSI), the Receiver's accountants and deputies, in the amount of $359,914.65, and costs in the amount of $1,344.69, are approved, and the Receiver is authorized to pay 80% of DSI's approved fees ($287,931.72), and 100% of its approved costs, with the balance of unpaid fees to be paid subject to further order of the Court. From that amount, the Receiver shall pay 80% ($26,144.64) of DSI's DLIF Fees ($32,680.80) and 100% of DSI's costs in the amount of $524.91, from Class 4A funds;

7. Fees of Goldberg Kohn Ltd., the Receiver's corporate counsel, in the amount of $11,851.54 are approved, and the Receiver is authorized to pay 100% of Goldberg Kohn Ltd.'s approved fees;

8. Fees of Berkeley Research Group (BRG), the Receiver's tax accountant, in the amount of $5,615.70, and costs in the amount of $8.48 are approved, and the Receiver is authorized to pay BRG 80% of its approved fees ($4,492.56), and 100% of its approved costs, with the balance of unpaid fees to be paid subject to further order of the Court;

9. Fees of Bankruptcy Management Solutions dba Stretto (Stretto), the Receiver's claims agent, in the amount of $22,375.10 and costs in the amount of $2,541.03 are approved, and the Receiver is authorized to pay Stretto, 100% of its approved fees and 100% of its approved costs;

10. Fees of Jeffer Mangels Butler & Mitchell LLP, the Receiver's special probate litigation counsel, in the amount of $859.00 are approved, and the Receiver is authorized to pay 100% of Jeffer Mangels Butler & Mitchell LLP's approved fees and 100% of its approved costs;

11. The rate adjustments for the Receiver and his professionals for the calendar year 2022 are approved and authorized (Raines Feldman, DSI, and Goldberg Kohn Ltd.);

12. The form of notice on the Motion provided to interested parties,

creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action; (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7; (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing Bankruptcy Management Solutions dba Stretto to provide by email a copy of the notice of hearing on the Motion to all known investors through its email service regularly used to provide notices and documents to investors pursuant to the applicable governing documents for Direct Lending Income Fund, L.P. and Direct Lending Income Feeder Fund, Ltd., is approved and deemed sufficient notice and opportunity for hearing on the Motion under the circumstances.

IT IS SO ORDERED.

DATED: June 22, 2022

*Dale S. Fischer*
DALE S. FISCHER
United States District Judge