# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>　　　　　Defendant. | No. 2:19-cv-02188-DSF-MRW<br><br>**ORDER GRANTING MOTION OF RECEIVER FOR: (1) DISBURSEMENT OF THE DELOITTE SETTLEMENT PROCEEDS THROUGH A MODIFICATION OF DISTRIBUTION PLAN (2) ORDER APPROVING FORM AND/OR MANNER OF NOTICE UNDER LOCAL CIVIL RULE 66-7 [Docket No. 787]** |

The Court, having reviewed and considered the Motion of Receiver for (1) Disbursement of the Deloitte Settlement Proceeds Through a Modification of Distribution Plan; and 2) Form and/or Manner of Notice under Local Civil Rule 66-7 filed by Bradley D. Sharp, the Court-appointed permanent receiver, and all pleadings and papers filed in support of the Motion, and no response or opposition to the Motion having been filed,

　　　　IT IS ORDERED that:

1

1. The Motion is granted;

2. The Receiver shall disburse proceeds from the Settlement with the Deloitte Entities to the Participating DLIF Investors on a *pro rata* basis through a modification of the Distribution Plan for only these purposes, as outlined in the Motion;

3. The Net Investment claim amounts of the Participating DLIF Investors and the Opt-Out DLIF Investors following the first and second interim distributions shall not be modified based on whether or not they received a portion of the Deloitte Settlement Proceeds, and

4. The Court approves the form of notice on the Motion provided to interested parties, creditors, and investors, who are potential creditors of the estate, by the Receiver (a) serving the Motion and related moving papers on all parties to the action, (b) serving by mail a notice of hearing on the Motion to all known creditors pursuant to Local Civil Rule 66-7, (c) posting a copy of the Motion on the Receiver's website for the case at https://cases.stretto.com/dli; and (d) causing the Receiver's Court-approved claims agent, Bankruptcy Management Solutions dba Stretto, to provide by email a copy of the notice of hearing on the Motion to all known investors through its email service to investors in Direct Lending Income Fund, L.P. ("Domestic Feeder Fund") and Direct Lending Income Feeder Fund, Ltd. ("Off Shore Feeder Fund"), the receivership entities through which investments were obtained.

IT IS SO ORDERED.

DATED: July 26, 2022

DALE S. FISCHER
United States District Judge

2