**RAINES FELDMAN LLP**
KATHY BAZOIAN PHELPS (SBN 155564)
*kphelps@raineslaw.com*
DAVID CASTLEMAN (SBN 326812)
*dcastleman@raineslaw.com*
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone:  (310) 440-4100
Facsimile:   (310) 691-1943

*Counsel for Bradley D. Sharp,*
*Permanent Receiver*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT LENDING INVESTMENTS LLC,<br><br>Defendant. | Case No. 2:19−cv−02188−DSF−MRW<br><br>**FIFTEENTH STATUS REPORT OF PERMANENT RECEIVER BRADLEY D. SHARP [JULY 1, 2022 TO SEPTEMBER 30, 2022] WITH EXHIBITS**<br><br>[No Hearing Set] |

Bradley D. Sharp, the Court-appointed permanent receiver (the "Receiver") for the estate of Direct Lending Investments, LLC ("DLI"), Direct Lending Income Fund, L.P., Direct Lending Income Feeder Fund, Ltd. ("DLIFF"), DLI Capital, Inc., DLI Lending Agent, LLC, DLI Assets Bravo LLC, and their successors, subsidiaries and affiliated entities (collectively, the "Receivership Entities"), pursuant to the Preliminary Injunction Order and Order Appointing Permanent Receiver issued April 1, 2019 ("Receiver Order") (Doc. No. 10), hereby submits his Fifteenth Status Report generally covering the period from July 1, 2022 through September 30, 2022.

## I.  Summary Overview

The Receiver is submitting his Fifteenth Status Report to update the Court and interested parties of the recent activities that took place in the third quarter 2022.

### A. Highlights of Activity During the Third Quarter 2022

A summary of the more significant activities during this period is as follows:

**Claims Distribution**

1. The Receiver has finalized the second interim distribution. He has now distributed a total of $155.2 million to 787 DLIF investors between the first and second interim distributions. He continues to reserve $0.07 million, including $0.05 million from the first distribution and $0.02 million from the second distribution for certain related party claims that will be addressed.  The Receiver distributed an additional $18.79 million to DLIFF in the second interim distribution in the first quarter of 2022, bringing the total distributed to DLIFF to $64.62 million.

2. The Receiver's Motion for: (1) Disbursement of the Deloitte Settlement Proceeds Through a Modification of Distribution Plan; and (2) Order Approving From and/or Manner of Notice Under Local Civil Rule 66-7 was approved by the Court in July 2022.  The Deloitte settlement agreement has now been approved and the Receiver hopes to make a special distribution of the settlement proceeds prior to year-end.

1

**Loan Portfolios**

3.  The Receiver collected an additional $333,266 on the loan portfolios during the third quarter and continues to make progress in monetizing the remaining collectible investments in the portfolio. The Receiver continues to pursue collection efforts on four of the loan portfolios and is moving closer to nearing completion of the liquidation of the active, outstanding loan portfolio positions held by the Receivership Entities.

**Litigation**

4.  As of September 30, 2022, with respect to investors who had received net winnings from the Receivership Entities, the Receiver has recovered $28,264,000 in cash payments and claim offsets, is collecting just one final settlement being paid in installments. The Receiver's counsel has negotiated over $747,000 in additional offset distributions pursuant to other settlement agreements, providing for total value to the estate of more than $29,000,000.  One lawsuit against foreign institutional defendants remains pending, and the Receiver is engaged in discussions with the defendants' counsel regarding possible resolution. No litigation was required to recover net winner payments from individual investors as all settlements fell within the settlement parameters approved by the Court.

5.  As a result of negotiations with certain recipients of commission payments, the Receiver has recovered over $900,000 in cash and over $65,000 in the form of claim potential future offsets in connection with his claims to recover commission payments made to certain individuals and companies. No litigation has yet been commenced as to recovery of commission payments and all settlements have fallen within the settlement parameters approved by the Court.

6.  The Receiver filed a lawsuit against Strawberry Peak Trust and Primus Trust Corp., seeking to recover over $11 million in funds transferred to a

2

Hungarian Trust for the benefit of Brendan Ross's wife and children. The Receiver is moving forward with the international service of the complaint.

7. The Receiver has continued his effort to obtain Court approval of a settlement agreement with DLI's former auditors, Deloitte & Touche, LLP, Deloitte Tax LLP, and Deloitte & Touche Cayman Islands (the "Deloitte Entities"). The Receiver filed his motion for approval of the amended settlement agreement and noticed the settlement and the opt out procedures to the investors. The Court entered the order approving the settlement on October 14, 2022 (Doc No. 854).

8. The Receiver has continued his investigation and prosecution of potential litigation claims relating to claims, counterparties, insiders, and others. Included in this category is the litigation commenced by the Receiver in New York against Duff & Phelps, the litigation commenced against Eisner Amper, and litigation against Strawberry Peak Trust.

**B. Summary of Cash Position**

As of September 30, 2022, the Receiver had cash on hand of approximately $54.8 million, of which $3.5 million has been reserved as holdbacks for professional fees. As of September 30, 2022, the Receiver has recovered approximately $238.6 million in portfolio collections. Although the Receiver continues to make every attempt to maximize the recovery with respect to the investments, on the remaining assets that are still being actively managed, the anticipated and actual collections on the active portfolio positions have not materially changed the Receiver's overall outlook for recovery.

The portfolio investments held by the Receivership Entities as of the date of the receivership were valued at par (i.e., face value amount outstanding) by DLI at $789.6 million dollars as of March 31, 2019. The Receiver and his team continue to estimate a low range of return on the liquidation of the investments of $215 million (or about 27% of the March 31, 2019 par value) and a high range of $265 million (or

Case No. 2:19–cv–02188–DSF–MRW                    FIFTEENTH STATUS REPORT

3090857.3

about 34%), both after operating and professional fee expenses.  Of course, these are only the best estimates available and are not certain.  The ultimate return to investors will be increased by the $31.7 million in cash on hand at the time of the appointment of the Receiver and any proceeds of litigation, including the proceeds of the net winner claims, the settlement with the Deloitte Entities and the other pending complaints, reduced by operating costs, administrative fees, and expenses, and impacted by allowed non-investor claims.

**C. Update on Operational Issues**

    1. Employees:

The Receiver has continued to operate with a reduced staff and has reduced the staff to one DLI employee during this past quarter.  This remaining employee of DLI will continue to work remotely for the remainder of her employment with DLI.

    2. Extension of Ordinary Course Authority:

On August 9, 2022, the Receiver filed a motion seeking multiple items of relief, including an order: (i) extending the Receiver's authority to employ vendors and professionals in the ordinary course of the receivership, subject to the less than $10,000 per month limit on payment of professionals for the period of July 1, 2022 through September 30, 2022; and (ii) an order authorizing the Receiver to employ and pay ordinary course professionals, including accountants and attorneys previously employed in the ordinary course of the Receivership Entity's business (Doc. No. 817).  The motion also requested authority for the Receiver to operate the receivership estate and pay receivership expenses in accordance with the budget for the period of June 30, 2022 to December 31, 2022.  (*Id*). The motion was granted by order entered on September 6, 2022 (Doc No. 826).

Going forward, the Receiver does not anticipate filing any additional such motions as the last motion also sought authority to operate the receivership estate, pay operating expenses, and pay his ordinary course professionals on the same terms in amounts no more than the current budget amounts by disclosure of the actual

4

amounts expended in future quarterly status reports but without the need to file subsequent motions through the remainder of the case.

The Receiver has attached hereto as Exhibit "1" the actual v. budget for the three-month period ending September 30, 2022. Exhibit "2" is the Receiver's Standardized Fund Accounting Report for the Reporting Period of July 1, 2022 through September 30, 2022. Exhibit "3" is the Receiver's Cash Disbursements and Receipts Report for the Reporting Period of April 1, 2022 through September 30, 2022.

**D. Ordinary Course Settlement Update:**

Pursuant the authority and powers of the Receiver set forth in the Court's order granting the Receiver's Motion for Instructions re Scope of Receivership (Doc. No. 57), the Receiver is authorized to make compromises of claims and accept discounts of $100,000 or less.  Based on that order, as well as the Ordinary Course Extension Orders of October 2, 2019, and January 8, 2020, the Receiver has obtained settlements or payments related to approximately two dozen claims in connection with the loan portfolios.  The settlements include discounted payoffs and negotiated structured repayment agreements as the Receiver endeavors to maximize recoveries on loans in default.  The settlements typically involve ongoing monthly payments on the loans potentially with reduced or waiver of interest. In the third quarter 2022, the Receiver collected approximately $14,880 in connection with such settlements.

**II.    Assets:  The Loans and Litigation Claims**

**A. Loan Portfolios**

The Receiver's initial review of the books and records of the estate indicated that there were 26 outstanding loan portfolios.  The number of outstanding investment/loan portfolio positions is now 6, based on: (1) the Receiver's review and analysis of the loan records, which indicated certain investments were no longer outstanding and had been paid off shortly before the commencement of the receivership; (2) post-receivership loan payoffs; (3) five whole loan portfolio sales;

5

(4) the Court's approval of a restructuring transaction/settlement for 10 additional investments; and (5) the Receiver's resolution of outstanding issues arising from Morrison Oil, LLC, an entity that is in a separate receivership proceeding, and with Walsh Electrical Contracting, an entity that filed for bankruptcy.

When the Receiver was initially appointed on April 1, 2019, the estate had cash on hand of $31.7 million.  Since the Receiver's appointment through June 30, 2022, the Receiver has recovered approximately an additional $238.6 million in portfolio collections (including interest recovery but excluding funds collected on behalf of and either reserved for or remitted to third parties).

### 1. Current Schedule of Loans/Investments

The uncollected balance as of September 30, 2022 is $197.1 million. However, as noted in the prior report, each of the remaining loan/investment portfolios has a number of issues that make recovery of all or a large portion of the outstanding balances challenging.

There are now only about 4 active material relationships for 5 disparate investments which the Receiver and his team are managing.

As in the prior report, the Receiver is maintaining confidential the identity of the specific borrowers on the list of loan/investment portfolios.  Attached to this Fifteenth Status Report as Exhibit "4" is an updated list identifying the status of the investments, including a summary of those that have been paid off after the receivership, and the uncollected amounts for the remaining loans/investments (the "Loan/Investment Schedule").  The Loan/Investment Schedule includes the March 31, 2019 par dollar amount of the estate's interest in those portfolios as reflected on the books and records of the Receivership Entities, collections on those portfolios obtained since the commencement of the receivership, and a general summary of the loan/investment portfolio.

Of the 5 remaining outstanding loan and investment portfolios, most are in some form of financial distress or subject to disputes that may affect the timing and

extent of recoveries on those portfolios.

Without providing individualized loan/portfolio assessments, it remains the Receiver's general assessment, as informed by his professional advisors, that recoveries on the remaining loan/investment portfolios are likely to be far less than the $789.6 million stated on the receivership books and records as of March 31, 2019. The Receiver and his professional advisors continue to estimate that the total recoveries to date (since appointment) and future recoveries on the loan/investment portfolio in place as of March 31, 2019, will range between a low of $215 million and a high of $265 million, both after operating and professional expenses.

### 2. Loan Portfolio Activity

The Receiver and his professionals have continued efforts to maximize the value of the loan portfolio and evaluated counterparty proposals, financial reporting and projections, and certain underlying collateral to manage investment positions to support the collection and maximization of value from the loan portfolio. The Receiver directed efforts in recovering loans and pursued settlements of various non-performing loans through negotiated payment terms. Some of the specific activity relative to the portfolios is identified as follows:

### a. Investment H/I

DSI continued to monitor and evaluate the improvement in the business performance of Investment I and its affiliates, including corresponding with the counterparty's board to further the counterparty's efforts to rebuild its own business. The counterparty's turnaround has resulted in profitability for the year 2021 and into 2022, and the Receiver is now evaluating potential strategic options to monetize the minority stake. However, no transaction is imminent, and the company's board has determined that market conditions do not support a formal process at this time.

### b. Investment N

DSI evaluated multiple options available to the Receiver to protect DLI's interests in Investment N in light of a dispute between Investment N and another

1  lender regarding their relative lien positions at their shared customer. Although
2  significant litigation between Investment N and another lender has adversely
3  impacted the collectability of the loan outstanding to DLI, DSI continues to work
4  with Investment N to collect on other collateral within the portfolio and has collected
5  $317,000 during the third quarter.

6      The Receiver and his professionals have evaluated possible sources of
7  recovery in connection with Investment N during this time period. They have
8  monitored litigation by and against the counterparty relating to Investment N so that
9  the Receiver can evaluate whether it is necessary action to preserve the value of the
10  estate's collateral. That matter remains pending and ongoing services will be
11  required to determine and pursue the most cost-effective and impactful path for
12  recovery.

13      c.  <u>DLIP, Liberty and SAI</u>

14      The Receiver and his team continue to be significantly involved in monitoring
15  the investments DLI Properties and Liberty Fund LLC (previously identified as
16  Investment S and Investment T), and the business affiliated with Strategic
17  Acquisitions Inc. (collectively referred to as the "SAI Entities").  The Receiver, DSI
18  and his counsel have been in extensive analysis of the investment, the current
19  financial position, and strategies for recovery. They have monitored that day-to-day
20  business operations and financial management of the counterparties and continue to
21  be involved in assisting the CRO as the CRO manages these operations through Q3
22  2022 or until maximum recovery is realized for the estate.

23      Additionally, as approved by the Court and related parties, DLI agreed to
24  advance funds on a line of credit to DLIP and Liberty Fund for the completion of
25  properties and operating costs of the real estate liquidation process.  The Receiver
26  and his team continued to spend significant time monitoring those advances and
27  recovery for the receivership estate which includes reporting obligations to DLG and
28  updating monthly.  The Receiver and his team also spent significant time facilitating

the closing real estate sales and supervising the rehabilitation of multiple properties to complete requisite work and prepare for their ultimate sale. Real estate sales to date total to approximately $118 million.  The Receiver and his team continue to supervise the rehabilitation of 1 remaining property to complete requisite work, obtain certificate of occupancy, and prepare for its ultimate sale. The Receiver is also evaluating other options with respect to this one property in an effort to mitigate ongoing costs associated with the CRO's activities.

Due to the passing away of an individual guarantor of certain of the obligations of DLIP and Liberty, the Receiver filed a motion seeking authority to employ a probate attorney, as also noted below. The Receiver's counsel prepared a claim to file in the probate proceedings, which he filed in the fourth quarter 2021. To ensure that all statutes of limitations were preserved, the Receiver filed a complaint regarding the guarantee claims, which is pending at this time. The parties have stipulated to continue the response date pending settlement discussions.

The issues in the complaint are part of the global settlement discussions that the Receiver and his professionals have continued to evaluate. The settlement discussions have advanced further this past quarter regarding his potential claims against Strategic Holding Group ("SHG"), Strategic Acquisitions Inc. ("SAI"), Strategic Acquisitions LLC ("SAL"), BDR, Inc. ("BDR"), Strategic Property Management, Inc. ("SPMI"), The Address, Inc. ("TAI"), Strategic Reality Inc. ("SRI"), and Strategic Healthcare Services, Inc. dba Hira Health ("SHS") (collectively, the "SAI Entities") related to the SAI Entities' business relationship with the Receivership Entities, DLI Properties LLC, DLI Property Holdings LLC, Strategic DLI Holdings, Inc., and Liberty Fund.

The Receiver continues to communicate closely with DL Global, who shares participation rights in this investment. The Receiver has continued settlement discussions with all parties to see whether a consensual resolution can be reached.

Case No. 2:19–cv–02188–DSF–MRW                    FIFTEENTH STATUS REPORT

3090857.3

d. <u>VoIP Guardian</u>

Although the March 31, 2019 par value of the VoIP loan on the Receivership Entities' book is approximately $202.6 million, the Receiver is not expecting a recovery of nearly the amount of the outstanding balance, as there are substantial questions and concerns regarding collection of the underlying foreign telecommunications accounts receivable. VoIP is in a Chapter 7 bankruptcy, which fact alone reflects the challenges in collection. In addition, the collection of approximately $22 million from VoIP receivables continues to depend on the outcome of proceedings in the Netherlands, as the funds are subject to a criminal investigation of Rodney Omanoff and others for money laundering and other criminal claims. Other portfolios are structured with limited guarantees by the principals, and in other portfolios, the value of the underlying collateral is highly uncertain or speculative.

Further recovery efforts included working with VoIP Guardian counsel to explore and pursue recovery efforts, including evaluating reports, complaints filed, and other material in connection with the investigation.

e. <u>QuarterSpot and IOU Central</u>

The Receiver finalized the sale of the IOU and QuarterSpot loan portfolios and the outstanding amounts have been paid by IOU to the Receiver.

**B. <u>Litigation Claims</u>**

As stated in the prior status reports, the other assets of the estate are litigation claims. The Receiver has continued to pursue these litigation claims and he continues to evaluate other potential claims.

1. <u>DLIF Net Winner Claims</u>

Pursuant to the Receiver's Motion for Authority to Pursue Avoidance Actions, Approval of Proposed Procedures, and Approval of Form and/or Limitation of Notice Under Local Rule 66-7 (Doc. No. 356) (the "Procedures Motion"), which was approved by the Court approved by the Court on April 6, 2021 (Doc. No. 526), the Receiver pursued and settled a few hundred net winner claims. As of September 30,

2022, with respect to investors who had received net winnings from the Receivership Entities, the Receiver has recovered $28,264,280 in cash payments and is expecting approximately $15,000 of future installment payments. The Receiver's counsel also negotiated over $747,000 in additional offset distributions pursuant to other settlement agreements, providing for total value to the estate of more than $29,000,000. Two lawsuits against foreign institutional defendants were filed, one of which was settled last quarter and that brought in approximately $1.3 million.

The other complaint was filed on November 23, 2021, against a number of Net Winners in South Korea, which collectively fictitious profits of approximately $15.9 million. This case is discussed in more detail below. The Receiver and his counsel will continue their recovery efforts going forward, either through settlement or litigation if necessary.

> 2. *Bradley D. Sharp, as the Permanent Receiver of the Estate of Direct Lending Investments, LLC, et al. v. Shinhan Bank Co. Ltd., et al.,* Case 2:21-cv-09197 ("Korean Fund Action")

On November 23, 2021, the Receiver filed suit in the Central District of California against 33 investment funds in DLIF and their trustees and managers, alleging that the over $166 million that those 33 investment funds received in redemptions, including fictitious profits of nearly $16 million, were fraudulent transfers. The defendants did not agree to waive service, so the Receiver filed a motion seeking authority to serve the complaint without translation of the exhibits on defendants pursuant to the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention") [Doc. No. 15]. The Court approved the motion by order entered on April 1, 2022 [Doc. No. 18].

The Defendants were all served through the Hague Convention in early June 2022, and counsel for the Defendants has contacted the Receiver's counsel. The Receiver entered into two stipulations to continue the deadline to respond to the

complaint to August 15, 2022 to give the parties an opportunity to discuss a consensual resolution to the adversary proceeding. The parties have continued their settlement discussions during this past quarter and have entered into further stipulations to continue the response deadline to give the parties an opportunity to continue to discuss resolution.

3. *Bradley D. Sharp, as the Permanent Receiver of the Estate of Direct Lending Investments, LLC, et al. v. Daishin Securities Co. Ltd., et al.,* Case No. 2:21-cv-09183 (C.D. Cal.) ("Daishin Action")

On November 23, 2021, the Receiver filed suit in the Central District of California against Daishin Securities Co. Ltd. ("Daishin"), a single large investor in DLIF, alleging that the nearly $50 million that Daishin received in redemptions, including fictitious profits of approximately $2.6 million, were fraudulent transfers. Counsel for the Receiver communicated extensively with Daishin's U.S. counsel and the parties actively engaged in settlement discussions. The Receiver held off serving the complaint pending the ongoing settlement discussions, and the parties were ultimately able to reach settlement terms. The Receiver entered into a settlement agreement with Daishin and the settlement sum of approximately $1.3 million has been paid to the estate.

4. *Bradley D. Sharp, as the Permanent Receiver of the Estate of Direct Lending Investments, LLC, et al. v. Strawberry Peak Trust and Primus Trust,* Case No. 2:22-cv-789 (C.D. Cal.) ("Strawberry Peak Action")

On February 4, 2022, the Receiver filed a complaint against two foreign trusts relating to $11.4 million originating from DLI that was directed to an offshore trust by Ross and his entities. The complaint alleges that the transfer of these funds are avoidable transfers that should be returned to the estate. The Receiver has determined to proceed with the international service of the complaint. He continues to evaluate the possibility of amending the complaint to name additional individuals and entities.

12

5. *Bradley D. Sharp, as the Permanent Receiver of the Estate of Direct Lending Investments, LLC, et al. v. Baer,* Case No. 2:22-cv-1734 (C.D. Cal.) ("Baer Action")

On March 16, 2022, the Receiver, in order to protect his position while settlement discussions remain ongoing, filed a complaint relating to the guarantees of two loan obligations owed by two entities controlled by SAI created to receive DLI investments: DLI Properties LLC ("DLIP") and Liberty Fund LLC ("Liberty"). Through February 28, 2022, DLIP owes $97,855,312 plus interest of $74,916,050, and Liberty owes $60,209,103. Those loan amounts were guaranteed by an individual and through his trust (for Liberty). When the individual passed away, the individual claims against him passed to his probate estate. The Receiver filed a claim in November 2021, and no response was received so the Receiver filed the complaint. The parties are actively engaged in settlement discussions which, if successful, will eliminate the need to prosecute this complaint. The deadline for the defendants to respond to the complaint has been extended by an agreed waiver of service to July 18, 2022 and has been further extended by stipulation on a few occasions. The current deadline is extended to January 15, 2023.

The Receiver also submitted claims in the assignment for benefit of creditors proceedings for the SAI entities, to preserve all claims against those entities in the event that a settlement is not ultimately reached.

6. *Bradley D. Sharp, as the Permanent Receiver of the Estate of Direct Lending Investments, LLC, et al. v. Duff & Phelps, LLC*, Index No. 652332/2021 (N.Y. Sup. Ct.) ("Duff & Phelps Action")

On September 3, 2020, the Receiver filed suit in the Central District of California against Duff & Phelps, LLC ("Duff & Phelps") alleging claims for professional negligence, gross negligence, aiding and abetting breach of fiduciary duty, negligent misrepresentation, and breach of contract.  Duff & Phelps filed a motion to dismiss.  This Court granted the motion to dismiss based on a forum

13

selection clause that the case must be litigated in New York state court.  On April 8, 2021, Diamond McCarthy, on behalf of the Receiver, filed a complaint against Duff & Phelps in the New York County Supreme Court, *Bradley D. Sharp, as the Permanent Receiver of the Estate of Direct Lending Investments, LLC, et al. v. Duff & Phelps, LLC*, New York County Supreme Court Index No. 652332/2021. Duff & Phelps filed a motion to dismiss the complaint on June 28, 2021. There was a round of briefing on the Motion to Dismiss, but the hearing on the motion was not scheduled until July 22, 2022 (after several continuances on the Court's on motion). Before the hearing the Receiver decided to amend the complaint and notified the parties and the Court.  The Court postponed the hearing and an amended complaint was filed on July 21, 2022.  Duff & Phelps filed another Motion to Dismiss, which the Receiver filed an opposition to on October 3, 2022.  The reply from Duff & Phelps is due on October 31, 2022.  After the briefing is complete, the New York Court will set a new hearing date.

7. *Bradley D. Sharp, as the Permanent Receiver of the Estate of Direct Lending Investments, LLC, et al. v. Eisner Amper, LLC*, Index No. [Unassigned] (N.Y. Sup. Ct.)  ("Eisner Amper Action")

In April 2021, the Receiver engaged in a mediation with another significant third-party service provider, Eisner Amper, and its counsel.  The Receiver with the assistance of his litigation counsel and its expert consultants made an initial presentation detailing the claims against that provider.  The matter did not settle at mediation.  On November 24, 2021, the Receiver filed a complaint in New York and his litigation counsel is in the process of prosecuting that complaint. The parties have continued to discuss a possible mediation to try and resolve the matter, ideally in tandem with investor lawyers who also have filed lawsuits against Eisner Amper.  As a result, of these discussions, the parties have deferred briefing on a motion to dismiss.  The parties have agreed to participate in a second mediation, which is scheduled for October 31, 2022.

14

8.  <u>Settlement with Deloitte Entities</u>

The Receiver has continued to pursue finalization of a global settlement with the Deloitte Entities, the Joint Official Liquidators, the DLI Entities1, and the Party Investors2 with the Deloitte Entities (the "Deloitte Settlement"). On May 24, 2022, the Receiver filed the Amended Motion of Receiver for (1) Approval of Settlement with the Deloitte Entities; (2) Entry of Scheduling Order; and (3) Entry of Order Approving Settlement. ECF No. 784. On July 26, 2022, this Court entered its Order Granting Amended Motion of Receiver for (1) Approval of Settlement with the Deloitte Entities; (2) Entry of Scheduling Order; and (3) Entry of Order Approving Settlement and Order Granting Preliminary Approval of Deloitte Settlement and Distribution of Notice of Settlement, and Setting Schedule for Filing Objections and Final Approval Hearing ("Scheduling Order"). ECF No. 811.

On July 29, 2022, the Receiver caused to be served an email to all known Investors the Notice of Settlement along with the appropriate Opt-Out Notices. The Amended Settlement Agreement, the Amended Approval Motion, the Joint Status Conference Statement, the Scheduling Order, the Notice of Settlement, and both Opt-Out Notices were posted on the Receivership's website: case.stretto.com/dli on August 2, 2022.

Two objections were received which were provided to the Court. The Court entered the order approving the settlement on October 14, 2022 (Doc No. 854)

---

[1] DLIFF together with the DLI Receivership Entities are referred to as the "DLI Entities."

[2] Party Investors means (1) investors represented by Levine Kellogg Lehman Schneider + Grossman LLP, The Meade Firm P.C., and Reiser Law P.C., (2) investors that are plaintiffs in the action *Jackson v. Deloitte & Touche LLP*, Case No. 20GDCV00419 (Ca. Super. Ct.) ("<u>Jackson Action</u>"), represented by Nystrom, Beckman & Paris LLP ("<u>Jackson Group</u>"); (3) investors represented by Lawrence Eagel of Brager, Eagel & Squire LLP; and (4) those investors that are putative lead plaintiffs in the action *Marcia Kosstrin Trust and Professional Home Improvements, Inc. Retirement Plan v. Direct Lending Investments, LLC*, et al., Case No. 2:19-cv-02452 (C.D. Cal.) ("<u>Class Plaintiffs</u>"), represented by putative class counsel Ahdoot and Wolfson PC and Milberg Phillips Grossman LLP.

The settlement will recover $26.35 million for the benefit of the estate and the DLIFF estate pending in Cayman.

### 9.  Other Possible Claims

The Receiver and counsel have identified possible additional litigation targets, outlined possible legal and other theories of recovery, and entered into tolling agreements with a number of potential defendants.  This work product and the active work, which is ongoing, will provide the basis for recommendations concerning whether or not to initiate litigation against potential defendants to pursue recoveries for the benefit of the receivership estate, investors, and creditors.

The Receiver has continued to work through his litigation counsel toward establishing a mediation process with certain former directors and officers of the Receivership Entities to try to resolve claims against them.

The Receiver and his counsel have continued to investigate possible insider claims, such as the entities of Brendan Ross, and his family members, and related entities.

The Receiver and his counsel have also pursued claims against finders, sales agents, and broker-dealers who received commissions. The Receiver has negotiated several settlements with these finders, all of which were settled pursuant to the settlement parameters regarding these commission claims.

## III.   Court Filings July 1, 2022 through September 30, 2022

### A.   Motions Concerning Administration of the Estate

The Receiver filed a motion for approval and payment of fees of the Receiver and his professionals on August 9, 2022 for the period from April 1, 2022 through June 30, 2022 (Doc. No. 820). The Court approved the motion by order entered on September 9, 2022 (Doc No. 827).

On July 1, 2022, the Receiver filed a motion to pay counsel its contingency fee in connection with the net winner claims (Doc No. 799). The Court approved the motion by order entered on July 28, 2022 (Doc No. 814)

16

On August 9, 2022, the Receiver filed his Fourteenth Status Report covering the period of April 1, 2022 to June 30, 2022 (Doc. No. 818).

On August 9, 2022, the Receiver filed Motion For Order For (1) Approval of Budget From July 1, 2022 To December 31, 2022; (2) Extension Of Authority For Receivers Employment and Payment of Ordinary Course Professionals And Elite Discovery, Inc.; and (3) Approval of Form and/or Limitation of Notice Under Local Civil Rule 66-7 (Doc No 817).

On September 19, 2022, the Receiver filed the Stipulation by Brendan Ross, Securities and Exchange Commission, and The Receiver to Request and Order for Further Instructions Regarding Directors and Officers Liability Policy and Its Proceeds, and Demand for Payment of Attorneys' Fees and Costs (Doc No. 830), which was approved by order entered on September 20, 2022 (Doc No. 831).

B.      Motions Concerning Deloitte Settlement

On May 23, 2022, the Receiver filed Amended Motion of Receiver for Approval of Settlement with Deloitte Entities; Entry of Scheduling Order; and Entry of Order Approving Settlement.  On July 26, 2022, this Court entered its Order Granting Amended Motion of Receiver for (1) Approval of Settlement with the Deloitte Entities; (2) Entry of Scheduling Order; and (3) Entry of Order Approving Settlement and Order Granting Preliminary Approval of Deloitte Settlement and Distribution of Notice of Settlement and Setting Schedule for Filing Objections and Final Approval Hearing ("Scheduling Order") (Doc No. 811).

On July 11, 2022, the Receiver filed a Status Report Regarding Motion for Approval of Settlement with Deloitte Entities and Order of The Grand Court of The Cayman Islands (Doc No. 803).

On July 14, 2022, the Receiver filed an Ex Parte Application for Order for Allowing Receiver to Present Supplemental Agreement for In Camera Review, which was approved by the Court by Order entered on July 15, 2022 (Doc No 808).

On July 29, 2022, the Receiver caused to be served an email to all known Investors the Notice of Settlement along with the appropriate Opt-Out Notices.

On September 13, 2022, the Receiver filed the Receivers Compilation of Objections to Amended Settlement with Deloitte Entities (Doc 829).

On September 23, 2022, the Receiver filed a declaration regarding the status of matters required by the Scheduling Order, and a hearing is scheduled for October 3, 2022 (Doc No. 837).

On October 14, 2022, the Court entered the order approving the settlement (Doc No. 854).

On May 25, 2022, the Receiver filed a Motion for: (1) Disbursement of the Deloitte Settlement Proceeds Through a Modification of Distribution Plan; and (2) Order Approving From and/or Manner of Notice Under Local Civil Rule 66-7, which was approved by order entered on July 26, 2022 (Doc No. 810).

C.   Anticipated Motions

The Receiver continues to work actively to recover the balance on the remaining loan and investment portfolios.  Subject to ongoing discussions, the Receiver may reach restructuring or settlement agreements with other counterparties during this quarter, or thereafter.  If successful, the Receiver will file motions for approval of those agreements.

**IV.   Status of Implementation of Distribution Plan**

The Receiver's motion to approve a Distribution Plan, among other things, was approved by Order entered on December 14, 2020 (Doc No. 321), which provided for the following relief: 1) approval of the Distribution Plan; 2) approval of rising tide distribution methodology with respect to DLIF investor claims; and 3) approval of an interim $150 million distribution.  A total of 1,180 claims were submitted to the Receiver.

The Receiver began making distributions pursuant to the Distribution Plan in the first and second interim distributions following Court approval. As of September

18

30, 2022, the Receiver has sent distributions in the approximate amount of $104.12 million to 750 investors as part of his first interim distribution and $51.03 million to 787 investors as part of his second interim distribution. As of September 30, 2022, the amount of $0.07 million, including $0.05 million from the first distribution and $0.02 million from the second distribution, remains reserved as the Receiver continues to evaluate and address certain related party claims.

The Rising Tide percentage for distribution in the case is 42.86% as of September 30, 2022, following the second interim distribution.

The Receiver and his professionals identified a number of claims that they have considered objecting to, or have objected to, particularly with respect to indemnity claims and counter-party claims, insider claims, certain claims filed as administrative claims, and claims of investors that redeemed investments close to the collapse of the DLI funds. The Receiver and his professionals have continued to investigate these claims. Per the mechanism laid out in the Distribution Plan, the Receiver sent out objection reservation notices, entered into stipulations to resolve the claim disputes, and filed objections to certain claims. As of September 30, 2022, the Receiver and his counsel have resolved all but 4 of these investor claims. The Receiver had reserved $0.07 million, including $0.05 million from the first distribution and $0.02 million from the second distribution, for these 4 unresolved related party claims. These include claims of possible insiders, such as the entities of Brendan Ross, and his family members, and certain former DLI employees.

## V.    Communications with Investors

A.    <u>Investor Inquiries</u>:  The Receiver continues to track investor inquiries received directly by the Receiver's agents and by counsel, as well as responses to the inquiries.  The Receiver continues to review and respond to investor inquiries, written and oral, and the Receiver's website for the case: https://cases.stretto.com/dli includes copies of case filings and other materials of interest to keep investors informed regarding the status of the case and the Receiver's activities.  The

Receiver's counsel continues to actively engage with the firm of Pachulski Stang Ziehl & Jones LLP, counsel for a group of investors, and other investor counsel, in response to their inquiries for updates on the case status, assets, and litigation.

B.   FAQs:  The Receiver's website for the case also includes a series of "Frequently Asked Questions" and responsive information regarding the impact of the receivership on DLI and the investors' funds, the status of the receivership, and the Receiver's activities, the claims process in a receivership, and other similar information.  The Receiver continues to periodically update the FAQs to address new issues or actions that may be of interest to investors as the case progresses.

## VI.   Pending Litigation by Investors

A. *Marcia Kosstrin Trust and Professional Home Improvements, Inc. Retirement Plan v. Direct Lending Investments, LLC, et al.*, Case No. 2:19-cv-02452 (C.D. Cal.) ("Proposed Class Action")

As previously reported, on the same date the Receiver Order was entered, a class action complaint was filed in this Court by Marcia Kosstrin Trust and Professional Home Improvements, Inc. Retirement Plan against DLI, Brendan Ross, Bryce Mason, Frank Turner, Rodney Omanoff, and QuarterSpot, Inc.  The Receiver, through counsel, filed a notice of stay of the action based on Section IX of the Receiver Order.  The stay of the action remains in place, and there has been no further formal activity in the Proposed Class Action since the notice of stay was filed.  Counsel for the putative class of investors, however, have been actively working on potential claims in cooperation with the Receiver and were active participants in the settlement process with the Deloitte Entities.

B. *Forefront Partners, LLC v. Rodney Omanoff, et al., and Counterclaims*, Index No. 650973/2017 (N.Y. Sup. Ct.) ("Forefront Partners Action")

On June 19, 2019, the Plaintiff in the Forefront Partners Action filed a motion in this Court to lift the stay of actions under the Receiver Oder. (Doc. No. 81.)  The Court denied that motion by its order entered July 17, 2019 (Doc. No. 96).  The

parties to the Forefront Partners Action entered into a stipulation approved by the New York Court that stays the Forefront Partners Action as to the claims, cross-claims and claims against Brendan Ross, DLI TC, LLC, Direct Lending Investments, LLC, Direct Lending Income Fund, L.P., VoIP Guardian Partners I, LLC until such time as the receivership and/or the VoIP bankruptcy are resolved.

   C. *Alfred Jackson, et al. v. Deloitte & Touche, LLP, Deloitte Tax, LLP, and Opus Fund Services (USA) LLC*, Case No. 20GDCV00419 (Cal. Sup. Ct., Los Angeles) ("Jackson Action")

On April 28, 2020, a group of investors filed suit in Los Angeles Superior Court against Deloitte & Touche, LLP, Deloitte Tax, LLP, and Opus alleging claims for misrepresentation. Opus removed the case to the Central District of California and filed a motion to compel arbitration. On July 31, 2020, the Receivership Court issued an order denying the motion to compel arbitration and remanding the case to state court. In connection with the global settlement with the Deloitte Entities, the claims against Deloitte & Touche in this proceeding have now been resolved, narrowing the claims and defendants in this case.

   D. *Atkins Investment Group et al. v. Duff & Phelps, LLC*, Case No. 1:22-cv-1168 (S.D.N.Y.), and *Baer et al. v. Duff & Phelps, LLC*, No. 1:22-cv-994 (S.D.N.Y.) ("Duff & Phelps DLI Investor Litigation")

On February 3 and 10, 2022, a group of investors filed nearly identical suits in federal court in the Southern District of New York against Duff & Phelps LLC ("Duff & Phelps") for conduct arising from the DLI matter, after those cases were dismissed by this Court for lack of personal jurisdiction. Following a suggestion by the Court, the complaints were consolidated by the Court. Duff & Phelps filed a motion to dismiss, which has now been fully briefed and the parties are awaiting a hearing date.

E. *Atkins Investment Group et al. v. EisnerAmper, LLC*, Case No. 4:21-cv-990 (N.D. Cal.), and *Baer v. EisnerAmper LLC*, Case No. 20GDCV00407 (Cal. Sup. Ct., Los Angeles) ("EisnerAmper Investor Litigation")

On February 8, 2021, a group of investors filed the Atkins action in federal court for the Northern District of California, and on March 22, 2021, a group of investors filed the action in Los Angeles County Superior Court, both against EisnerAmper LLC ("EisnerAmper") for conduct arising from the DLI matter. The parties have recently agreed to participate in a global mediation which is scheduled for October 31, 2022.

## VII.   Cayman Activities

The Receiver and his professionals continued to spend time coordinating with counsel and Cayman Island professionals to monitor the liquidation of DLIFF. They worked closely with Cayman Island professionals to research and evaluate information and documents and prepare material in connection with investor requests, claims review, distributions, bank accounts, and third-party litigation efforts.  Any time spent by the Receiver in his role as a Joint Official Liquidator is being charged to the DLIFF Cayman Liquidation. The compensation requested as a Joint Official Liquidator is subject to the approval process in the Cayman courts.

DATED: October 27, 2022                RAINES FELDMAN LLP


By:   /s/ *Kathy Bazoian Phelps*
      Kathy Bazoian Phelps
      Counsel for Bradley D. Sharp
      Permanent Receiver

# EXHIBIT 1

**Consolidated Direct Lending Investments Receivership Domestic Entities** [1]
**Three Month Cash Flow Forecast - Actual v. Budget: DOMESTIC ENTITIES**
*$ in 000's*

| | | | 7.1.22 - 9.30.22 | |
|---|---|---|---|---|
| | | | *Favorable (Unfavorable)* | |
| | Actual | Budget | $ Var | % Var |
| **Receipts** | | | | |
| Net Portfolio Collections | $ 232 | $ - | $ 232 | NM |
| Money Market Interest Income | 40 | - | 40 | NM |
| Total Net Portfolio Collections (see schedule on pg. 2) | 272 | - | 272 | NM |
| Other Receipts [2] | (555) | - | (555) | NM |
| Total Other Receipts | (555) | - | (555) | NM |
| Total Receipts | (282) | - | (282) | NM |
| **Disbursements:** | | | | |
| Payroll | 145 | 175 | 30 | 17% |
| Taxes | - | - | - | - |
| Other Operating (see schedule on pg. 3) | 99 | 86 | (13) | (15%) |
| OCP Services (see schedule on pg. 4) | 44 | 90 | 46 | 51% |
| Operating Disbursements | 288 | 350 | 63 | 18% |
| **Professionals:** [3] | | | | |
| Bradley D. Sharp / DSI - General | 169 | 360 | 191 | 53% |
| Bradley D. Sharp / DSI - DLIF | 25 | 60 | 35 | 59% |
| DSI - Investment T [4] | 73 | 90 | 17 | 18% |
| Diamond McCarthy - General | 59 | 160 | 101 | 63% |
| Diamond McCarthy - DLIF | - | 5 | 5 | 100% |
| Diamond McCarthy - Expert Consultants | - | 10 | 10 | 100% |
| Sullivan Blackburn Pratt - General | 46 | - | (46) | (100%) |
| Raines Feldman - General | 44 | 350 | 306 | 88% |
| Raines Feldman - DLIF | 0 | 10 | 10 | 96% |
| Raines Feldman - Investment T | 13 | 275 | 262 | 95% |
| BRG | 10 | 45 | 35 | 78% |
| Stretto | 17 | 45 | 28 | 62% |
| Goldberg Kohn LTD | 28 | 25 | (3) | (13%) |
| Jeffer Mangels Butler & Mitchell LLP | - | 10 | 10 | 100% |
| Total Professionals | 484 | 1,445 | 961 | 66% |
| **Total Disbursements Before Claim Distributions and Counterparty Fundings** | **772** | **1,795** | **1,023** | **57%** |
| DLIF Investor Claim Distributions [5] | 582 | 688 | 107 | NM |
| Total Disbursements | 1,354 | 2,484 | 1,130 | NA |
| **Net Cash Flow** | **$ (1,637)** | **$ (2,484)** | **$ 847** | **NM** |
| Cash, Beginning Balance (Book) | $ 52,457 | $ 52,457 | $ - | NM |
| Net Cash Flow | (1,637) | (2,484) | 847 | NM |
| **Cash, Ending Balance (Book)** | **$ 50,820** | **$ 49,973** | **$ 847** | **NM** |

Note: Variances may be due to timing differences.

[1] Direct Lending Investments, LLC, Direct Lending Income Fund, L.P., DLI Capital, Inc., DLI Lending Agent, LLC, DLI Assets Bravo, LLC, and their successors, subsidiaries and affiliated entities have been consolidated and are collectively referred to in this report as the "Consolidated Direct Lending Investments Receivership Domestic Entities."

[2] Negative figure due to $617.1K in offsetting fees and expenses paid to Raines Feldman in connection with Net Winner and Commissions Fee recoveries between October 2021 to May 2022. These fees are netted against approximately $28 million in net winnings and commissions that have been recovered to date.

[3] Budgeted Professional fees and expenses are subject to court approval. Actual fees and expenses are presented on an actual and accrual basis and are subject to change based upon receipt of invoices.

[4] DSI is assisting the CRO in the supervision of the counterparty's day-to-day business operations and financial management. To date, the counterparty has reimbursed DLI with $975K for a portion of these professional fees.

[5] Budget amount represents funding of bank accounts used solely for holding claim reserves and processing claim distributions. Actual amount represents distribution checks sent to and cashed by DLIF investors with Class 4B allowed claims and a pre-receivership recovery percentage below 42.86%.

**Consolidated Direct Lending Investments Receivership Domestic Entities**
**Three Month Cash Flow Forecast -  Summary of Total Net Portfolio Collections**
*$ in 000's*

| | 4.1.19 - 6.30.22 | 7.1.22 - 9.30.22 | Total |
|---|---|---|---|
| **Money Market Interest** | $ 2,405 | $ 40 | $ 2,445 |
| **Normal Course Interest Payments** | 36,488 | 317 | 36,805 |
| Total Full/Partial Payoff - Principal, Interest and Penalties | 239,726 | - | 239,726 |
| Remittance to Third Party [1] | (29,389) | (10) | (29,400) |
| **Net Full/Partial Payoff - Principal, Interest and Penalties** | 210,337 | (10) | 210,327 |
| Wholly Owned Loan - Principal & Interest | 12,098 | 18 | 12,116 |
| Remittance to Third Party [2] | (3,205) | (93) | (3,298) |
| **Net Wholly Owned Loan - Principal & Interest** | 8,893 | (75) | 8,819 |
| **Total Net Portfolio Collections** | $ 258,124 | $ 272 | $ 258,395 |

[1] Net Cash Principal & Interest remittances to Quanta related to $0.904M for Investment S, and to DLG related to $11.403M for Investment S, $10.708M for Investment T, and $6.385M for FastPay Partners.

[2] Net Cash remittance of $919K to Pier Asset Management in connection with the Dealstruck sale, and $2.371M of Principal & Interest to DLG for Quarterspot receipts (3/2019-1/2022), and $8K paid to Titan Asset Purchasing LLC for pass through of Interest on Quarterspot loans purchased in 2021.

**Consolidated Direct Lending Investments Receivership Domestic Entities**
**Three Month Cash Flow Forecast - Actual v. Budget**
Other Operating Disbursements

| | Actual | Budget | Favorable (Unfavorable) $ Var | % Var |
|---|---|---|---|---|
| | | 7.1.22 - 9.30.22 | | |
| **GP** | | | | |
| **General & Administrative** | | | | |
| BizFilings | $ 107 | $ 500 | $ 394 | 79% |
| Insurance | 15,137 | 15,000 | (137) | (1%) |
| **IT Services & Software** | | | | |
| Adobe | 255 | 300 | 45 | 15% |
| Advanced Networks Solutions | 16,867 | 17,300 | 433 | 3% |
| Atlassian | 30 | 36 | 6 | 17% |
| AWS | 1,050 | 1,200 | 150 | 13% |
| Broadvoice | 212 | 225 | 13 | 6% |
| Corodata | 178 | 180 | 2 | 1% |
| Dropbox | 240 | 300 | 60 | 20% |
| Send2fax.com | 33 | 45 | 12 | 27% |
| **Total GP** | 34,108 | 35,086 | 978 | 3% |
| **Fund** | | | | |
| **General & Administrative** | | | | |
| BizFilings | 2,116 | 2,500 | 384 | 15% |
| **Other Operating Expenses** | | - | | |
| Enoch Kim | - | 1,500 | 1,500 | 100% |
| Jerome Alona | - | 1,500 | 1,500 | 100% |
| Jams, Inc. [1] | 2,075 | 25,000 | 22,925 | 92% |
| Independent Consultants – Loan Recovery Services | 7,475 | 2,250 | (5,225) | (232%) |
| Lien Solutions | 127 | 7,500 | 7,373 | 98% |
| **Total Fund** | 11,793 | 40,250 | 28,457 | 71% |
| **Other [2]** | 53,083 | 10,500 | (42,583) | (406%) |
| **Total Other Operating Disbursements** | $ 98,983 | $ 85,836 | $ (13,147) | (15%) |

Note: Variances may be due to timing differences.
[1] Service provider fees related to litigation matters.
[2] Other disbursements include $50.3K for Deloitte Settlement legal notice publications, FedEx, bank fees, cloud storage subscription expenses, and monthly fees related to Bill.com and QuickBooks.

**Consolidated Direct Lending Investments Receivership Domestic Entities**
**Three Month Cash Flow Forecast - Actual v. Budget**
OCP Services Disbursements
*$ in 000's*

| | | | 7.1.22 - 9.30.22 | |
| | | | *Favorable (Unfavorable)* | |
| | Actual | Budget | *$ Var* | *% Var* |
|---|---|---|---|---|
| **Fund** | | | | |
| Millennium Trust Company | $ 14 | $ 40 | $ 26 | 66% |
| Parker, Simon & Kokolis, LLC [1] | 1 | *3* | *2* | *60%* |
| | 15 | *43* | *28* | *65%* |
| **GP** | | | | |
| Lucas, Horsfall, Murphy & Pindroh, LLP | 0 | *2* | *2* | *83%* |
| Elite Discovery | 29 | *45* | *16* | *35%* |
| | 30 | 47 | *17* | *37%* |
| **Total OCP Services Disbursements** | $ 44 | $ 90 | $ 46 | *51%* |

Note: Variances may be due to timing differences.

[1] Budgeted amounts include out-of-pocket expenses and contingency collections fees.

**Consolidated Direct Lending Investments Receivership Domestic Entities**
**Accrued Professional Fees/Bank Cash Reconciliation**
Month Ending September 30, 2022

| | | |
|---|---|---:|
| Cash Balance per Cumulative Actual (Book) | $ | 50,820,292 |
| | | |
| Add: Accrued and Unpaid Professional Fees [1] | | |
| Receiver - DSI (April 2019 through September 2022) | | 1,163,415 |
| Receiver - DSI - DLIF (January 2021 through September 2022) | | 127,056 |
| DSI - Investment T (July 2020 through September 2022) | | 566,359 |
| Diamond McCarthy - General (April 2019 through August 2022) | | 1,282,142 |
| Diamond McCarthy - General - DLIF (March 2021 through August 2022) | | 55,828 |
| Diamond McCarthy - NW (February 2021 through August 2022) | | 3,211 |
| Diamond McCarthy - Expert Consultants (July 2020 through August 2022) | | - |
| Sullivan Blackburn Pratt - General (September 2022) | | 46,177 |
| Raines Feldman - General (April 2021 through September 2022) | | 145,976 |
| Raines Feldman - DLIF (April 2021 through September 2022) | | 1,120 |
| Raines Feldman - Investment T (August 2021 through September 2022) | | 47,995 |
| Jeffer Mangels Butler & Mitchell - General (May 2021 through September 2022) | | - |
| Berkeley Research Group (April 2019 through September 2022) | | 81,680 |
| Stretto - (October 2020 through September 2022) | | 16,883 |
| Goldberg Kohn LTD (September 2019 through September 2022) | | 463,173 |
| Total | | 4,001,016 |
| | | |
| Actual Bank Cash Balance | $ | 54,821,308 |

[1] Actual Professional fees and expenses are accrued and shown in the disbursements category as available or as estimated. Such fees and expenses are subject to court approval.

**Consolidated Direct Lending Investments Receivership Domestic Entities**
**Bank Cash Balance**
As of September 30, 2022

| Account # | | Bank Name | Entity | Balance |
|---|---|---|---|---|
| | | Pre-Receivership Bank Accounts | | |
| x1602 | 1602 | Wells Fargo DLI Assets Bravo Operating (MM) | DLI Assets Bravo, LLC | $ 162,346 |
| | | | | 162,346 |
| | | Metropolitan Bank Accounts | | |
| x4148 | 4148 | Metropolitan Bank (Seg. Proceeds) | DLI Assets Bravo, LLC | 17 |
| x4164 | 4164 | Metropolitan Bank | DLI Assets Bravo, LLC | 27,703,454 |
| x4202 | 4202 | Metropolitan Bank | Direct Lending Income Fund, L.P. | 2,062,935 |
| x4229 | 4229 | Metropolitan Bank | DLI Assets Bravo, LLC | 2,223,585 |
| x2479 | 2479 | Metropolitan Bank (Claims Distr.) | DLI Receivership | 106,612 |
| x7019 | 7019 | Metropolitan Bank (Commissions Rcpts) | DLI Receivership | 499,234 |
| x7122 | 7122 | Metropolitan Bank (Prof Fees Holdbacks) | DLI Receivership | 3,516,523 |
| x8126 | 8126 | Metropolitan Bank (NW Rcpts) | DLI Receivership | 18,044,138 |
| x8785 | 8785 | Metropolitan Bank (QS Trust Rcpts) | DLI Receivership | 115,797 |
| x4156 | 4156 | Metropolitan Bank - GP Operating | Direct Lending Investments, LLC | 386,667 |
| | | | | 54,658,962 |
| | | **Total Cash** [1] | | **$ 54,821,308** |

[1] Excludes DLIFF bank account balance.

# EXHIBIT 2

Bradley D. Sharp, Receiver
Development Specialists, Inc.
333 South Grand Avenue Suite 4100
Los Angeles, CA 90071
(213) 617-2717

# STANDARDIZED FUND ACCOUNTING REPORT

## CIVIL - RECEIVERSHIP FUND

---

Consolidated Direct Lending Investments Receivership Entities [1]

Civil Court Docket No. 2:19−cv−02188−DSF−MRW

Reporting Period 07/01/2022 to 09/30/2022

**Note 1**: Direct Lending Investments, LLC, Direct Lending Income Fund, L.P., Direct Lending Income Feeder Fund, Ltd., DLI Capital, Inc., DLI Lending Agent, LLC, DLI Assets Bravo, LLC, and their successors, subsidiaries and affiliated entities have been consolidated and are collectively referred to in this report as the "Consolidated Direct Lending Investments Receivership Entities."

STANDARDIZED FUND ACCOUNTING REPORT for Consolidated Direct Lending Investments Receivership Domestic Entities - Cash Basis
Receivership; Civil Court Docket No. 2:19–cv–02188–DSF–MRW
Reporting Period 07/01/2022 to 09/30/2022

| Fund Accounting (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | **Beginning Balance (As of 7/1/2022):** | | | $          56,375,520 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | 333,686 | | |
| Line 3 | **Cash and Securities** | - | | |
| Line 4 | **Interest/Dividend Income** | 39,941 | | |
| Line 5 | **Business Asset Liquidation** | - | | |
| Line 6 | **Personal Asset Liquidation** | - | | |
| Line 7 | **Third-Party Litigation Income** | - | | |
| Line 8 | **Miscellaneous - Other**[1] | (554,536) | | |
| | **Total Funds Available (Lines 1 - 8):** | | (180,908) | 56,194,612 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** [2] | 581,663 | 581,663 | |
| Line 10 | **Disbursements for Receivership Operations:** | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | 319,580 | | |
| Line 10b | *Business Asset Expenses* | 284,668 | | |
| Line 10c | *Personal Asset Expenses* | - | | |
| Line 10d | *Investment Expenses* [3] | 102,746 | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | 82,572 | | |
| | 2. Litigation Expenses | 2,075 | | |
| | *Total Third-Party Litigation Expenses* | 84,647 | | |
| Line 10f | *Tax Administrator Fees and Bonds* | - | | |
| Line 10g | *Federal and State Tax Payments* | - | | |
| | **Total Disbursements for Receivership Operations** | | 791,641 | |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** [4] | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | - | | |
| | Independent Distribution Consultant (IDC) | - | | |
| | Distribution Agent | - | | |
| | Consultants | - | | |
| | Legal Advisers | - | | |
| | Tax Advisers | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Miscellaneous | - | | |
| | *Total Plan Development Expenses* | - | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | - | | |
| | IDC | - | | |
| | Distribution Agent | - | | |
| | Consultants | - | | |
| | Legal Advisers | - | | |
| | Tax Advisers | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | - | | |
| | Claimant Identification | - | | |
| | Claims Processing | - | | |
| | Web Site Maintenance/Call Center | - | | |
| | 4. Fund Administrator Bond | - | | |
| | 5. Miscellaneous | - | | |
| | 6. Fed Acct. for Investor Restitution (FAIR) Reporting Expenses | - | | |
| | *Total Plan Implementation Expenses* | - | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | - | |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fe* | - | | |
| Line 12b | *Federal Tax Payments* | - | | |
| | **Total Disbursements to Court/Other** | | - | |
| | **Total Funds Disbursed (Line 9 - 12)** | | | $          1,373,304 |
| Line 13 | **Ending Balance (As of 9/30/2022):** | | | $          54,821,308 |

**Note:** This report excludes all cash activity for Direct Lending Income Feeder Fund, Ltd ("DLIFF"). Transfers between the accounts of the consolidated entities on this report are not included in the schedules contained herein.

STANDARDIZED FUND ACCOUNTING REPORT for Consolidated Direct Lending Investments Receivership Domestic Entities - Cash Basis
Receivership; Civil Court Docket No. 2:19−cv−02188−DSF−MRW
Reporting Period 07/01/2022 to 09/30/2022

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 14** | **Ending Balance of Fund - Net Assets:** | | | |
| *Line 14a* | Cash & Cash Equivalents | | | $          54,821,308 |
| *Line 14b* | Investments | | | TBD |
| *Line 14c* | Other Assets or Uncleared Funds | | | TBD |
| | **Total Ending Balance of Fund - Net Assets** | | | $          54,821,308 |

| **OTHER SUPPLEMENTAL INFORMATION:** | | | | |
|---|---|---|---|---|
| | | Detail | Subtotal | Grand Total |
| | ***Report of Items NOT To Be Paid by the Fund:*** | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | | | |
| *Line 16b* | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund** | | | |
| **Line 17** | **DC & State Tax Payments** | | | |
| **Line 18** | **No. of Claims:** | | | |
| *Line 18a* | *# of Claims Received This Reporting Period [5]* | | | 0 |
| *Line 18b* | *# of Claims Received Since Inception of Fund [5]* | | | 1,199 |
| **Line 19** | | | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* | | | 7 |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* | | | 787 |

[1] Negative figure due to $617.1k in offsetting fees and expenses paid to Raines Feldman, LLP in connection with Net Winner and Commissions Fee recoveries between October 2021 through May 2022.

[2] Amount represents 1st and 2nd distribution checks cashed by DLIF investors with check reissues or reserve releases.

[3] Amount represents cash disbursements to third party participants.

[4] Costs are reflected in Line 10 (Disbursements for Receivership Operations). Breaking out fees and expenses associated with the distribution plan specifically would be burdensome and can be provided upon request or gleaned from the fee applications of the Professionals.

[5] Does not include claims filed in the Cayman Liquidation.

STANDARDIZED FUND ACCOUNTING REPORT for Consolidated Direct Lending Investments Receivership Domestic Entities - Cash Basis
Receivership; Civil Court Docket No. 2:19−cv−02188−DSF−MRW
Reporting Period 07/01/2022 to 09/30/2022

Receiver:

By: _____
        (Signature)

        ___Bradley D. Sharp_____
            (Printed Name)

        ___Receiver_____
                (Title)

Date:___October 21, 2022_____

# EXHIBIT 3

**Consolidated Direct Lending Investments Receivership Domestic Entities (Excluding DLIFF)** [1]
Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022
October 11, 2022

| Entity | 04/01/22 Beginning Balance [2] | Cash Receipts [3] | Disbursements [3] | 09/30/22 Ending Balance |
|---|---|---|---|---|
| Direct Lending Investments, LLC | $        304,984 | $        502,299 | $        (420,616) | $        386,667 |
| Direct Lending Income Fund, L.P. | 2,873,670 | 2,820 | (813,556) | 2,062,935 |
| DLI Assets Bravo, LLC | 25,303,795 | 10,698,461 | (5,797,057) | 30,205,199 |
| DLI Receivership (Distributions) [4] | 2,044,339 | - | (1,937,727) | 106,612 |
| DLI Receivership (Prof Fees Holdback) [5] | - | 3,516,523 | - | 3,516,523 |
| DLI Receivership (Commission Fees) [6] | 20,021 | 580,521 | (101,307) | 499,234 |
| DLI Receivership (NW) [7] | 25,387,834 | 1,862,307 | (9,206,003) | 18,044,138 |
| **Total** | **$       55,934,643** | **$       17,162,930** | **$       (18,276,266)** | **$       54,821,308** |

**By Transaction Type**

| | | | | |
|---|---|---|---|---|
| Portfolio Collections/Recovery | | $        747,166 | $        - | |
| Total Allowed Claims Distributions [8] | | - | (1,937,727) | |
| Third Party Participations [9] | | - | (717,447) | |
| Intercompany Transfers | | 13,807,911 | (13,807,911) | |
| All Other | | 2,607,853 | (1,813,181) | |
| **Total** | | **$       17,162,930** | **$       (18,276,266)** | |

[1] Direct Lending Investments, LLC, Direct Lending Income Fund, L.P., DLI Capital, Inc., DLI Lending Agent, LLC, DLI Assets Bravo, LLC, DLI Assets, LLC, DLI SPV I, LLC and DLI TC, LLC are collectively referred to in this report as the "Consolidated Direct Lending Investments Receivership Domestic Entities." Report excludes all cash activity for Direct Lending Income Feeder Fund, Ltd ("DLIFF").

[2] Beginning and ending cash balances represent bank cash balances.

[3] Internal transfers within each entity are excluded from the cash receipts and disbursements details.

[4] Bank account holds funds exclusively for distribution to creditors. Ending balance represents funds available for distribution to Class 4B DLIF Investors in accordance with the court approved distribution plan.

[5] Bank account established to properly account and reserve for holdbacks in connection with professional fees approved by the court.

[6] Bank account holds recoveries of commission fees, net of fees and expenses paid to Raines Feldman LLP.

[7] Bank account holds recoveries from Net Winners and Fee settlements, net of fees and expenses paid to Raines Feldman LLP and Viking Advocates LLP.

[8] Amount represents disbursements to DLIF investors.

[9] Amount represents disbursements of passthrough participation amounts.

**Direct Lending Investments, LLC**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|----------|---------------|
| 04/01/2022 | CoPower | $ - | $ (354) |
| 04/01/2022 | Paychex | - | (55) |
| 04/04/2022 | AWS | - | (287) |
| 04/05/2022 | The Hartford | 169 | - |
| 04/07/2022 | Broadvoice | - | (68) |
| 04/07/2022 | Paychex | - | (11,386) |
| 04/07/2022 | TASC | 701 | - |
| 04/08/2022 | Paychex | - | (55) |
| 04/08/2022 | Send2Fax | - | (9) |
| 04/12/2022 | Advanced Networks Solutions | - | (3,291) |
| 04/12/2022 | Lucas, Horsfall, Murphy & Pindroh, LLP | - | (113) |
| 04/13/2022 | Adobe | - | (85) |
| 04/13/2022 | Atlassian | - | (10) |
| 04/13/2022 | BizFilings | - | (165) |
| 04/13/2022 | BizFilings | - | (1,248) |
| 04/13/2022 | BizFilings | - | (423) |
| 04/13/2022 | Corodata | - | (57) |
| 04/13/2022 | Paychex | - | (10,728) |
| 04/15/2022 | Paychex | - | (55) |
| 04/20/2022 | DE eCorp | - | (300) |
| 04/20/2022 | DE eCorp | - | (300) |
| 04/20/2022 | DE eCorp | - | (300) |
| 04/20/2022 | DE eCorp | - | (300) |
| 04/20/2022 | Paychex | - | (11,386) |
| 04/22/2022 | LogMeIn | - | (240) |
| 04/22/2022 | Paychex | - | (55) |
| 04/26/2022 | TASC | - | (1,103) |
| 04/27/2022 | Paychex | - | (11,386) |
| 04/28/2022 | Elite Discovery, Inc. | - | (10,027) |
| 04/29/2022 | Metropolitan Commercial Bank | - | (550) |
| 04/29/2022 | Paychex | - | (55) |

**Direct Lending Investments, LLC**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|----------|---------------|
| 04/30/2022 | Box Inc. | - | (45) |
| 05/02/2022 | Anthem | - | (3,805) |
| 05/02/2022 | CoPower | - | (289) |
| 05/02/2022 | Dropbox | - | (100) |
| 05/03/2022 | AWS | - | (282) |
| 05/04/2022 | Paychex | - | (10,728) |
| 05/06/2022 | Paychex | - | (55) |
| 05/07/2022 | Broadvoice | - | (68) |
| 05/09/2022 | Advanced Networks Solutions | - | (3,296) |
| 05/09/2022 | Lucas, Horsfall, Murphy & Pindroh, LLP | - | (111) |
| 05/09/2022 | Send2Fax | - | (9) |
| 05/09/2022 | TASC | 701 | - |
| 05/11/2022 | Paychex | - | (11,386) |
| 05/12/2022 | Corodata | - | (59) |
| 05/13/2022 | Adobe | - | (85) |
| 05/13/2022 | Atlassian | - | (10) |
| 05/13/2022 | Paychex | - | (55) |
| 05/18/2022 | Paychex | - | (10,728) |
| 05/20/2022 | Paychex | - | (55) |
| 05/25/2022 | Paychex | - | (11,386) |
| 05/26/2022 | TASC | - | (33) |
| 05/27/2022 | Elite Discovery, Inc. | - | (9,743) |
| 05/27/2022 | Paychex | - | (55) |
| 05/31/2022 | Box Inc. | - | (45) |
| 05/31/2022 | Dropbox | - | (100) |
| 05/31/2022 | Metropolitan Commercial Bank | - | (550) |
| 06/01/2022 | Anthem | - | (3,127) |
| 06/01/2022 | CoPower | - | (291) |
| 06/01/2022 | Paychex | - | (10,728) |
| 06/03/2022 | AWS | - | (287) |
| 06/03/2022 | Paychex | - | (57) |

**Direct Lending Investments, LLC**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|----------|---------------|
| 06/07/2022 | TASC | 729 | - |
| 06/08/2022 | Advanced Networks Solutions | - | (3,296) |
| 06/08/2022 | Lucas, Horsfall, Murphy & Pindroh, LLP | - | (112) |
| 06/08/2022 | Paychex | - | (11,386) |
| 06/08/2022 | Send2Fax | - | (9) |
| 06/10/2022 | Broadvoice | - | (69) |
| 06/10/2022 | Paychex | - | (57) |
| 06/13/2022 | Atlassian | - | (10) |
| 06/13/2022 | Corodata | - | (59) |
| 06/14/2022 | AWS | - | (12) |
| 06/15/2022 | Paychex | - | (10,728) |
| 06/16/2022 | Adobe | - | (85) |
| 06/17/2022 | BizFilings | - | (93) |
| 06/17/2022 | Paychex | - | (57) |
| 06/22/2022 | Paychex | - | (11,386) |
| 06/24/2022 | Paychex | - | (57) |
| 06/27/2022 | TASC | - | (33) |
| 06/29/2022 | Elite Discovery, Inc. | - | (10,121) |
| 06/29/2022 | Paychex | - | (10,728) |
| 06/30/2022 | Box Inc. | - | (45) |
| 06/30/2022 | Dropbox | - | (100) |
| 06/30/2022 | Metropolitan Commercial Bank | - | (550) |
| 07/01/2022 | Anthem | - | (3,127) |
| 07/01/2022 | BizFilings | - | (320) |
| 07/01/2022 | CoPower | - | (291) |
| 07/01/2022 | Paychex | - | (57) |
| 07/03/2022 | AWS | - | (282) |
| 07/06/2022 | Paychex | - | (11,151) |
| 07/07/2022 | Broadvoice | - | (68) |
| 07/08/2022 | Paychex | - | (57) |
| 07/08/2022 | Send2Fax | - | (9) |

**Direct Lending Investments, LLC**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|----------|---------------|
| 07/12/2022 | Advanced Networks Solutions | - | (3,290) |
| 07/12/2022 | Lucas, Horsfall, Murphy & Pindroh, LLP | - | (112) |
| 07/13/2022 | Adobe | - | (85) |
| 07/13/2022 | Atlassian | - | (10) |
| 07/13/2022 | Paychex | - | (10,394) |
| 07/14/2022 | Corodata | - | (59) |
| 07/15/2022 | Paychex | - | (57) |
| 07/20/2022 | Paychex | - | (11,028) |
| 07/22/2022 | Paychex | - | (57) |
| 07/26/2022 | TASC | - | (33) |
| 07/27/2022 | BizFilings | - | (93) |
| 07/27/2022 | BizFilings | - | (423) |
| 07/27/2022 | Paychex | - | (11,028) |
| 07/28/2022 | BizFilings | - | (640) |
| 07/29/2022 | Advanced Networks Solutions | - | (6,996) |
| 07/29/2022 | Transfer from DDA 4229 - to fund the GP | 500,000 | - |
| 07/29/2022 | Elite Discovery, Inc. | - | (9,743) |
| 07/29/2022 | Metropolitan Commercial Bank | - | (550) |
| 07/29/2022 | Paychex | - | (57) |
| 07/30/2022 | LA Times | - | (7,538) |
| 08/01/2022 | Anthem | - | (3,127) |
| 08/01/2022 | Box Inc. | - | (45) |
| 08/01/2022 | CoPower | - | (291) |
| 08/01/2022 | Dropbox | - | (120) |
| 08/02/2022 | AWS | - | (364) |
| 08/02/2022 | G2 Insurance Services | - | (15,137) |
| 08/03/2022 | Paychex | - | (10,394) |
| 08/05/2022 | Paychex | - | (57) |
| 08/08/2022 | Broadvoice | - | (72) |
| 08/08/2022 | Send2Fax | - | (12) |
| 08/10/2022 | Paychex | - | (10,816) |

**Direct Lending Investments, LLC**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|----------|---------------|
| 08/12/2022 | Advanced Networks Solutions | - | (3,290) |
| 08/12/2022 | Corodata | - | (59) |
| 08/12/2022 | Lucas, Horsfall, Murphy & Pindroh, LLP | - | (112) |
| 08/12/2022 | Paychex | - | (57) |
| 08/13/2022 | Adobe | - | (85) |
| 08/13/2022 | Atlassian | - | (10) |
| 08/17/2022 | Paychex | - | (10,110) |
| 08/19/2022 | Paychex | - | (57) |
| 08/24/2022 | Paychex | - | (10,730) |
| 08/26/2022 | Paychex | - | (57) |
| 08/26/2022 | TASC | - | (33) |
| 08/29/2022 | Elite Discovery, Inc. | - | (9,743) |
| 08/30/2022 | Dropbox | - | (120) |
| 08/31/2022 | Anthem | - | (3,127) |
| 08/31/2022 | Box Inc. | - | (45) |
| 08/31/2022 | Metropolitan Commercial Bank | - | (550) |
| 09/01/2022 | CoPower | - | (291) |
| 09/01/2022 | Paychex | - | (24,719) |
| 09/02/2022 | Paychex | - | (60) |
| 09/03/2022 | AWS | - | (403) |
| 09/07/2022 | BizFilings | - | (320) |
| 09/07/2022 | Broadvoice | - | (72) |
| 09/07/2022 | Paychex | - | (5,853) |
| 09/08/2022 | Send2Fax | - | (12) |
| 09/09/2022 | Paychex | - | (54) |
| 09/13/2022 | Adobe | - | (85) |
| 09/13/2022 | Atlassian | - | (10) |
| 09/13/2022 | FedEx | - | (17) |
| 09/14/2022 | Paychex | - | (5,464) |
| 09/15/2022 | Advanced Networks Solutions | - | (3,290) |
| 09/15/2022 | Corodata | - | (59) |

**Direct Lending Investments, LLC**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|----------|---------------|
| 09/16/2022 | Paychex | - | (54) |
| 09/21/2022 | Paychex | - | (5,853) |
| 09/23/2022 | Paychex | - | (54) |
| 09/26/2022 | Lucas, Horsfall, Murphy & Pindroh, LLP | - | (113) |
| 09/27/2022 | TASC | - | (33) |
| 09/28/2022 | Paychex | - | (5,853) |
| 09/28/2022 | BizFilings | - | (320) |
| 09/29/2022 | Elite Discovery, Inc. | - | (9,743) |
| 09/29/2022 | BizFilings | - | (107) |
| 09/30/2022 | Box.net | - | (45) |
| 09/30/2022 | Metropolitan Commercial Bank | - | (550) |
| 09/30/2022 | Paychex | - | (54) |
| | **Total** | **$       502,299** | **$       (420,616)** |

**Direct Lending Income Fund, L.P.**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|---------:|--------------:|
| 04/29/2022 | Money Market Income | $ 228 | $ - |
| 05/31/2022 | Money Market Income | 252 | - |
| 06/30/2022 | Money Market Income | 236 | - |
| 07/29/2022 | Money Market Income | 228 | - |
| 08/31/2022 | Money Market Income | 488 | - |
| 09/28/2022 | Transfer to DDA 7122 - DLIF Prof Fee holdbacks | - | (162,268) |
| 09/28/2022 | Transfer to DDA 4164 - DLIF Prof Fee disbursements | - | (651,288) |
| 09/30/2022 | Money Market Income | 1,387 | - |
| | **Total** | **$ 2,820** | **$ (813,556)** |

**DLI Assets Bravo, LLC**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|---------:|--------------:|
| 04/01/2022 | Money Market Income | $           284 | $           - |
| 04/05/2022 | Pmt to Bill.com | - | (80) |
| 04/08/2022 | QS Receipts | 1,300 | - |
| 04/11/2022 | Bank Fee | - | (238) |
| 04/12/2022 | Bill.com - pmt to G Burrola | - | (7,898) |
| 04/12/2022 | Bill.com - pmt to CT Liens | - | (208) |
| 04/20/2022 | QS Receipts | 1,300 | - |
| 04/25/2022 | QS Receipts | 1,500 | - |
| 04/25/2022 | QS Receipts | 1,300 | - |
| 04/27/2022 | Investment N | 65,000 | - |
| 04/27/2022 | Wire to DLG | - | (606,781) |
| 04/29/2022 | Money Market Income | 1,644 | - |
| 04/29/2022 | Money Market Income | 47 | - |
| 05/02/2022 | Money Market Income | 8 | - |
| 05/04/2022 | Pmt to Bill.com | - | (79) |
| 05/09/2022 | QS Receipts | 1,940 | - |
| 05/11/2022 | Bank Fee | - | (240) |
| 05/17/2022 | Pmt to MTC | - | (27,042) |
| 05/24/2022 | QS Receipts | 1,500 | - |
| 05/26/2022 | QS Receipts | 1,300 | - |
| 05/31/2022 | Money Market Income | 1,814 | - |
| 05/31/2022 | Money Market Income | 5 | - |
| 06/01/2022 | Money Market Income | 46 | - |
| 06/01/2022 | IRS Refund - 2016 tax year | 575,623 | - |
| 06/01/2022 | IRS Interest - tax refund 2016 tax year | 25,534 | - |
| 06/01/2022 | QS Receipts | 1,300 | - |
| 06/02/2022 | DLIP Property Sale - 9390 Readcrest | 9,332 | - |
| 06/07/2022 | QS Receipts | 1,300 | - |
| 06/07/2022 | Pmt to Bill.com | - | (78) |
| 06/08/2022 | Liberty Property Sale - 11485 Cumpston | 5,947 | - |
| 06/10/2022 | IOU Receipts | 81,477 | - |

**DLI Assets Bravo, LLC**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|----------|---------------|
| 06/13/2022 | Bank Fee | - | (239) |
| 06/13/2022 | QS Trust Receipts | 34,472 | - |
| 06/13/2022 | QS Trust Receipts | 121,712 | - |
| 06/17/2022 | Pmt to Titan Asset Purchasing LLC | - | (7,920) |
| 06/23/2022 | Investment N | 80,000 | |
| 06/23/2022 | Professional Fee Pmt to Raines Feldman | - | (152,512) |
| 06/23/2022 | Professional Fee Pmt to JMBM | - | (859) |
| 06/23/2022 | Professional Fee Pmt to Diamond McCarthy | - | (198,167) |
| 06/23/2022 | Professional Fee Pmt to Berkeley Research Group | - | (4,501) |
| 06/23/2022 | Professional Fee Pmt to Goldberg Kohn | - | (11,852) |
| 06/23/2022 | Professional Fee Pmt to Stretto | - | (24,916) |
| 06/23/2022 | Professional Fee Pmt to Development Specialists Inc. | - | (317,308) |
| 06/27/2022 | QS Receipts | 1,500 | |
| 06/30/2022 | QS Receipts | 1,300 | - |
| 06/30/2022 | Money Market Income | 1,750 | - |
| 06/30/2022 | Money Market Income | 6 | - |
| 07/01/2022 | Money Market Income | 142 | - |
| 07/01/2022 | Pmt to Telos Legal Corp | - | (35) |
| 07/06/2022 | Pmt to Bill.com | - | (80) |
| 07/07/2022 | QS Receipts | 1,300 | |
| 07/11/2022 | Bank Fee | - | (228) |
| 07/18/2022 | QS Receipts | 1,500 | - |
| 07/21/2022 | Bill.com - pmt to CT Liens | - | (127) |
| 07/28/2022 | Investment N | 17,000 | - |
| 07/29/2022 | Money Market Income | 1,692 | - |
| 07/29/2022 | Money Market Income | 8 | - |
| 07/29/2022 | Transfer to DDA 4156 - to fund the GP | - | (500,000) |
| 08/01/2022 | Money Market Income | 326 | - |
| 08/02/2022 | Pmt to Courts Advertising | - | (9,910) |
| 08/02/2022 | Pmt to Courts Advertising - Rejected | 9,910 | - |
| 08/02/2022 | Pmt to Courts Advertising - Reissued | - | (9,910) |

**DLI Assets Bravo, LLC**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|----------|---------------|
| 08/03/2022 | Pmt to Dow Jones & Co | - | (32,885) |
| 08/04/2022 | QS Receipts | 1,940 | - |
| 08/04/2022 | Pmt to Bill.com | - | (78) |
| 08/08/2022 | LoanHero Receipts | 1,806 | - |
| 08/11/2022 | Bank Fee | - | (215) |
| 08/11/2022 | Pmt to MTC | - | (13,659) |
| 08/12/2022 | QS Receipts | 1,300 | - |
| 08/16/2022 | QS Receipts | 1,500 | - |
| 08/26/2022 | Investment N | 190,000 | - |
| 08/29/2022 | QS Receipts | 1,300 | - |
| 08/30/2022 | Wire to DLG | - | (102,746) |
| 08/31/2022 | Money Market Income | 3,618 | - |
| 08/31/2022 | Money Market Income | 16 | - |
| 09/01/2022 | Money Market Income | 509 | - |
| 09/06/2022 | QS Receipts | 1,500 | - |
| 09/07/2022 | QS Receipts | 1,540 | - |
| 09/07/2022 | Pmt to Bill.com | - | (90) |
| 09/12/2022 | Bank Fee | - | (221) |
| 09/12/2022 | Professional Fee Pmt to Raines Feldman | - | (51,622) |
| 09/12/2022 | Professional Fee Pmt to Diamond McCarthy | - | (97,362) |
| 09/12/2022 | Professional Fee Pmt to Berkeley Research Group | - | (12,459) |
| 09/12/2022 | Professional Fee Pmt to Goldberg Kohn | - | (31,861) |
| 09/12/2022 | Professional Fee Pmt to Stretto | - | (14,435) |
| 09/12/2022 | Professional Fee Pmt to Development Specialists Inc. | - | (194,413) |
| 09/13/2022 | Bill.com - pmt to G Burrola | - | (7,475) |
| 09/14/2022 | QS Receipts | 3,000 | - |
| 09/23/2022 | Bill.com - pmt to JAMS | - | (2,075) |
| 09/27/2022 | Transfer from DDA 8126 - NW Recoveries Distributed to DLIF Investors | 8,665,000 | - |
| 09/28/2022 | Transfer from DDA 4202 - DLIF Prof Fees disbursements | 651,288 | - |
| 09/29/2022 | Investment N | 110,000 | - |
| 09/30/2022 | Transfer to DDA 7122 - Prof Fees holdbacks | - | (3,354,255) |

**DLI Assets Bravo, LLC**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|---------:|--------------:|
| 09/30/2022 | Money Market Income | 0 | - |
| 09/30/2022 | Money Market Income | 12,025 | - |
| | **Total** | **$ 10,698,460.57** | **$ (5,797,056.54)** |

**DLI Receivership (Distributions)**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|----------|---------------|
| 04/06/2022 | DISTRIBUTION CHECK NUMBER 1691 | $          - | $        (35,725) |
| 05/04/2022 | DISTRIBUTION CHECK NUMBER 1831 | - | (53,588) |
| 05/05/2022 | DISTRIBUTION CHECK NUMBER 1835 | - | (11,908) |
| 05/06/2022 | DISTRIBUTION CHECK NUMBER 1834 | - | (119,084) |
| 05/16/2022 | DISTRIBUTION CHECK NUMBER 1841 | - | (29,771) |
| 05/16/2022 | DISTRIBUTION CHECK NUMBER 1840 | - | (29,771) |
| 05/16/2022 | DISTRIBUTION CHECK NUMBER 1839 | - | (17,863) |
| 05/17/2022 | DISTRIBUTION CHECK NUMBER 1844 | - | (125,039) |
| 05/18/2022 | DISTRIBUTION CHECK NUMBER 1845 | - | (14,886) |
| 05/19/2022 | DISTRIBUTION CHECK NUMBER 1849 | - | (77,379) |
| 05/19/2022 | DISTRIBUTION CHECK NUMBER 1847 | - | (59,542) |
| 05/19/2022 | DISTRIBUTION CHECK NUMBER 1850 | - | (29,771) |
| 05/20/2022 | DISTRIBUTION CHECK NUMBER 1032 | - | (29,771) |
| 05/23/2022 | DISTRIBUTION CHECK NUMBER 1848 | - | (6,347) |
| 05/26/2022 | DISTRIBUTION CHECK NUMBER 1846 | - | (238,169) |
| 05/26/2022 | DISTRIBUTION CHECK NUMBER 1838 | - | (38,133) |
| 06/23/2022 | Transfer to DDA 7019 - Commission Fees Recovery Offset | - | (122,062) |
| 06/23/2022 | Transfer to DDA 7019 - Commission Fees Recovery Offset | - | (317,254) |
| 07/01/2022 | DISTRIBUTION CHECK NUMBER 1852 | - | (267,940) |
| 07/06/2022 | DISTRIBUTION CHECK NUMBER 1837 | - | (11,232) |
| 07/22/2022 | DISTRIBUTION CHECK NUMBER 1853 | - | (17,863) |
| 08/02/2022 | DISTRIBUTION CHECK NUMBER 1854 | - | (47,634) |
| 08/05/2022 | Transfer to DDA 7019 - Commission Fees Recovery Offset | - | (35,784) |
| 08/26/2022 | DISTRIBUTION CHECK NUMBER 1855 | - | (29,771) |
| 09/15/2022 | DISTRIBUTION CHECK NUMBER 1842 | - | (123,807) |
| 09/15/2022 | DISTRIBUTION CHECK NUMBER 1843 | - | (47,634) |
|  | **Total** | **$          -** | **$    (1,937,727)** |

**DLI Receivership (Prof Fees Holdbacks)**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|----------|---------------|
| 09/28/2022 | Transfer from DDA 4202 - DLIF Prof Fee holdbacks | $        162,268 | $              - |
| 09/30/2022 | Transfer from DDA 4164 - Prof Fee holdbacks | 3,354,255 | - |
| | **Total** | **$     3,516,523** | **$              -** |

**DLI Receivership (Commission Fees)**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|---------:|--------------:|
| 04/15/2022 | Commission Fees Recovery Receipt | $    100,000 | $        - |
| 04/27/2022 | Commission Fees Recovery Receipt | 5,000 | - |
| 04/29/2022 | Interest Received | 6 | - |
| 05/31/2022 | Interest Received | 11 | - |
| 06/23/2022 | Transfer from DDA 2479 - Commission Fees Recovery Offset | 317,254 | - |
| 06/23/2022 | Transfer from DDA 2479 - Commission Fees Recovery Offset | 122,062 | - |
| 06/30/2022 | Interest Received | 20 | - |
| 07/29/2022 | Interest Received | 45 | - |
| 08/03/2022 | Payment to Raines Feldman LLP | - | (101,307) |
| 08/05/2022 | Transfer from DDA 2479 - Commission Fees Recovery Offset | 35,784 | - |
| 08/31/2022 | Interest Received | 85 | - |
| 09/30/2022 | Interest Received | 254 | - |
| | **Total** | $    580,521 | $    (101,307) |

**DLI Receivership (NW & Fee Settlements)**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|----------|---------------|
| 04/01/2022 | Fee Settlement Recovery Receipt | $ 5,000 | $ - |
| 04/12/2022 | Net Winner Recovery Receipt | 4,127 | - |
| 04/12/2022 | Net Winner Recovery Receipt | 4,714 | - |
| 04/12/2022 | Net Winner Recovery Receipt | 3,458 | - |
| 04/13/2022 | Payment to Vikings Advocates LLC | - | (11,750) |
| 04/13/2022 | Net Winner Recovery Receipt | 39,653 | - |
| 04/20/2022 | Net Winner Recovery Receipt | 15,841 | - |
| 04/25/2022 | Net Winner Recovery Receipt | 4,127 | - |
| 04/25/2022 | Net Winner Recovery Receipt | 3,458 | - |
| 04/25/2022 | Net Winner Recovery Receipt | 4,714 | - |
| 04/27/2022 | Net Winner Recovery Receipt | 7,500 | - |
| 04/27/2022 | Net Winner Recovery Receipt | 7,492 | - |
| 04/28/2022 | Net Winner Recovery Receipt | 297,578 | - |
| 04/29/2022 | Interest Received | 2,022 | - |
| 05/06/2022 | Fee Settlement Recovery Receipt | 5,000 | - |
| 05/11/2022 | Net Winner Recovery Receipt | 15,841 | - |
| 05/11/2022 | Net Winner Recovery Receipt | 5,275 | - |
| 05/24/2022 | Net Winner Recovery Receipt | 7,492 | - |
| 05/25/2022 | Net Winner Recovery Receipt | 4,714 | - |
| 05/25/2022 | Net Winner Recovery Receipt | 4,127 | - |
| 05/25/2022 | Net Winner Recovery Receipt | 3,458 | - |
| 05/31/2022 | Interest Received | 2,262 | - |
| 06/07/2022 | Net Winner Recovery Receipt | 15,841 | - |
| 06/07/2022 | Fee Settlement Recovery Receipt | 5,000 | - |
| 06/09/2022 | Net Winner Recovery Receipt | 1,308,126 | - |
| 06/13/2022 | Net Winner Recovery Receipt - Refund Overpayment | - | (630) |
| 06/24/2022 | Net Winner Recovery Receipt | 12,500 | - |
| 06/24/2022 | Net Winner Recovery Receipt | 7,492 | - |
| 06/30/2022 | Interest Received | 2,203 | - |
| 06/30/2022 | Net Winner Recovery Receipt | 4,564 | - |
| 07/07/2022 | Net Winner Recovery Receipt - Refund Overpayment | - | (7,492) |

**DLI Receivership (NW & Fee Settlements)**

Cash Receipts & Disbursements Summary - April 1, 2022 through September 30, 2022

| Date | Description | Receipts | Disbursements |
|------|-------------|---------:|--------------:|
| 07/29/2022 | Interest Received | 2,159 | - |
| 08/01/2022 | Net Winner Recovery Receipt | 31,650 | - |
| 08/03/2022 | Payment to Raines Feldman LLP | - | (515,789) |
| 08/05/2022 | Fee Settlement Recovery Receipt | 7,960 | - |
| 08/31/2022 | Interest Received | 4,540 | - |
| 09/23/2022 | Fee Settlement Recovery Receipt - Refund Overpayment | - | (5,342) |
| 09/27/2022 | Transfer to DDA 4164 - NW Recoveries Distributed to DLIF Investors | - | (8,665,000) |
| 09/30/2022 | Interest Received | 12,419 | - |
| | **Total** | **$ 1,862,307** | **$ (9,206,003)** |

# EXHIBIT 4

**Investment Portfolio Summary (Positions as of 9/30/2022)**

*($ in millions)*

| # | Investment | Form of Investment | Collateral | Initial Inv. Date | Maturity Date | A<br>3/31/2019 Par Debt Amount | B<br>Net Advances / (Collections) - Principal | C<br>Net Advances / (Collections) - Interest | D<br>Principal Adjustments [1] | E = A + B + D<br>9/30/2022 Uncollected Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Investment D | Whole Loans | Small balance commercial real estate | 7/31/2015 | N/A | $1.4 | ($0.0) | - | ($0.9) | $0.5 |
| 2 | Investment G | Asset-Based Facility | Purchase order finance | 3/1/2017 | 1/1/2022 | $8.6 | ($0.7) | ($0.0) | - | $7.9 |
| 3 | Investment H | Corporate Term Loan | All assets lien over entity (no pledge of stock) | 2/1/2016 | 12/31/2021 | $98.7 | ($36.1) | - | - | $62.6 |
| 4 | Investment N | Asset-Based Facility | Accounts receivable, purchase order finance and movie film finance | 9/1/2015 | 3/14/2023 | $69.3 | ($0.5) | ($23.3) | - | $68.8 |
| 5 | Investment S | Second Lien Asset-Based Facility | Residential real estate (Fix and Flip) | 7/17/2017 | 5/30/2021 | $9.8 | $0.9 | ($1.1) | - | $10.7 |
| 6 | Investment T | Second Lien Asset-Based Facility | Residential real estate (Fix and Flip) | 7/31/2015 | 7/31/2020 | $56.3 | ($9.7) | ($1.0) | - | $46.6 |
| 7 | All Other Investments | | | | | $545.4 | ($150.2) | ($16.8) | ($395.2) | - |
| | **Total** | | | | | **$789.6** | **($196.4)** | **($42.2)** | **($396.1)** | **$197.1** |

[1] Includes adjustments for full and partial write-downs of asset values in connection with discounted payoffs, debt to equity conversions and the Receiver's estimation of uncollectible amounts.